

# HKP | HARFENIST KRAUT & PERLSTEIN LLP

**NEIL TORCZYNER**
Attorney at Law
DIRECT TEL.: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

December 16, 2020

United States Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
<u>By: ECF</u>

     RE: Chernick v. Faya et al
     Docket No. 19-cv-7093-ARR-ST

Dear Judge Tiscione:

     The firm of Harfenist Kraut & Perlstein represents the Plaintiff. Defendants are represented by Stacy Skorupa of the Suffolk County Attorney's Office.

     Pursuant to our conversation during last week's conference, the parties have prepared a draft confidentiality agreement/protective Order which is being submitted herewith for the Court's review.

     Should the Court find this agreement/Order acceptable, the parties would respectfully request that the Court So-Order the document. If any changes are required, please advise and the parties will submit a revised agreement/Order.

     The parties thank the Court for its consideration in this matter.

Respectfully Submitted
HARFENIST KRAUT & PERLSTEIN, LLP     SUFFOLK COUNTY ATTORNEY'S OFFICE
By: *Neil Torczyner*                       By: *Stacy A. Skorupa*
    Neil Torczyner                                  Stacy A. Skorupa

3000 Marcus Avenue, Suite 2E1         2975 Westchester Avenue, Suite 415,
Lake Success, NY 11042               Purchase, NY 10577
T – 516.355.9600 F – 516.355.9601     T – 914.701.0800 F – 914-708-0808.