UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
================================================x

IRA CHERNICK as Administrator of the Estate Of
MARYANN OST CHERNICK,

                                                                    STIPULATION OF
                                                                    CONFIDENTIALITY

                                         Plaintiff,

           -against-                                                19-cv-7093 (ARR)(ST)

POLICE OFFICER JESUS FAYA, individually,
OFFICERS "JOHN DOE" 1-2 (fictitiously named)
individually, and THE COUNTY OF SUFFOLK,

                                         Defendants.
================================================x


         1.       This stipulation applies to all parties and their attorneys with respect to the

production of documents that contain confidential information.

         2.       It is, accordingly, hereby agreed and stipulated that:


                  (a) Counsel is defined to include attorneys for any party and all employees and

agents and any person in the employ of said counsel necessary to assist in this litigation,

including consultants and experts.


                  (b) Confidential document is defined to mean Suffolk County Police Department

personnel files, Suffolk County Police Department Internal Affairs Reports, Medical records

(including but not limited to hospital records, operative records, x-rays, independent medical

examination reports, and test results), and/or any document subsequently identified as such by a

producing party or their counsel as being confidential unless the Court determines that the

documents or any portion of the documents are not entitled to confidentiality.


                  (c) Counsel and parties are prohibited from making their own copy of any

confidential document or portions thereof given to them pursuant to this stipulation, except for;

                  (1) use as an exhibit to a paper filed in this litigation under paragraph (g);

                  (2) for internal working copies to be utilized by counsel;

(3)  for use at depositions or trial; and

(4)  for consultants or experts in the prosecution or defense of the matter, to the extent deemed necessary by counsel, on the condition that prior to any such display each person must sign an agreement to be bound by this Order in the form attached hereto as Exhibit A.  In the event that such person refuses to sign an agreement in the form attached as Exhibit A, the party desiring to disclose the Confidential Information may seek appropriate relief from the Court.

(d) All portions of each document disclosed consist of confidential material to be protected by this stipulation unless otherwise advised by counsel providing said documents.

(e) Counsel will use the confidential documents and information contained therein solely for the purposes of this litigation, including depositions and trial, and shall not, without the prior written consent of the producing counsel, make the confidential documents or the information contained therein available to any other person except as provided in paragraph (c) above.

(f) Within thirty (30) days after the entry of a final judgment in this litigation (including appeals or petitions for review), counsel shall return or destroy all confidential documents produced pursuant to this stipulation.  Notice of such destruction shall be given producing counsel within a reasonable time thereafter.

(g) In the event that a party wishes to use a confidential document or any confidential information therein in any paper filed in this litigation, such paper (or part thereof containing the confidential document or confidential information) shall be filed under seal and maintained under seal by the Court.

(h)  Persons to whom confidential documents are made available under this stipulation are bound by the restrictions contained herein.

(i)    Nothing herein shall be deemed to permit the provision of confidential documents, or the disclosure of the contents of confidential documents, to any member of the press, media, print, broadcast, cable, satellite or internet; or to any person or entity purporting to be working in the public interest.

(j) In the event that a confidential document or any part thereof is read into the record at a deposition or quoted in a document generated in this litigation, the portion of said deposition or document containing the language from the confidential document shall also be confidential; and the underlying confidential document shall remain confidential notwithstanding that a portion of it was read into the record at a deposition or quoted in a document generated in this litigation.

(k)  It is further understood that this Stipulation be "so ordered" without further notice and may then be enforced as a court order, even after the entry of final judgment in this action.

Dated: Hauppauge, New York
          December 15, 2020


_____*Neil Torczyner*_____          _____*Stacy A. Skorupa*_____
By:  Neil Torczyner, Esq.                                          By:  Stacy A. Skorupa
     HARFENIST KRAUT & PERLSTEIN                        Assistant County Attorney
     Attorney for Plaintiff                                         Suffolk County Attorney's Office
     3000 Marcus Avenue, Suite 2E1                          Attorney for County Defendants
     Lake Success, NY 11042                                     100 Veterans Memorial Highway
                                                                          P.O. Box 6100
                                                                          Hauppauge, New York 11788-0099
                                                                          631-853-4055


SO ORDERED

Dated: Brooklyn, New York

_____, 2020

_____
Hon. STEVEN TISCIONE, U.S.M.J.

EXHIBIT A

I have been informed by counsel that certain documents or information to be disclosed to me in connection with the matter entitled: _____ have been designated as confidential. I have been informed that any such documents or information labeled "CONFIDENTIAL" are confidential by Order of the Court. I hereby agree that I will not disclose any information contained in such documents to any other person. I further agree not to use any such information for any purpose other than this litigation.

_____          DATED:

Signed in the presence of:

_____ (Attorney)