## COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

June 6, 2024

Hon. Allyne R. Ross, U.S.D.J.—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　RE:　Chernick v. Faya et. al.
　　　　　　　19-cv-7093(ARR)(ST)

Dear Judge Ross:

This Office represents Defendants in the above-referenced civil rights action pursuant to 42 U.S.C. §1983. Plaintiff is represented by Steven J. Harfenist of Harfenist Kraut & Perlstein.

As the Court is aware, our fully-briefed motion for summary judgment is due to the Court on June 25, 2024. We write to advise the Court that we wish to file four of our exhibits (Exhibits A, I, J and K) under seal as they are comprised of the deposition transcripts of Defendants in this matter which contain information covered by the Stipulation of Confidentiality so-ordered in this matter by the Hon. Steven Tiscione, U.S.M.J., on December 17, 2020 [DE 21]. Accordingly, we write to respectfully request permission to file these exhibits under seal as delineated in DE 21 at paragraph 2(g).

We thank the Court for its attention to this matter.


Respectfully submitted,

Christopher J. Clayton
County Attorney
*/s/ Stacy A. Skorupa*
By: Stacy A. Skorupa
Assistant County Attorney


CC:　Steven Harfenist, Esq. (Via ECF)