UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IRA CHERNICK as Administrator of the Estate of MARYANN OST CHERNICK,

          Plaintiff,

-against-

POLICE OFFICER JESUS FAYA, POLICE OFFICER ARGAND REYES, POLICE OFFICER MICHAEL SWEET, POLICE OFFICER CHARLES TRAMONTANA, individually, OFFICERS "JOHN DOE" 1-2 (fictitiously named) individually, and THE COUNTY OF SUFFOLK,

          Defendants.

**DECLARATION IN SUPPORT OF MOTION PURSUANT TO RULE 56**

19-cv-7093 (ARR)(ST)

Stacy A. Skorupa, an attorney duly admitted to practice before this Court and the Courts of the State of New York, affirms as follows under penalty of perjury:

1. I am an Assistant County Attorney in the office of Suffolk County Attorney Christopher J. Clayton, attorney for Defendants County of Suffolk and Police Officers Jesus Faya, Argand Reyes, Michael Sweet and Charles Tramontana ("Defendants") in this civil rights action pursuant to 42 U.S.C. §1983 brought by Plaintiff Ira Chernick as Administrator of the Estate of Maryann Ost Chernick. I submit this Declaration in support of Defendants' motion pursuant to Fed. R. Civ. P. Rule 56 for an Order granting summary judgment and dismissing the claims against them in their entirety.

2. It is respectfully submitted that based upon the case law and legal principles set forth in the attached Memorandum of Law, which is incorporated by reference, Defendants should be granted summary judgment.

3. In support of their motion, Defendants attach the following exhibits and evidence which your affiant declares are true and accurate copies of the original exhibits and evidence:

**RULE 56 MOTION EXHIBITS/EVIDENCE LIST**

| | |
|---|---|
| Exhibit A | Transcript of Deposition of Police Officer Jesus Faya dated December 1, 2021 |
| Exhibit B | Misdemeanor Informations (3 pages) |
| Exhibit C | Alcohol/ Drug Influence Report |
| Exhibit D | SCPD Incident Report |
| Exhibit E | Traffic Tickets (10 tickets) |
| Exhibit F | Misdemeanor Information for Count 13 with attached Supplemental Toxicology Report |
| Exhibit G | Prisoner Activity Log |
| Exhibit H | Subject Resistance Reports of Officers Faya, Sweet, Reyes and Tramontana |
| Exhibit I | Transcript of Deposition of Police Officer Charles Tramontana dated November 18, 2021 |
| Exhibit J | Transcript of Deposition of Police Officer Michael Sweet dated December 1, 2021 |
| Exhibit K | Transcript of Deposition of Police Officer Argand Reyes dated November 18, 2021 |
| Exhibit L | Transcript of Deposition of Police Officer Ronald Treanor dated January 28, 2022 |
| Exhibit M | Transcript of Deposition of Plaintiff Ira Chernick dated November 9, 2021 |
| Exhibit N | Sworn Statement of Jenisse Reynoso dated February 10, 2019 |

Exhibit O       Motor Vehicle Accident Report (MV-104A)

WHEREFORE, Defendants respectfully request that the Court grant this motion for summary judgment pursuant to Fed. R. Civ. P. Rule 56 and dismiss the claims against them in their entirety.

Dated: Hauppauge, New York
       May 22, 2024

<i>Stacy A. Skorupa</i><br>
Stacy A. Skorupa<br>
Assistant County Attorney

3