1ST DISTRICT COURT     NY051033J   CR-007113-19     2-10-19 D11 CT
DISTRICT – DOCKET NOS.     C.C. NUMBER: 19-0097743/SPD
MISDEMEANOR INFORMATION     ARREST NUMBER: 003969-19     APPEARANCE TICKET NO.

STATE OF NEW YORK } SS
COUNTY OF SUFFOLK
PIN: 749020
SUF0018968

SCANNED

ARREST DATE & TIME: 02/09/19 23:59

The People of the State of New York    **OST, MARYANN A** } Defendant
-vs-

Name (Complainant): FAYA, JESUS     PID: 33715    PO/4917

of No. 30 YAPHANK AVE YAPHANK, NY 11980     Sqd. # 4210/4

Being duly sworn, says that ON OR ABOUT FEBRUARY 9, 2019, AT APPROXIMATELY 11:50 P.M.

at WB RT 495, MELVILLE     Town of HUNTINGTON

County of Suffolk, State of New York, the defendant (Name, Address & D.O.B.) OST, MARYANN A

62 HUNT DRIVE JERICHO, NY 11753    D.O.B. ████

committed the offense of: **OPER MV IMPAIRED BY DRUGS 1ST**

IN VIOLATION OF VTL 1192 04    UM0 NYS VEHICLE & TRAFFIC LAW

### Count # 001

In That: NO PERSON SHALL OPERATE A MOTOR VEHICLE WHILE THE PERSON'S ABILITY TO OPERATE SUCH A MOTOR VEHICLE IS IMPAIRED BY THE USE OF A DRUG AS DEFINED IN THIS CHAPTER.

To Wit: THE DEFENDANT, AT WB RT 495, MELVILLE, IN THE TOWN OF HUNTINGTON, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT FEBRUARY 9, 2019, AT APPROXIMATELY 11:50 P.M., OPERATED A MOTOR VEHICLE WHILE HIS ABILITY TO OPERATE SUCH A MOTOR VEHICLE WAS IMPAIRED BY THE USE OF A DRUG; IN THAT, THE DEFENDANT OPERATED A 2017 LEXUS SUBURBAN NEW YORK LICENSE #EEB8560 WEST BOUND ON RT 495 (LONG ISLAND EXPRESSWAY) WHILE SHE WAS IN AN IMPAIRED CONDITION. IN THAT THE DEFENDANT WAS DRIVING AND FAILED TO MAINTAIN HER VEHICLE WITHIN A SINGLE LANE OF TRAFFIC WHILE TRAVELING AT 70 MPH IN A 55 MPH ZONE, AND FORCING OTHER VEHICLES OFF THE ROAD TO AVOID COLLIDING WITH HER VEHICLE. UPON INTERVIEWING THE DEFENDANT IT WAS OBSERVED AND NOTED THAT SHE HAD BLOODSHOT/ WATERY EYES WITH DIALATED PUPILS, SLURRED SPEECH AND WAS CONFUSED AND AGITATED. THE DEFENDANT STATED: "I DON'T KNOW THE NAME OF THE MEDICINE THAT I TOOK". THE DEFENDANT WAS ARRESTED AND TRANSPORTED TO GOOD SAMARITAN HOSPITAL FOR TREATMENT WHERE ON 02/10/2019 AT 02:15 AM THE DEFENDANT DID SUBMIT TO BLOOD TEST (KIT#16572, RESULTS PENDING).

( X ) This charge is based solely upon complainant's personal knowledge.

( ) This charge is based upon complainant's personal knowledge **and** on information and belief, the source(s) being:
_____

( ) This charge is based solely upon information and belief, the source(s) being:
_____

( ) Warrant Requested     ( ) Criminal Summons Requested     ( ) Supporting Documents Attached

SWORN TO BEFORE ME    2 , 10 , 20 19

_____      _____
Signature of Official Administering Oath     Complainant – if Police Officer, Rank, Shield, Squad & Command
Sgt 1358     PO/4917/4210/4

Beba Sgt 1358
Printed Name / Rank / Shield of Official Administering Oath

COURT FOLDER
SC 00107

| 1ST DISTRICT COURT | NY051033J | 2-10-19 D // CT |
| --- | --- | --- |

**1ST DISTRICT COURT**    DISTRICT – DOCKET NOS. NY051033J CR-007114-19N

**MISDEMEANOR INFORMATION**

C.C. NUMBER: 19-0097875/SPD
ARREST NUMBER: 003970-19
APPEARANCE TICKET NO.:
SCANNED
ARREST DATE & TIME: 02/09/19 23:59

STATE OF NEW YORK } SS
COUNTY OF SUFFOLK }
PIN: 749020

The People of the State of New York    **OST, MARYANN A** } Defendant
-vs-

Name (Complainant) **FAYA, JESUS**    PID: 33715    PO/4917

of No. 30 YAPHANK AVE YAPHANK, NY 11980    Sqd. # 4210/4

Being duly sworn, says that ON OR ABOUT FEBRUARY 9, 2019, AT APPROXIMATELY 11:57 P.M.

at 62 HUNT DR, (NASSAU COUNTY)    Town of (NASSAU)

County of Suffolk, State of New York, the defendant (Name, Address & D.O.B.) OST, MARYANN A

62 HUNT DR JERICHO, 11753 D.O.B. [redacted]

committed the offense of: **RESISTING ARREST**

IN VIOLATION OF PL 205.30    AM0 NYS PENAL LAW

### Count # 001

In That: A PERSON IS GUILTY OF RESISTING ARREST WHEN HE INTENTIONALLY PREVENTS OR ATTEMPTS TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.

