# POLICE DEPARTMENT, COUNTY OF SUFFOLK, NEW YORK
ACCREDITED LAW ENFORCEMENT AGENCY

**ALCOHOL/DRUG INFLUENCE REPORT**    PDCS-1075g

A# 003969-19

| C.C. NO. | DATE OF ARREST | TIME |
|---|---|---|
| 19-097743 | 02/09/19 | 2359 |
| PIN NO. 749 020 | INVOLVED IN CRASH ☒ YES ☐ NO | |

| Location of Test or Refusal | Precinct | Date of Test or Refusal | Time |
|---|---|---|---|
| Good Sam Hosp  1000 Montauk Hwy | 2 | 02/10/19 | 0215 |

| Name | D.O.B | Address |
|---|---|---|
| Ost, Maryann, A | [redacted] | 62 Hont Dr Jericho N.Y. 11753 |

| Sex | Race | Hgt. | Wgt. | Drivers License Identification Number | State of License |
|---|---|---|---|---|---|
| F | W | 5-06 | 105 | [redacted] | NY |

@ 0100    **THE FOLLOWING PARAGRAPH IS TO BE READ TO THE DEFENDANT BY THE OFFICER:**

You are requested to submit to a chemical test or any portion thereof to be administered at the direction of the police officer for the purpose of determining the alcohol or drug content of your blood in order to ascertain whether or not you are intoxicated. The results of such test or any portion thereof may be used for or against you in court. You are permitted to have a physician of your own choosing administer a chemical test IN ADDITION to the one administered at the direction of the police officer.

**WARNINGS** – You may refuse to take a chemical test or any portion thereof but: {CHECK APPLICABLE BOX}

☒ **VEHICLE**    Refusal to submit to a chemical test or any portion thereof will result in immediate suspension and subsequent revocation of your license or privilege to operate a motor vehicle whether or not you are found guilty of the charge for which you were arrested.

☐ **VESSEL**    Refusal to submit to a chemical test or any portion thereof will result in immediate suspension of your privilege to operate a vessel whether or not you are found guilty of the charge for which you were arrested.

Your refusal to submit to a chemical test or any portion thereof can be introduced in evidence against you at any trial, proceeding or hearing resulting from this arrest. ( [initials] ) Defendant's initials

@ 0103 WITH LEFT HAND

**NOTE:** Defendant will write either of the following words, **CONSENT** or **REFUSE**, in space provided.

I hereby ___[signature]___ to submit to a chemical test.    ___[signature]___ Defendant's Signature

( ) Check here if defendant orally consents to test but refuses to affix his signature.

If refused, time and comment of:   2nd Request _____

3rd Request _____

---

**THIS SECTION TO BE COMPLETED AND SIGNED BY PERSON AUTHORIZED BY THE VEHICLE AND TRAFFIC LAW TO WITHDRAW BLOOD**

I, __David S. Reed, PA__, hereby certify that I have withdrawn a blood sample from __Maryann A Ost__ on (date) __2/10/19__ at (time) __0215h__ using Suffolk County Police Laboratory Kit No. __16572__.

**WITHDRAWAL OF BLOOD WITNESSED BY:**

___[signature] PO/4917/4210/4___      ___[signature]___
Signature of Officer Witnessing Same      Signature of Authorized Person

| REPORTING OFFICER | RANK / SHIELD | COMMAND | DATE OF REPORT |
|---|---|---|---|
| Faya, Jesus | PO 4917 | 4210/4 | 02/10/19 |
| SUPERVISOR [signature] SGT 1362/110/4 | | | DATE 2/10/19 |

# ALCOHOL/DRUG INFLUENCE REPORT - Page 2

PDCS-1075g
53-0139p. 08/08

C.C. NO. 19-097743
DATE OF ARREST 02/09/19
TIME 2359
NAME: OST, MARYANN A

**Indicate Type of Chemical Test Administered:** ☒ Blood ☐ Breath ☐ Urine

**BEFORE ASKING ANY QUESTIONS BELOW, GIVE THE FOLLOWING WARNINGS AND RECORD THE ANSWERS TO THE WAIVERS ON LINES PROVIDED**

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer, right now, and have him present with you while you are being questioned.
4. If you cannot afford a lawyer and want one, a lawyer will be appointed for you by the court before any questioning. If you decide to answer questions now without a lawyer present, you will have the right to stop the questioning at any time until you talk to a lawyer.

**OFFICER TO WRITE ANSWERS TO WAIVER HERE:**

1. Do you understand each of these rights I have explained to you? — 1. YES
2. Having these rights in mind, do you wish to talk to me/us now? — 2. NO

If defendant wishes an attorney, indicate what efforts were made to contact one, including phone numbers, times called, attorney's name, etc.

_(SCANNED watermark)_

Were you operating a (year) 2017 (make) LEXUS (Registration No.) NY-GEB8560

**REFUSED** (written diagonally across section)

- Ans. ____ Where were you going? ____
- Where did you start from? ____ What time is it now? ____
- Have you been drinking alcoholic beverages? ____ If so, what? ____
- In what quantities? ____ Time commenced? ____ Time stopped? ____
- Where? ____ Are you ill? ____
- Have you been to a doctor or dentist recently? ____ If so, when? ____ For what reason? ____
- Name of doctor seen? ____ Are you taking any drug(s)/medication(s)? ____
- If so, what? ____ Time you last took drug(s)/medication(s)? ____
- Do you have diabetes? ____ Are you taking insulin? ____ Have you used mouthwash recently? ____

**QUESTIONS TO BE ASKED IF DEFENDANT INVOLVED IN A CRASH:**

- Time? ____ Are you hurt? ____ Did you strike your head? ____ Have you been drinking since the crash? ____
- If so, what and how much? ____
- Have you taken any drugs or medication since the crash? ____ If so, what and how much? ____

Defendant signature ____

False statements made herein are punishable as a Class "A" misdemeanor pursuant to Section 210.45 of the N.Y.S. Penal Law.

| REPORTING OFFICER | RANK / SHIELD | COMMAND | DATE OF REPORT |
|---|---|---|---|
| FAYA, JESUS | PO/4917 | 4210/4 | 02/10/19 |
| SUPERVISOR | | | DATE |