# SCPD Incident Report

| CC # | Pct | Sector | Car | Orig Supp | Domestic | MVA | Missing Person | B |
|---|---|---|---|---|---|---|---|---|
| 2019-0097730 | 1 | 103 | 103 | X | ☐ | ☐ | ☐ | 83 |

## INCIDENT

| Report Date | Report Time | Day | Date (Occurred On/From) | Time | Day | Date (Occurred To) | Time |
|---|---|---|---|---|---|---|---|
| 2/10/2019 | 02:30 | SAT | 2/9/2019 | 23:40 | | | |

Business name and type (If residence, so indicate):

Town Code: 5250

Incident Address: 1944 DEER PARK AV DEER PARK

| No. | LAW | NAME OF OFFENSE | DEG | ART/SECTION | SUB | CAT | ATT | CTS | TARGET (J) | WEAPON CODES (A) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VTL | LV SCN ACCDNT | 0 | 0600 | 01A | I | C | 1 | | |

Person Type: C=Complainant V=Victim A=Arrestee S=Identified Suspect W=Witness N=Neighbor P=Person Interviewed O=Other

## ASSOCIATED PERSONS

| Per | Type | Name (Last,First,Middle) | D.O.B | Sex | Race | Home Tel# | Work Tel# | Cell Tel# |
|---|---|---|---|---|---|---|---|---|
| 1 | A | OST, MARYANN | | | | | | |

Address: 62 HUNT DRIVE  JERICHO NY

| Per | Type | Name (Last,First,Middle) | D.O.B | Sex | Race | Home Tel# | Work Tel# | Cell Tel# |
|---|---|---|---|---|---|---|---|---|
| 2 | C | REYNOSO, JENISSE | | | | | | |

Address: 1944 DEER PARK AVE  DEER PARK

Neighborhood Canvass: [X]
Inv. Notified: ☐
Inv. Responding: ☐

Investigating Officer (Name, Shield):

Reporting Officer: REYES, ARGAND PO/5798/4

## PROPERTY

| Veh | Status | License Plate No. | Partial | State | Exp Yr. | Plate Type | Mileage | Keys in Vehicle |
|---|---|---|---|---|---|---|---|---|
| 1 | 01 | EEB8560 | ☐ | NY | 2019 | PASS | | 0 |

| Veh. Year | Make | Model | Style | VIN |
|---|---|---|---|---|
| 2017 | LEXUS | GX460 | SUBN | |

Color(s): 
Insurance Carrier:
Vehicle Notes:

# of Crime Guns Recovered: 0
# of Crime Guns Sent to Crime Lab: 0

| Per # | Quantity | Measure | Description (Include make, model, serial no., etc.) | Property Type | Property Status | Drug Type | Measure Source | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Property Total

## NARRATIVE

C-1 OBSERVED A-1 REVERSE HER LISTED VEHICLE, STRIKE THE I/L WITH THE REAR OF HER VEHICLE AND THEN FLEE SCENE. DAMAGE WAS SUSTAINED ON A-1'S VEHICLE.

Did reporting officer provide the victim with information on Victim's Rights and Services pursuant to NYS Law?  ☐ Yes  [X] No

## ADMINISTRATIVE

Evidence/Tech work performed: PHOTOS OF VEHICLE TAKEN. WITNESS STATEMENT TAKEN. SGT BEBRY ON SCENE.

Teletype No.:
Connected CC #'s: ,19-97743
# of Affidavits Prepared: 1

Reclassification: ☐
Reclassified to:
Reclassified From:
IRS Updated: ☐
PDCS 1099-1 to follow: ☐
Confidential: ☐

☐ ACTIVE  ☐ CLOSED (NON-CRIMINAL ONLY)  [X] CLEARED BY ARREST
☐ PENDING  ☐ EXCEPTIONALLY CLEARED  ☐ WARRANT ISSUED

Exceptionally Cleared Code:
Status Date: 2/10/2019
TOT:

*** End of Report ***

| CC # | Reporting / Investigating Officer | Supervisor | Pages |
|---|---|---|---|
| 2019-0097730 | REYES, ARGAND PO/5798/4 | GUITERMAN, ERIC SGT/1332 | 1 of 1 |