**BF1912540**

**New York State Department of Motor Vehicles**
**SIMPLIFIED INFORMATION / COMPLAINT**
The People of The State of New York VS.

**POLICE AGENCY:** SCPD

| Field | Value |
|---|---|
| LAST NAME | Ost |
| FIRST NAME | Maryann |
| M.I. | |
| LOCAL POLICE CODE | 19-097743 |
| NUMBER & STREET ADDRESS | 62 Hunt Dr. |
| APT. NO. | |
| PHOTO LIC SHOWN | |
| CITY | Jericho |
| STATE | NY |
| ZIP CODE | 11753 |
| OWNER IS OPER. | |
| LIC CLASS/ID TYPE | D |
| I.D. NUMBER | 962282709 |
| SEX | F |
| DATE OF BIRTH | [redacted] |
| STATE | NY |
| LICENSE EXPIRES | 102521 |
| VEH. TYPE | 1 |
| VEH. YR. | 2017 |
| VEH. MAKE | Lexus |
| VEH. COLOR | BLK |
| PLATE # | EEB860 |
| REG. STATE | NY |
| REGISTRATION EXPIRES | 122019 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

- TIME (24hour HHMM): 2350
- DATE OF OFFENSE (MMDDYY): 020919
- VTL: ●
- IN VIOLATION OF (SECTION AND SUBDIVISION): 1111 d 1
- TR INF: ●

**DESCRIPTION / NARRATIVE:** Passed red light

**PLACE OF OCCURRENCE:** Half Hollow Rd - North Service Rd
HWY: ●  NCIC: 05101

IN THE: ● Town
OF: Huntington   COUNTY OF: Suffolk   PRECINCT: 2

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury

DATE AFFIRMED: 020919
OFFICER ID #: 745679
OFFICER'S COMMAND: 212

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE: ● District

COURT OF: First District Ct
ADDRESS: 400 Carleton Ave
CITY: Central Islip  STATE: NY  ZIP: 11722

## COURT ADJOURNMENT RECORD | DOCKET NUMBER

| Date From | Code | Date To | Requested By |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Witnesses Sworn**

| Name | Address |
|---|---|
|  |  |
|  |  |

**Conditions of Sentence/Post Judgment Proceeding**

| Date of Arraignment | District Attorney |
|---|---|
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

|  | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail |  |  |  |
| Refund |  |  |  |
| Fine |  |  |  |
| Surcharge |  |  |  |

**Other papers submitted or actions taken**

___ Charges read - If V&T Susp. and/or Revocation - Warning
___ Copies furnished to defendant
___ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney?   YES   NO
___ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment?   YES   NO
___ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition?   YES   NO
___ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial?   YES   NO
___ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
___ In other than felonies. Do you want to enter a plea in this case?   Guilty   Not Guilty
___ Jury Trial Waived          ___ Order D.A.
___ Support deposition requested.    ___ Presentence report ordered.
___ Sealed Y.O.               ___ 160.50 order entered.
___ Order assigned counsel.    ___ Notify arresting officer.
___ Plea in writing   Guilty   Not Guilty   Application Granted   Not Granted

Notes:

**Judge's Signature**

# SIMPLIFIED INFORMATION / COMPLAINT
## New York State Department of Motor Vehicles
The People of The State of New York VS.

**POLICE AGENCY:** SCPD

**LAST NAME:** Ost
**FIRST NAME:** Maryann
**M.I.:**
**LOCAL POLICE CODE:** 19-097743

**NUMBER & STREET ADDRESS:** 42 Hunt Dr
**APT. NO.:**
**PHOTO LIC SHOWN:** O

**CITY:** Jericho
**STATE:** NY
**ZIP CODE:** 11753
**OWNER IS OPER.:**
**LIC CLASS/ID TYPE:** D

**I.D. NUMBER:** 962282709
**SEX:** F
**DATE OF BIRTH (MMDDYY):** [redacted]

**STATE:** NY
**LICENSE EXPIRES (MMDDYY):** 102521
**VEH. TYPE:** 1
**VEH. YR.:** 2017
**VEH. MAKE:** Lexs
**VEH. COLOR:** Blk

**PLATE #:** EEB560
**REG. STATE:** NY
**REGISTRATION EXPIRES (MMDDYY):** 122019

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**TIME (24hour HHMM):** 2350
**DATE OF OFFENSE (MMDDYY):** 020919

**VTL:** ● TRAFF RULES: ○ ADMIN CODE: ○ PRHPL: ○ ECL: ○
NAV LAW: ○ TAX LAW: ○ TRANS LAW: ○ NYCRR TITLE: ○

**IN VIOLATION OF:** (SECTION AND SUBDIVISION) 1111.d1
**TR INF:** ● **MISD:** ○

**OTHER LAW:**

**DESCRIPTION / NARRATIVE:** Passed Red Light

**MPH:**
**IN MPH ZONE:**
**CDL VEH:** ○ **BUS:** ○ **HAZ MAT:** ○
**US DOT#:**

**PLACE OF OCCURRENCE:** North Service Rd Exit 51 Rt 231
**HWY #:** 231
**HWY TYPE:** I
**LOCATION CODE:**
**NCIC:** 0510

**IN THE:** ○ City ● Town ○ Village
**OF:** Huntington
**COUNTY OF:** Suffolk
**PRECINCT:** 2

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury.
[signature] Town 4224/01/4 Nassau PO 4430

