| | | |
|---|---|---|
| __1st__ DISTRICT – DOCKET NO. __CR-007113-19SU__ | C.C. NUMBER 19-0097743/SPD | |
| MISDEMEANOR INFORMATION | ARREST NUMBER 003969-19 | APPEARANCE |
| STATE OF NEW YORK COUNTY OF SUFFOLK }ss.   PIN: 749020 | | |
| The People of the State of New York - vs. -   OST, MARYANN A }Defendant | 1. | FROM DATE & HOUR 02/09/19 23:59 | TO DATE & HOUR |

SUF0004674

Name (Complainant) FAYA, JESUS                                PID: 33715    PO/ 4917

Of  30 YAPHANK AVE, YAPHANK, NY 11980                                     Sqd.# 4210/4

Being duly sworn says that ON OR ABOUT FEBRUARY 9, 2019, AT APPROXIMATELY 11:50 P.M.

At  W/B ROUTE 495, MELVILLE                        Town of HUNTINGTON

County of Suffolk, State of New York, the defendant (name, address & DOB)  OST, MARYANN A

62 HUNT DRIVE JERICHO, NY 11753                   DOB: ███████

Committed the offense of: DWAI COMBINED DRUGS/ALCOHOL

IN VIOLATION OF VTL 1192 04A   UMO NYS VEHICLE & TRAFFIC LAW

### Count #013

**In That**: DRIVING WHILE ABILITY IMPAIRED BY THE COMBINED INFLUENCE OF DRUGS OR OF ALCOHOL AND ANY DRUG OR DRUGS. NO PERSON SHALL OPERATE A MOTOR VEHICLE WHILE THE PERSON'S ABILITY TO OPERATE SUCH MOTOR VEHICLE IS IMPAIRED BY THE COMBINED INFLUENCE OF DRUGS OR OF ALCOHOL AND ANY DRUG OR DRUGS.

**To Wit**: THE DEFENDANT, AT WESTBOUND ROUTE 495, MELVILLE, IN THE TOWN OF HUNTINGTON, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT FEBRUARY 9, 2019, AT APPROXIMATELY 11:50 P.M., OPERATED A MOTOR VEHICLE, WHILE HER ABILITY TO OPERATE SUCH A MOTOR VEHICLE WAS IMPAIRED BY THE COMBINED INFLUENCE OF DRUGS OR OF ALCOHOL AND ANY DRUG OR DRUGS; IN THAT, THE DEFENDANT OPERATED A 2017 LEXUS SUBURBAN, BEARING NEW YORK REGISTRATION EEB8560, WESTBOUND ON ROUTE 495, A PUBLIC HIGHWAY, AND SHE WAS FAILING TO MAINTAIN HER VEHICLE WITHIN A SINGLE LANE OF TRAFFIC WHILE TRAVELING AT 70 MPH IN A 55 MPH ZONE, AND FORCING OTHER VEHICLES OFF THE ROAD TO AVOID COLLIDING WITH HER VEHICLE. UPON INTERVIEWING THE DEFENDANT, IT WAS OBSERVED AND NOTED THAT SHE HAD BLOODSHOT WATERY EYES, DIALATED PUPILS, SLURRED SPEECH AND SHE WAS CONFUSED AND AGITATED. WHILE INTERVIEWING THE DEFENDANT, SHE DID MAKE THE FOLLOWING ORAL STATEMENT TO YOUR DEPONENT IN WHICH SHE STATED IN SUM AND SUBSTANCE "I DON'T KNOW THE NAME OF THE MEDICINE I TOOK." THE DEFENDANT WAS THEN ARRESTED AND TRANSPORTED TO GOOD SAMARITAN HOSPITAL FOR MEDICAL TREATMENT WHERE ON 2/10/19 AT 2:15 A.M., THE DEFENDANT DID SUBMIT TO A BLOOD TEST, KIT #16572, WHICH SHOWED A PRESENCE OF 7-AMINOCLONAZEPMAN, AMPHETAMINE, METHADONE, MORPHINE, AND OXYCODONE.

This charge is based upon complainant's personal knowledge **and** on information and belief, the source(s) being: TOXICOLOGY REPORT KIT #16572.

☐ Warrant Requested  * *             ☐ Criminal Summons Requested

**FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW, STATE OF NEW YORK.**

_[signature] J Faya_   PO/4917/4210/4                                05/03/2019

COMPLAINANT – IF POLICE OFFICER, RANK, SHIELD, SQUAD & COMMAND            DATE

POLICE OFFICER

TITLE



# Suffolk County Office of the Medical Examiner
## Division of Medical - Legal Investigations and Forensic Sciences

Sydney B. Weinberg Center for Forensic Sciences
Bldg #487 North County Complex
Veteran's Memorial Highway
Hauppauge, NY 11787-4311

## SUPPLEMENTAL TOXICOLOGY REPORT

| | | | |
|---|---|---|---|
| Name | **Maryann A. Ost** | Date Received | **2/11/2019** |
| CC Number | **19-097743** | Laboratory No. | **D2019-00054** |
| Arresting PO | **Faya #4917** | | |
| Command | **Suffolk County P. D. 4210** | | |

### MATERIAL SUBMITTED

The following was removed from the Crime Laboratory Evidence Locker #R-03
on 02/11/2019 @ 08:45 AM
**Kit #16572**

### RESULTS

**BLOOD:**

7-AMINOCLONAZEPAM PRESENT = Less Than 10.0 mcg/L
AMPHETAMINE PRESENT = 287 mcg/L
METHADONE PRESENT = Less Than 100 mcg/L
MORPHINE PRESENT = 39.8 mcg/L
OXYCODONE PRESENT = 26.1 mcg/L

I hereby certify that this is a true and accurate copy
*Ann Marie Dabkowski*

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW, STATE OF NEW YORK.

THE ABOVE INDICATED TEST(S) HAVE BEEN PERFORMED AND I HAVE REACHED THE CONCLUSION SET FORTH, AND HEREBY CERTIFY THAT THE WITHIN IS A TRUE AND CORRECT ORIGINAL OR COPY OF THE LABORATORY REPORT IN THIS CASE.

THIS REPORT DOES NOT CONTAIN THE ENTIRE CASE FILE. THE FILE MAY CONTAIN WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.

*Lori Arendt*
**Lori Arendt**
Forensic Scientist III

Date **3/1/2019**

Page 1 of 1

3 of 3

SC 00121