To Wit: THE DEFENDANT, AT 62 HUNT DR, NASSAU COUNTY, IN THE TOWN OF NASSAU, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT FEBRUARY 9, 2019, AT APPROXIMATELY 11:57 P.M., INTENTIONALLY PREVENTED OR ATTEMPTED TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON; IN THAT, THE DEFENDANT ATTEMPTED TO PREVENT YOUR DEPONENT, A POLICE OFFICER, FROM AFFECTING HER LAWFUL ARREST FOR DRIVING WHILE ABILITY IMPAIRED AND UNLAWFULLY FLEEING BY FLAILING HER ARMS AND THEN TUCKING HER FOREARMS AND WRISTS INTO HER BODY TO AVOID BEING HANDCUFFED.

( X ) This charge is based solely upon complainant's personal knowledge.

( ) This charge is based upon complainant's personal knowledge **and** on information and belief, the source(s) being: _____

( ) This charge is based solely upon information and belief, the source(s) being: _____

( ) Warrant Requested    ( ) Criminal Summons Requested    ( ) Supporting Documents Attached

SWORN TO BEFORE ME ____2____, ____10____, 20 __19__

_Sgt 1358/1a19_      _J Faya PO/4917/4210/4_
Signature of Official Administering Oath      Complainant – If Police Officer, Rank, Shield, Squad & Command

_Besy Sgt 1358_
Printed Name / Rank / Shield of Official Administering Oath

COURT FOLDER
SC 00108

1ST DISTRICT COURT (2) NY051033J CR-007113-19S
DISTRICT – DOCKET NOS.
O.C. NUMBER CT 19-0097743/SPD
ARREST NUMBER 003969-19
APPEARANCE TICKET NO.
SCANNED
ARREST DATE & TIME 02/09/19 23:59

## MISDEMEANOR INFORMATION

STATE OF NEW YORK } SS
COUNTY OF SUFFOLK

PIN: 749020

The People of the State of New York
-vs-
**OST, MARYANN A** } Defendant

Name (Complainant) **FAYA, JESUS**   PID: 33715   PO/4917

of No. 30 YAPHANK AVE YAPHANK, NY 11980   Sqd. # 4210/4

Being duly sworn, says that ON OR ABOUT FEBRUARY 9, 2019, AT APPROXIMATELY 11:50 P.M.

at WB RT 495, MELVILLE   Town of HUNTINGTON

County of Suffolk, State of New York, the defendant (Name, Address & D.O.B.) OST, MARYANN A

62 HUNT DRIVE JERICHO, NY 11753  D.O.B. [REDACTED]

committed the offense of: FLEE OFFICER IN MOTOR VEH-3RD

IN VIOLATION OF PL 270.25   AM3 NYS PENAL LAW

### Count # 002

In That: A PERSON IS GUILTY OF UNLAWFUL FLEEING A POLICE OFFICER IN A MOTOR VEHICLE IN THE THIRD DEGREE WHEN, KNOWING THAT HE OR SHE HAS BEEN DIRECTED TO STOP HIS OR HER MOTOR VEHICLE BY A UNIFORMED POLICE OFFICER OR A MARKED POLICE VEHICLE BY THE ACTIVATION OF EITHER THE LIGHTS OR THE LIGHTS AND SIREN OF SUCH VEHICLE, HE OR SHE THEREAFTER ATTEMPTS TO FLEE SUCH OFFICER OR SUCH VEHICLE BY DRIVING AT SPEEDS WHICH EQUAL OR EXCEED TWENTY-FIVE MILES PER HOUR ABOVE THE SPEED LIMIT OR ENGAGING IN RECKLESS DRIVING AS DEFINED BY SECTION TWELVE HUNDRED TWELVE OF THE VEHICLE AND TRAFFIC LAW.

To Wit: THE DEFENDANT, AT WB RT 495, MELVILLE, IN THE TOWN OF HUNTINGTON, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT FEBRUARY 9, 2019, AT APPROXIMATELY 11:50 P.M., KNOWING THAT HE OR SHE HAS BEEN DIRECTED TO STOP HIS OR HER VEHICLE BY A UNIFORMED OFFICER OR A MARKED POLICE VEHICLE BY ACTIVATION OF EITHER THE LIGHTS OR THE LIGHTS AND SIREN, HE OR SHE ATTEMPTS TO FLEE BY DRIVING AT SPEEDS WHICH EQUAL OR EXCEED TWENTY-FIVE MILES PER HOUR OVER THE SPEED LIMIT OR ENGAGING IN RECKLESS DRIVING; IN THAT, THE DEFENDANT OPERATED A 2017 LEXUS SUBURBAN NEW YORK LICENSE #EEB8560 WEST BOUND ON RT 495 (LONG ISLAND EXPRESSWAY) WHILE THE DEFENDANT WAS DRIVING AND FAILED TO MAINTAIN HER VEHICLE WITHIN A SINGLE LANE OF TRAFFIC WHILE TRAVELING AT 70 MPH IN A 55 MPH ZONE, CHANGING LANES UNSAFELY AND WITHOUT SIGNALING AND FORCING OTHER VEHICLES OFF THE ROAD TO AVOID COLLIDING WITH HER VEHICLE.

(X) This charge is based solely upon complainant's personal knowledge.

( ) This charge is based upon complainant's personal knowledge **and** on information and belief, the source(s) being: _____

( ) This charge is based solely upon information and belief, the source(s) being: _____

( ) Warrant Requested    ( ) Criminal Summons Requested    ( ) Supporting Documents Attached

SWORN TO BEFORE ME ___2___, ___16___, 20 _19_

_____ Sgt 1358/4210/4
Signature of Official Administering Oath

_____ PO/4917/4210/4
Complainant - if Police Officer, Rank, Shield, Squad & Command

Beby Sgt 1358
Printed Name / Rank / Shield of Official Administering Oath

COURT FOLDER
SC 00109