**RADAR OPERATOR NAME (Print):**

**DATE AFFIRMED:** 020919
**ARREST TYPE:**
**OFFICER ID #:** 745679
**OFFICER'S COMMAND:** 210

### THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City ○ Town ○ Village ○ Criminal ● District

**COURT OF:** First District Ct
**COUNTY OF:**
**SUMMONS PART:**

**ADDRESS:** 400 Carlton Ave
**CITY:** Central Islip
**STATE:** NY
**ZIP CODE:** 11722

○ RETURN BY MAIL BEFORE, OR IN PERSON ON:
● MUST APPEAR IN PERSON ON: 2/10/19 at 9:00 AM

### FOR COURT USE ONLY

| COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED |
|---|---|---|---|
| | | | |

**CHARGE CONVICTED OF:** ○ AS ABOVE ○ VTL ○ OTHER
**DISPOSITION / SENTENCE:**
**FINE:**
**SURCHARGE:**

**BAIL FORFEITURE AMT:** **DATE:**
○ LIC ○ REV ○ SUSP ○ MAND ○ PERM
_____ DAYS / MONTHS / YEAR

| COURT ADJOURNMENT RECORD | DOCKET NUMBER | | |
|---|---|---|---|
| Date From | Code | Date To | Requested By |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Witnesses Sworn**

| Name | Address |
|---|---|
|  |  |
|  |  |

**Conditions of Sentence/Post Judgment Proceeding**

|  |
|---|
|  |
|  |

| Date of Arraignment | District Attorney |
|---|---|
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

|  | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail |  |  |  |
| Refund |  |  |  |
| Fine |  |  |  |
| Surcharge |  |  |  |

**Other papers submitted or actions taken**

____ Charges read - If V&T Susp. and/or Revocation - Warning
____ Copies furnished to defendant
____ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney? YES  NO
____ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment? YES  NO
____ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition? YES  NO
____ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial? YES  NO
____ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
____ In other than felonies. Do you want to enter a plea in this case? Guilty  Not Guilty
____ Jury Trial Waived                    ____ Order D.A.
____ Support deposition requested.       ____ Presentence report ordered.
____ Sealed Y.O.                         ____ 160.50 order entered.
____ Order assigned counsel.             ____ Notify arresting officer.
____ Plea in writing  Guilty  Not Guilty  Application Granted  Not Granted

Notes:

Judge's Signature

SC 00135

UT-50.1 (4/10)

# New York State Dept of Motor Vehicles
## SIMPLIFIED INFORMATION / COMPLAINT
### The People of The State of New York VS.

POLICE AGENCY: SCPD

| Field | Value |
|---|---|
| LAST NAME | Ost |
| FIRST NAME | Maryam |
| M.I. | |
| LOCAL POLICE CODE | A-097743 |
| NUMBER & STREET ADDRESS | 62 Hunt Dr. |
| APT. NO. | |
| PHOTO LIC SHOWN | |
| CITY | Jericho |
| STATE | NY |
| ZIP CODE | 11753 |
| OWNER IS OPER. | |
| LIC CLASS/ID TYPE | D |
| I.D. NUMBER | 962282709 |
| SEX | F |
| DATE OF BIRTH | [redacted] |
| STATE | NJ |
| LICENSE EXPIRES | 102521 |
| VEH. TYPE | 1 |
| VEH. YR. | 2017 |
| VEH. MAKE | LEXS |
| VEH. COLOR | BLK |
| PLATE # | EEB560 |
| REG. STATE | NY |
| REGISTRATION EXPIRES | 122019 |

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

- TIME (24hour HHMM): 2350
- DATE OF OFFENSE (MMDDYY): 020919
- VTL: ●
- IN VIOLATION OF (SECTION AND SUBDIVISION): 1111 d1
- TRINF: ●
- DESCRIPTION / NARRATIVE: Passed Red light
- PLACE OF OCCURRENCE: South Service Rd Exit 51, Rt 231
- HWY #: 231
- HWY TYPE: I
- NCIC: 0501
- IN THE: Town OF: Huntington
- COUNTY OF:
- COMPLAINANT SIGN AND PRINT NAME/RANK: [signature] Po Huddy Diouf Nadoporux
- DATE AFFIRMED: 020919
- OFFICER ID #: 745679
- OFFICER'S COMMAND: 210

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE: ● District

- COURT OF: First District Ct
- ADDRESS: 400 Carleton Ave
- CITY: Central Islip
- STATE: NY
- ZIP CODE: 11722
- ● MUST APPEAR IN PERSON ON: 2/10/19 at 9:00 AM

| COURT ADJOURNMENT RECORD | | DOCKET NUMBER | |
|---|---|---|---|
| Date From | Code | Date To | Requested By |
| | | | |
| | | | |
| | | | |
| | | | |

**Witnesses Sworn**

| Name | Address |
|---|---|
| | |
| | |

**Conditions of Sentence/Post Judgment Proceeding**

| |
|---|
| |
| |
| |

| Date of Arraignment | District Attorney |
|---|---|
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

| | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail | | | |
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

**Other papers submitted or actions taken**

| |
|---|
| |

_____ Charges read - If V&T Susp. and/or Revocation - Warning
_____ Copies furnished to defendant
_____ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney?   YES   NO
_____ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment?   YES   NO
_____ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition?   YES   NO
_____ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial?   YES   NO
_____ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
_____ In other than felonies. Do you want to enter a plea in this case? Guilty Not Guilty
_____ Jury Trial Waived                         _____ Order D.A.
_____ Support deposition requested.   _____ Presentence report ordered.
_____ Sealed Y.O.                                  _____ 160.50 order entered.
_____ Order assigned counsel.            _____ Notify arresting officer.
_____ Plea in writing   Guilty   Not Guilty   Application Granted   Not Granted

Notes:

Judge's Signature

SC 00137

UT-50.1 (4/10)

# New York State Department of Motor Vehicles
## SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

**BF1709105**

**POLICE AGENCY:** SCPD

**LAST NAME:** OST **FIRST NAME:** MARYANN **M.I.** A

**LOCAL POLICE CODE:** 19-097743

**NUMBER & STREET ADDRESS:** 62 HUNT DR **APT. NO.:** — **PHOTO LIC SHOWN:** ○

**CITY:** JERICHO **STATE:** N.Y. **ZIP CODE:** 11753 **OWNER IS OPER.:** ○ **LIC CLASS/ID TYPE:** D

**I.D. NUMBER:** 962 282 709 **SEX:** F **DATE OF BIRTH (MMDDYY):** [redacted]

**STATE:** NY **LICENSE EXPIRES (MMDDYY):** 102521 **VEH. TYPE:** 1 **VEH. YR.:** 2017 **VEH. MAKE:** LEXU **VEH. COLOR:** BK

**PLATE #:** EEB8560 **REG. STATE:** NY **REGISTRATION EXPIRES (MMDDYY):** 122019

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**TIME (24hour HHMM):** 2355 **DATE OF OFFENSE (MMDDYY):** 020919

**VTL:** ● TRAFF RULES: ○ ADMIN CODE: ○ PRHPL: ○ ECL: ○
NAV LAW: ○ TAX LAW: ○ TRANS LAW: ○ NYCRR TITLE: ○

**IN VIOLATION OF:** (SECTION AND SUBDIVISION) 1163-D **TR INF:** ● **MISD:** ○

**OTHER LAW**

**DESCRIPTION / NARRATIVE:** FAIL TO SIGNAL LANE CHANGE

**MPH:** **IN MPH ZONE:**

**CDL VEH:** ○ **BUS:** ○ **HAZ MAT:** ○

**US DOT#:**

**PLACE OF OCCURRENCE:** W/B I495 W/O RT 110

**HWY #:** 495 **LOCATION CODE:**
**HWY TYPE:** **NCIC:** 05101

**IN THE OF:** ○ City ● Town ○ Village HUNTINGTON **COUNTY OF:** SUFFOLK **PRECINCT:** 2

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury.
[signature] PO/49917/YZW/4 FAYA, J.

**RADAR OPERATOR NAME (Print):**

**DATE AFFIRMED:** 020919 **ARREST TYPE:** **OFFICER ID #:** 79226 7 **OFFICER'S COMMAND:** 4210

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City ○ Town ○ Village ○ Criminal ● District

**COURT OF:** SUFF. FIRST DISTRICT COURT **COUNTY OF:** **SUMMONS PART:**

**ADDRESS:** 400 CARLETON AVE. **CITY:** CENTRAL ISLIP **STATE:** NY **ZIP CODE:** 11722

○ RETURN BY MAIL BEFORE, OR IN PERSON ON:
● MUST APPEAR IN PERSON ON: 02/10/19 at 9:00 A M

### FOR COURT USE ONLY

| COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED |
|---|---|---|---|
| | | | |

**CHARGE CONVICTED OF:** ○ AS ABOVE ○ VTL ○ OTHER **DISPOSITION / SENTENCE:** **FINE:** **SURCHARGE:**

**BAIL FORFEITURE AMT:** **DATE:** ○ LIC ○ REV ○ SUSP ○ MAND ○ PERM ___ DAYS / MONTHS / YEAR

SC 00138

BF1709105

| COURT ADJOURNMENT RECORD | | DOCKET NUMBER | |
|---|---|---|---|
| Date From | Code | Date To | Requested By |
| | | | |
| | | | |
| | | | |
| | | | |

**Witnesses Sworn**

| Name | Address |
|---|---|
| | |
| | |

**Conditions of Sentence/Post Judgment Proceeding**

| | |
|---|---|
| | |
| | |

| Date of Arraignment | District Attorney |
|---|---|
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

| | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail | | | |
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

Other papers submitted or actions taken

SCANNED

\_\_\_\_ Charges read - If V&T Susp. and/or Revocation - Warning
\_\_\_\_ Copies furnished to defendant
\_\_\_\_ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney? YES NO
\_\_\_\_ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment? YES NO
\_\_\_\_ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition? YES NO
\_\_\_\_ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial? YES NO
\_\_\_\_ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
\_\_\_\_ In other than felonies. Do you want to enter a plea in this case? Guilty Not Guilty
\_\_\_\_ Jury Trial Waived                    \_\_\_\_ Order D.A.
\_\_\_\_ Support deposition requested.       \_\_\_\_ Presentence report ordered.
\_\_\_\_ Sealed Y.O.                         \_\_\_\_ 160.50 order entered.
\_\_\_\_ Order assigned counsel.             \_\_\_\_ Notify arresting officer.
\_\_\_\_ Plea in writing   Guilty   Not Guilty   Application Granted   Not Granted

Notes:

Judge's Signature

SC 00139

UT-50.1 (4/10)

# New York State Dept of Motor Vehicles
## SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

**POLICE AGENCY:** SCPD

**LAST NAME:** Ost
**FIRST NAME:** MaryAnn
**M.I.:**
**LOCAL POLICE CODE:** 19-097743

**NUMBER & STREET ADDRESS:** 62 Hunt Dr
**APT. NO.:**
**PHOTO LIC SHOWN:**

**CITY:** Jericho
**STATE:** NY
**ZIP CODE:** 11753
**OWNER IS OPER.:**
**LIC CLASS/ID TYPE:**

**I.D. NUMBER:** 962282709
**SEX:** F
**DATE OF BIRTH (MMDDYY):** [redacted]

**STATE:** NY
**LICENSE EXPIRES (MMDDYY):** 102521
**VEH. TYPE:** 1
**VEH. YR.:** 2017
**VEH. MAKE:** Lexus
**VEH. COLOR:** BK

**PLATE #:** FEB8560
**REG. STATE:** NY
**REGISTRATION EXPIRES (MMDDYY):** 122019

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**TIME (24hour HHMM):** 2350
**DATE OF OFFENSE (MMDDYY):** 020919

**VTL:** ●  **TRAFF RULES:** ○  **ADMIN CODE:** ○  **PRHPL:** ○  **ECL:** ○
**NAV LAW:** ○  **TAX LAW:** ○  **TRANS LAW:** ○  **NYCRR TITLE:** ○

**IN VIOLATION OF: (SECTION AND SUBDIVISION)** 1111 d 1

**TR INF:** ●  **MISD:** ○

**OTHER LAW:**

**DESCRIPTION / NARRATIVE:** Passed Red Light

**MPH:**  **IN MPH ZONE:**
**CDL VEH:** ○  **BUS:** ○  **HAZ MAT:** ○
**US DOT#:**

**PLACE OF OCCURRENCE:** Bagatelle Rd + North Service Rd

**HWY #:**  **LOCATION CODE:**
**HWY TYPE:**  **NCIC:**

**IN THE:** ○ City  ● Town  ○ Village
**OF:** Huntington
**COUNTY OF:** Suffolk
**PRECINCT:** 2

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury.
[signature] PO Hunaldoly

**RADAR OPERATOR NAME (Print):**

**DATE AFFIRMED:** 020919
**ARREST TYPE:**
**OFFICER ID #:** 74679
**OFFICER'S COMMAND:** 210

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City  ○ Town  ○ Village  ○ Criminal  ● District

**COURT OF:** First District Ct
**COUNTY OF:**
**SUMMONS PART:**

**ADDRESS:** 400 Carleton Ave
**CITY:** Central Islip  **STATE:** NY  **ZIP CODE:** 11722

○ RETURN BY MAIL BEFORE, OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON: ___/___/___ at ___:___ ___M

### FOR COURT USE ONLY

| COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED |
|---|---|---|---|
| | | | |

**CHARGE CONVICTED OF:** ○ AS ABOVE  ○ VTL  ○ OTHER
**DISPOSITION / SENTENCE:**
**FINE:**
**SURCHARGE:**

**AMT BAIL FORFEITURE:**  **DATE:**
○ LIC  ○ REV  ○ SUSP  ○ MAND  ○ PERM
_____ DAYS / MONTHS / YEAR

| COURT ADJOURNMENT RECORD | | | DOCKET NUMBER |
|---|---|---|---|
| Date From | Code | Date To | Requested By |
| | | | |
| | | | |
| | | | |
| | | | |

**Witnesses Sworn**

| Name | Address |
|---|---|
| | |
| | |

**Conditions of Sentence/Post Judgment Proceeding**

| Date of Arraignment | District Attorney |
|---|---|
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

| | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail | | | |
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

**Other papers submitted or actions taken**

SCANNED

_____ Charges read - If V&T Susp. and/or Revocation - Warning
_____ Copies furnished to defendant
_____ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney?   YES   NO
_____ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment?   YES   NO
_____ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition?   YES   NO
_____ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial?   YES   NO
_____ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
_____ In other than felonies. Do you want to enter a plea in this case? Guilty  Not Guilty
_____ Jury Trial Waived              _____ Order D.A.
_____ Support deposition requested.  _____ Presentence report ordered.
_____ Sealed Y.O.                    _____ 160.50 order entered.
_____ Order assigned counsel.        _____ Notify arresting officer.
_____ Plea in writing   Guilty   Not Guilty   Application Granted   Not Granted
Notes:

**Judge's Signature**

UT-50.1 (4/10)

# New York State – Department of Motor Vehicles
## SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS. **SCPD**

| LAST NAME | FIRST NAME | M.I. | LOCAL POLICE CODE |
|---|---|---|---|
| Ost, | Maryann | | 19-97730 |

**NUMBER & STREET ADDRESS:** 62 Hunt Dr.   APT. NO.   PHOTO LIC SHOWN: ○

**CITY:** Jericho   **STATE:** NY   **ZIP CODE:** 11753   OWNER IS OPER.   **LIC CLASS/ID TYPE:** D

**I.D. NUMBER:** 962282709   **SEX:** F   **DATE OF BIRTH (MMDDYY):** [redacted]

**STATE:** NY   **LICENSE EXPIRES (MMDDYY):** 102521   **VEH. TYPE:** 1   **VEH. YR.:** 2017   **VEH. MAKE:** Lexus   **VEH. COLOR:** Blk

**PLATE #:** EEB8560   **REG. STATE:** NY   **REGISTRATION EXPIRES (MMDDYY):** 122019

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**TIME (24hour HHMM):** 2345   **DATE OF OFFENSE (MMDDYY):** 020919

VTL ●, TRAFF RULES ○, ADMIN CODE ○, PRHPL ○, ECL ○
NAV LAW ○, TAX LAW ○, TRANS LAW ○, NYCRR TITLE ○

**IN VIOLATION OF:** (SECTION AND SUBDIVISION) 600.1 9
TR INF ○   MISD ●

**OTHER LAW**

**DESCRIPTION / NARRATIVE:** Motor Vehicle Accident Leave Scene / No Injury

MPH: ___   IN MPH ZONE: ___
CDL VEH ○   BUS ○   HAZ MAT ○
US DOT#: ___

**PLACE OF OCCURRENCE:** I/F/O 1944 Deer Park Ave, Deer Park NY
**HWY #:** 231   **HWY TYPE:** 2   **NCIC:** 05101   **LOCATION CODE:** ___

**IN THE:** ○ City  ● Town  ○ Village **OF:** Babylon   **COUNTY OF:** SUFF   **PRECINCT:** 1

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury.

**RADAR OPERATOR NAME (Print):** [signature] PO 5748 AG Reyes
**DATE AFFIRMED:** 020919   **ARREST TYPE:** ___   **OFFICER ID #:** 917997   **OFFICER'S COMMAND:** 0110

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City  ○ Town  ○ Village  ○ Criminal  ● District

**COURT OF:** SUFF. FIRST DISTRICT COURT   **COUNTY OF:** SCT
**ADDRESS:** 400 Carleton Ave / 100 Veterans Memorial Hwy
**CITY:** Central Islip / Hauppauge   **STATE:** NY   **ZIP CODE:** 11788 / 11722

○ RETURN BY MAIL BEFORE, OR IN PERSON ON:
● MUST APPEAR IN PERSON ON: 3/10/19 at 9:00 A M

### FOR COURT USE ONLY

| COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED |
|---|---|---|---|

**CHARGE CONVICTED OF:** ○ AS ABOVE  ○ VTL  ○ OTHER   **DISPOSITION / SENTENCE:**   FINE: ___   SURCHARGE: ___

**AMT BAIL FORFEITURE DATE:** ___   ○ LIC  ○ REV  ○ SUSP  ○ MAND  ○ PERM   ___ DAYS / MONTHS / YEAR

| Date From | Code | Date To | Requested By |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Witnesses Sworn**

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |

**Conditions of Sentence/Post Judgment Proceeding**

|  |
|---|
|  |
|  |
|  |

| Date of Arraignment | District Attorney |
|---|---|
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

|  | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail |  |  |  |
| Refund |  |  |  |
| Fine |  |  |  |
| Surcharge |  |  |  |

**Other papers submitted or actions taken**

___ Charges read - If V&T Susp. and/or Revocation - Warning
___ Copies furnished to defendant
___ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney?  YES  NO
___ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment?  YES  NO
___ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition?  YES  NO
___ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial?  YES  NO
___ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
___ In other than felonies. Do you want to enter a plea in this case?  Guilty  Not Guilty
___ Jury Trial Waived                      ___ Order D.A.
___ Support deposition requested.         ___ Presentence report ordered.
___ Sealed Y.O.                           ___ 160.50 order entered.
___ Order assigned counsel.               ___ Notify arresting officer.
___ Plea in writing  Guilty  Not Guilty  Application Granted  Not Granted

Notes:

**Judge's Signature**

# BF1709116

**New York State Department of Motor Vehicles**
**SIMPLIFIED INFORMATION / COMPLAINT**
The People of The State of New York VS.

POLICE AGENCY: SCPD

| LAST NAME | FIRST NAME | M.I. | LOCAL POLICE CODE |
|---|---|---|---|
| OST, | MARYANN | A | 19-097743 |

**NUMBER & STREET ADDRESS:** 62 HUNT DR  APT. NO.: —  PHOTO LIC SHOWN: ☐

**CITY:** JORICHO  **STATE:** N.Y.  **ZIP CODE:** 11753  **OWNER IS OPER.:** ☐  **LIC CLASS/ID TYPE:** D

**I.D. NUMBER:** 962 282 709  **SEX:** F  **DATE OF BIRTH:** [redacted]

**STATE:** NY  **LICENSE EXPIRES:** 102521  **VEH. TYPE:** 1  **VEH. YR.:** 2017  **VEH. MAKE:** LEXU  **VEH. COLOR:** BK

**PLATE #:** EEB8560  **REG. STATE:** NY  **REGISTRATION EXPIRES:** 12201 9

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**TIME (24hour HHMM):** 2355  **DATE OF OFFENSE:** 020919

VTL: ● | TRAFF RULES: ○ | ADMIN CODE: ○ | PRHP: ○ | ECL: ○
NAV LAW: ○ | TAX LAW: ○ | TRANS LAW: ○ | NYCRR TITLE: ○

**IN VIOLATION OF:** 1144-A

TR INF: ● | MISD: ○

OTHER LAW: —

### DESCRIPTION / NARRATIVE

FAIL TO YIELD TO EMERGENCY VEH.

MPH: —  IN MPH ZONE: —
CDL VEH: ○  BUS: ○  HAZ MAT: ○
US DOT#: —

**PLACE OF OCCURRENCE:** W/B I 495 W/O RT 110
**HWY #:** 495  **LOCATION CODE:** —
**HWY TYPE:** —  **NCIC:** 05101

**IN THE:** ○ City  ● Town  ○ Village  **OF:** HUNTINGTON  **COUNTY OF:** SUFFOLK  **PRECINCT:** 2

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury.
[signature] PO/49417/4210/Y  FAYA, J.

**RADAR OPERATOR NAME:** —

| DATE AFFIRMED | ARREST TYPE | OFFICER ID # | OFFICER'S COMMAND |
|---|---|---|---|
| 020919 | — | 79267 | 4210 |

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City ○ Town ○ Village ○ Criminal ● District

**COURT OF:** SUFF. FIRST DISTRICT COURT  **COUNTY OF:** —  SUMMONS PART: —
**ADDRESS:** 400 CARLETON AVE.
**CITY:** CENTRAL ISLIP  **STATE:** N.Y.  **ZIP CODE:** 11722

○ RETURN BY MAIL BEFORE, OR IN PERSON ON: —
● MUST APPEAR IN PERSON ON: 02/10/19 at 9:00 AM

### FOR COURT USE ONLY

| COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED |
|---|---|---|---|

CHARGE CONVICTED OF: ○ AS ABOVE ○ VTL ○ OTHER  DISPOSITION / SENTENCE: —  FINE: —  SURCHARGE: —

AMT: —  BAIL FORFEITURE DATE: —  ○ LIC ○ REV ○ SUSP ○ MAND ○ PERM  _____ DAYS / MONTHS / YEAR

BF1709116

SC 00144

| COURT ADJOURNMENT RECORD | | DOCKET NUMBER | |
|---|---|---|---|
| Date From | Code | Date To | Requested By |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Witnesses Sworn**

| Name | Address |
|---|---|
|  |  |
|  |  |

**Conditions of Sentence/Post Judgment Proceeding**

|  |
|---|
|  |
|  |

| Date of Arraignment | District Attorney |
|---|---|
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

|  | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail |  |  |  |
| Refund |  |  |  |
| Fine |  |  |  |
| Surcharge |  |  |  |

**Other papers submitted or actions taken**

|  |
|---|
|  |

\_\_\_\_ Charges read - If V&T Susp. and/or Revocation - Warning
\_\_\_\_ Copies furnished to defendant
\_\_\_\_ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney? YES NO
\_\_\_\_ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment? YES NO
\_\_\_\_ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition? YES NO
\_\_\_\_ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial? YES NO
\_\_\_\_ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
\_\_\_\_ In other than felonies. Do you want to enter a plea in this case? Guilty Not Guilty
\_\_\_\_ Jury Trial Waived          \_\_\_\_ Order D.A.
\_\_\_\_ Support deposition requested.   \_\_\_\_ Presentence report ordered.
\_\_\_\_ Sealed Y.O.               \_\_\_\_ 160.50 order entered.
\_\_\_\_ Order assigned counsel.    \_\_\_\_ Notify arresting officer.
\_\_\_\_ Plea in writing   Guilty   Not Guilty   Application Granted   Not Granted

Notes:

**Judge's Signature**

UT-50.1 (4/10)

# New York State Department of Motor Vehicles
## SIMPLIFIED INFORMATION / COMPLAINT
### The People of The State of New York VS.

**POLICE AGENCY:** SCPD

| LAST NAME | FIRST NAME | M.I. | LOCAL POLICE CODE |
|---|---|---|---|
| OST | MARYANN | A | 19-097743 |

**NUMBER & STREET ADDRESS:** 62 HUNT DR
**APT. NO.:** 
**PHOTO LIC SHOWN:** O

| CITY | STATE | ZIP CODE | OWNER IS OPER. | LIC CLASS/ID TYPE |
|---|---|---|---|---|
| JERICHO | NY | 11753 | | D |

**I.D. NUMBER:** 962292709
**SEX:** F
**DATE OF BIRTH (MMDDYY):** [redacted]

| STATE | LICENSE EXPIRES (MMDDYY) | VEH. TYPE | VEH. YR. | VEH. MAKE | VEH. COLOR |
|---|---|---|---|---|---|
| NY | 102521 | 1 | 2017 | LEXU | BK |

| PLATE # | REG. STATE | REGISTRATION EXPIRES (MMDDYY) |
|---|---|---|
| EEB8560 | NY | 122019 |

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**TIME (24hour HHMM):** 2355
**DATE OF OFFENSE (MMDDYY):** 020919
**VTL:** ● TRAFF RULES: O  ADMIN CODE: O  PRHPL: O  ECL: O
NAV LAW: O  TAX LAW: O  TRANS LAW: O  NYCRR TITLE: O

**IN VIOLATION OF:** (SECTION AND SUBDIVISION) 1180-B
TR INF: O  MISD: ●
**OTHER LAW:**

**DESCRIPTION / NARRATIVE:** SPEEDING
**MPH:** 70  **IN MPH ZONE:** 55
CDL VEH: O  BUS: O  HAZ MAT: O
**US DOT#:**

**PLACE OF OCCURRENCE:** W/B I 495 @ RT 110
**HWY #:** 495  **LOCATION CODE:** >
**HWY TYPE:** 1  **NCIC:** 05101

**IN THE:** O City  ● Town  O Village
**OF:** HUNTINGTON  **COUNTY OF:** SUFFOLK  **PRECINCT:** 2

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury.
[signature] PO 4917 y20ly  FAYA, J.
**RADAR OPERATOR NAME (Print)**

| DATE AFFIRMED | ARREST TYPE | OFFICER ID # | OFFICER'S COMMAND |
|---|---|---|---|
| 020919 | * | 79267 | 4210 |

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:**
O City  O Town  O Village  O Criminal  ● District

**COURT OF:** SUFF. FIRST DISTRICT COURT
**SUMMONS PART:**
**ADDRESS:** 400 CARLETON AVE.
**CITY:** CENTRAL ISLIP  **STATE:** N.Y.  **ZIP CODE:** 11722

O RETURN BY MAIL BEFORE, OR IN PERSON ON:
● MUST APPEAR IN PERSON ON: 02/10/19 at 9:00 A M

### FOR COURT USE ONLY

| COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED |
|---|---|---|---|

**CHARGE CONVICTED OF:** O AS ABOVE  O VTL  O OTHER  **DISPOSITION / SENTENCE:**
**FINE:**
**SURCHARGE:**

**BAIL FORFEITURE AMT:** **DATE:**
O LIC  O REV  O SUSP  O MAND  O PERM  _____ DAYS / MONTHS / YEAR

| COURT ADJOURNMENT RECORD | | | DOCKET NUMBER |
|---|---|---|---|
| Date From | Code | Date To | Requested By |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Witnesses Sworn**

| Name | Address |
|---|---|
|  |  |
|  |  |

**Conditions of Sentence/Post Judgment Proceeding**

| | |
|---|---|
| | |
| | |

| Date of Arraignment | District Attorney |
|---|---|
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

|  | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail |  |  |  |
| Refund |  |  |  |
| Fine |  |  |  |
| Surcharge |  |  |  |

**Other papers submitted or actions taken**

____ Charges read - If V&T Susp. and/or Revocation - Warning
____ Copies furnished to defendant
____ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney?  YES  NO
____ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment?  YES  NO
____ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition?  YES  NO
____ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial?  YES  NO
____ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
____ In other than felonies. Do you want to enter a plea in this case?  Guilty  Not Guilty
____ Jury Trial Waived                ____ Order D.A.
____ Support deposition requested.    ____ Presentence report ordered.
____ Sealed Y.O.                      ____ 160.50 order entered.
____ Order assigned counsel.          ____ Notify arresting officer.
____ Plea in writing  Guilty  Not Guilty  Application Granted  Not Granted

Notes:

**Judge's Signature**

# New York State Department of Motor Vehicles
## SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

**POLICE AGENCY:** SCPD

**LAST NAME:** OST  
**FIRST NAME:** MARYANN  
**M.I.:** A.  
**LOCAL POLICE NO:** 19-09773

**NUMBER & STREET ADDRESS:** 62 HUNT DR.  
**APT. NO.:** —  
**PHOTO LIC SHOWN:** ○

**CITY:** JERICHO  
**STATE:** NY  
**ZIP CODE:** 11753  
**OWNER IS OPER.:** —  
**LIC CLASS/ID TYPE:** D

**I.D. NUMBER:** 962 28 709  
**SEX:** F  
**DATE OF BIRTH (MMDDYY):** [redacted]

**STATE:** NY  
**LICENSE EXPIRES (MMDDYY):** 102521  
**VEH. TYPE:** 1  
**VEH. YR.:** 2017  
**VEH. MAKE:** LEXU  
**VEH. COLOR:** BK

**PLATE #:** EEB8560  
**REG. STATE:** NY  
**REGISTRATION EXPIRES (MMDDYY):** 12201 9

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**TIME (24hour HHMM):** 2355  
**DATE OF OFFENSE (MMDDYY):** 020919  
**VTL:** ● TRAFF RULES ○ ADMIN CODE ○ PRHPL ○ ECL  
○ NAV LAW ○ TAX LAW ○ TRANS LAW ○ NYCRR TITLE

**IN VIOLATION OF (SECTION AND SUBDIVISION):** 1128-A  
**TR INF:** ● **MISD:** ○ ○  
**OTHER LAW:** —

**DESCRIPTION / NARRATIVE:** UNSAFE LANE CHANGE

**MPH:** —  **IN MPH ZONE:** —  
**CDL VEH:** ○ **BUS:** ○ **HAZ MAT:** ○  
**US DOT#:** —

**PLACE OF OCCURRENCE:** W/B I 495 @ RT 110  
**HWY #:** 495  
**HWY TYPE:** —  
**LOCATION CODE / NCIC:** 05101

**IN THE:** ○ City ● Town ○ Village  
**OF:** HUNTINGTON  
**COUNTY OF:** SUFFOLK  
**PRECINCT:** 2

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury.  
[signature] PO 4917/4210/4 FAYA, J.

**RADAR OPERATOR NAME (Print):** —

**DATE AFFIRMED:** 020919  
**ARREST TYPE:** —  
**OFFICER ID #:** 792267  
**OFFICER'S COMMAND:** 4210

### THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City ○ Town ○ Village ○ Criminal ● District

**COURT OF:** SUFF. FIRST DISTRICT COURT  
**COUNTY OF:** —  
**SUMMONS PART:** —

**ADDRESS:** 400 CARLETON AVE.  
**CITY:** CENTRAL ISLIP  **STATE:** N.Y.  **ZIP CODE:** 11722

○ RETURN BY MAIL BEFORE, OR IN PERSON ON: _____  
● MUST APPEAR IN PERSON ON: 02/10/19 at 9:00 A M

### FOR COURT USE ONLY

| COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED |
|---|---|---|---|
|  |  |  |  |

**CHARGE CONVICTED OF:** ○ AS ABOVE ○ VTL ○ OTHER  
**DISPOSITION / SENTENCE:** —  
**FINE:** —  
**SURCHARGE:** —

**BAIL FORFEITURE AMT:** —  **DATE:** —  
○ LIC ○ REV ○ SUSP ○ MAND ○ PERM _____ DAYS / MONTHS / YEAR

| COURT ADJOURNMENT RECORD | | | DOCKET NUMBER |
|---|---|---|---|
| Date From | Code | Date To | Requested By |
| | | | |
| | | | |
| | | | |
| | | | |

**Witnesses Sworn**

| Name | Address |
|---|---|
| | |
| | |

**Conditions of Sentence/Post Judgment Proceeding**

| | |
|---|---|
| Date of Arraignment | District Attorney |
| Defendant's Attorney | Attorney's Address |
| NYSID No. | Court Control No. |

| | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail | | | |
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

**Other papers submitted or actions taken**

SCANNED

____ Charges read - If V&T Susp. and/or Revocation - Warning
____ Copies furnished to defendant
____ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney?    YES    NO
____ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment?    YES    NO
____ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition?    YES    NO
____ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial?    YES    NO
____ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
____ In other than felonies. Do you want to enter a plea in this case? Guilty Not Guilty
____ Jury Trial Waived             ____ Order D.A.
____ Support deposition requested.    ____ Presentence report ordered.
____ Sealed Y.O.                  ____ 160.50 order entered.
____ Order assigned counsel.      ____ Notify arresting officer.
____ Plea in writing    Guilty    Not Guilty    Application Granted    Not Granted

Notes:

Judge's Signature

SC 00149

UT-50.1 (4/10)

# New York State Department of Motor Vehicles
## SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

POLICE AGENCY: SCPD

**LAST NAME:** Ost
**FIRST NAME:** Marynn
**M.I.:**
**LOCAL POLICE CODE:** 19-097743

**NUMBER & STREET ADDRESS:** 62 Hunt Dr.
**APT. NO.:**
**PHOTO LIC SHOWN:** O

**CITY:** Jericho
**STATE:** NY
**ZIP CODE:** 11753
**OWNER IS OPER.:**
**LIC CLASS/ID TYPE:**

**I.D. NUMBER:** 962282709
**SEX:** F
**DATE OF BIRTH (MMDDYY):** [redacted]

**STATE:** NY
**LICENSE EXPIRES (MMDDYY):** 102521
**VEH. TYPE:** 1
**VEH. YR.:** 2017
**VEH. MAKE:** Lexs
**VEH. COLOR:** Blk

**PLATE #:** EEB850
**REG. STATE:** NY
**REGISTRATION EXPIRES (MMDDYY):** 12019

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**TIME (24hour HHMM):** 2350
**DATE OF OFFENSE (MMDDYY):** 020919

VTL: ● TRAFF RULES: O ADMIN CODE: O PRHPL: O ECL: O
NAV LAW: O TAX LAW: O TRANS LAW: O NYCRR TITLE: O

**IN VIOLATION OF:** (SECTION AND SUBDIVISION) 1163 D
TR INF: ● MISD: O
OTHER LAW:

**DESCRIPTION / NARRATIVE:** Fail to Signal

MPH: 
IN MPH ZONE:
CDL VEH: O  BUS: O  HAZ MAT: O
US DOT #:

**PLACE OF OCCURRENCE:** Nortsema Rd & Rt 231
**HWY #:** 231
**HWY TYPE:** 1
**LOCATION CODE:**
**NCIC:** 05101

**IN THE:** O City ● Town O Village
**OF:** Huntington
**COUNTY OF:** Suffolk
**PRECINCT:** 2

**COMPLAINANT SIGN AND PRINT NAME/RANK** Affirmed under penalty of perjury.
[signature] PO 4429/210/4

**RADAR OPERATOR NAME (Print):**

**DATE AFFIRMED:** 020919
**ARREST TYPE:**
**OFFICER ID #:** 745679
**OFFICER'S COMMAND:** 210

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
O City O Town O Village O Criminal ● District

**COURT OF:** First District Ct
**COUNTY OF:**
**SUMMONS PART:**
**ADDRESS:** 400 Carlton Ave
**CITY:** Central Islip
**STATE:** NY
**ZIP CODE:** 11722

O RETURN BY MAIL BEFORE, OR IN PERSON ON:
O MUST APPEAR IN PERSON ON: ___/___/___ at ___:___ ___M

### FOR COURT USE ONLY

| COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED |
|---|---|---|---|
| | | | |

CHARGE CONVICTED OF: O AS ABOVE O VTL O OTHER  DISPOSITION / SENTENCE
FINE
SURCHARGE

AMT  BAIL FORFEITURE  DATE  O LIC O REV O SUSP O MAND O PERM ___ DAYS / MONTHS / YEAR

# COURT ADJOURNMENT RECORD | DOCKET NUMBER

| Date From | Code | Date To | Requested By |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Witnesses Sworn**

| Name | Address |
|---|---|
| | |
| | |

**Conditions of Sentence/Post Judgment Proceeding**

| |
|---|
| |
| |
| |

| Date of Arraignment | District Attorney |
|---|---|
| **Defendant's Attorney** | **Attorney's Address** |
| **NYSID No.** | **Court Control No.** |

| | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail | | | |
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

**Other papers submitted or actions taken**

SCANNED

___ Charges read - If V&T Susp. and/or Revocation - Warning
___ Copies furnished to defendant
___ You are entitled to an attorney at each and every stage of the proceedings. Do you want to have an attorney?  YES  NO
___ Where defendant can be sentenced to jail, except traffic infraction cases. If you are without funds to secure an attorney, the court will assign an attorney. Do you want to have an assignment?  YES  NO
___ You are entitled to a supporting deposition on a Simplified Information. Do you want a supporting deposition?  YES  NO
___ You are entitled to a trial at which the people must prove the charges beyond a reasonable doubt. Do you want a trial?  YES  NO
___ In Misdemeanor cases. You are entitled to a trial by jury and any waiver must be in writing.
___ In other than felonies. Do you want to enter a plea in this case? Guilty  Not Guilty
___ Jury Trial Waived          ___ Order D.A.
___ Support deposition requested.   ___ Presentence report ordered.
___ Sealed Y.O.               ___ 160.50 order entered.
___ Order assigned counsel.      ___ Notify arresting officer.
___ Plea in writing  Guilty  Not Guilty  Application Granted  Not Granted

Notes:

**Judge's Signature**