**POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY**
*ACCREDITED LAW ENFORCEMENT AGENCY*
**PRISONER ACTIVITY LOG**
53-0392:: 05/15
PDCS-2032h

CENTRAL COMPLAINT #: 19-97743 / 19-91875
A#: 
PIN#: 

LOCATION OF INITIAL INTERVIEW: Good Samaritan Hosp
DATE OF INTV.: 02/10/19
TIME OF INTV.: 0145
PRECINCT: 9
COMMAND: 4210
TOUR: 9x7
BLOTTER ENTRY:

CHARGE(S): DWAI / Resisting Arrest

DISTRIBUTION: WHITE – CENTRAL RECORDS   YELLOW – PRECINCT FILE
PINK – COMMAND OF DETENTION   GOLDENROD – COURT LIAISON

PRISONER'S LAST NAME, FIRST, M.I.: Ost, Maryann, A
D.O.B.: [redacted]
SEX: F
RACE: (X) WHITE  ( ) BLACK  ( ) HISPANIC  ( ) ASIAN  ( ) AM INDIAN/ALASKAN NATIVE  ( ) NATIVE HAW/OTHER PAC ISLANDER  ( ) UNK

ADDRESS: 62 Hunt Drive, Jericho NY 11753
DATE OF ARREST: 02/09/19
TIME OF ARREST: 2359
PLACE OF ARREST: I/F/O #62 Hunt Dr. Jericho, NY 11753

PRISONER BAILED? If yes, continue: ☐ YES ☐ NO
BAIL AMOUNT: $
APPEARANCE TICKET #:
CASH BAIL RECEIPT #:

VISIBLE PHYSICAL CONDITION UPON INITIAL INTERVIEW:
Drug Impairment - slurred speech, glassy/bloodshot eyes, cuts and scrapes on face, bruises on left wrist, broken right arm.

PRISONER CLAIMS PAIN, INJURY OR ILLNESS:
"I don't want to talk about it."
"I hit a building but I did not see any damage to the building."
"I drove my car away."

VISIBLE EMOTIONAL CONDITION: Upset / Crying

IS PRISONER ON MEDICATION? ☒ YES ☐ NO
PRESCRIPTION NUMBER:
DOCTOR'S NAME: "I don't know, ask
NAME OF PHARMACY: my husband."
AMOUNT: _____ EVERY _____ HOURS

ARE PHOTOS, IN ADDITION TO MUG SHOTS, REQUIRED AS PER R&P CHAP 16.1? ☐ Y ☐ N
PHOTOS TAKEN? ☐ Y ☐ N
PHOTOS TAKEN BY:
DATE:

ARRESTING OFFICER'S LAST NAME, FIRST, M.I.: P.O. Faya
RANK/SHIELD/COMMAND: #4917/4210/4
PLATOON COMMANDER OR DESIGNEE PERFORMING INTERVIEW: Justin Carey, Sgt 1284/4210/4

PRISONER LODGED: ☐ YES ☐ NO
CELL NO.:
TIME:
VISIBLE PHYSICAL CONDITION WHEN LODGED:
PROPERTY RECEIPT #:
LODGING OFFICERS INITIALS/SHIELD:

**PRISONER ACTIVITY**

| TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD | TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD |
|---|---|---|---|---|---|
| 2359 | Arrested | PO/4917 | 0600 | Lying Down | PO5496 |
| 0022 | 26 To Hosp | PO/4917 | 0610 | Relieved by P.O. Reyes | PO5496 |
| 0035 | +FILE 15 | PO/4917 | 0616 | X-Ray in ER | PO 5798 |
| 0049 | 3C @ Good Sam Hosp | PO/4917 | 0630 | lying down | PO 5798 |
| 0100 | Air Read & Verbally Consented To | PO/4917 | 0649 | X-Ray in ER | PO 5798 |
| 0103 | Signed Consent w/Left Hand | PO/4917 | 0700 | lying down | PO 5798 |
| 0215 | Blood Kit # 16572 Drawn By David S. Reed/PA | PO/4917 | 0730 | lying down | PO 5798 |
|  |  |  | 0735 | Ortho Dr. | PO 5798 |
| 0300 | Lying Down | PO 4429 | 0759 | X-Ray in ER | PO 5798 |
| 0330 | lying down | PO 4429 | 0800 | lying down | PO 5798 |
| 0400 | lying down | PO 4429 | 0815 | Relieved by Price, J PO#4454 | PO 5798 |
| 0405 | Relieved by PO DiCostanzo | PO5496 | 0818 | Given food | 4454 |
| 0430 | lying down | PO5496 | 0845 | Given Percocet by nurse | 4454 |
| 0500 | lying down | PO5496 | 0910 | discharged + gotten dressed | 4454 |
| 0530 | sleeping | PO5496 | 0915 | 1026ed to Court | 4454 |

CHECK ✓ WHEN FUNCTION COMPLETED

WARRANTS CHECKED ☐
PHOTOS / FINGERPRINTS TAKEN (IF NECESSARY) ☐

ARREST PACKAGE REVIEWED & APPROVED ☐
COURT INFORMATIONS SIGNED ☐

1 of 2
SUPERVISOR REVIEW _____
(TO BE SIGNED UPON TERMINATION OF CUSTODY)

SC 00160

## POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY
*ACCREDITED LAW ENFORCEMENT AGENCY*
### PRISONER ACTIVITY LOG CONTINUATION
53-0612p. 09/07      PDCS-2032-1a

| CENTRAL COMPLAINT NUMBER | 19-97743 / 19-97675 |
|---|---|
| PRECINCT | COMMAND 110 |
| CHARGE(S) | BWai / resisting arrest |
| PRISONER'S LAST NAME, FIRST, M.I. | Ost, Morgan A |
| D.O.B. | 10/25/62 |
| DATE OF ARREST | 2/9/19 |
| TIME OF ARREST | 2358 |
| CELL # | |

DISTRIBUTION: WHITE – CENTRAL RECORDS   YELLOW – PRECINCT FILE;
PINK – COMMAND OF DETENTION   GOLDENROD – COURT LIAISON

| TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD | TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD |
|---|---|---|---|---|---|
| 0926 | 30 at IDC | PO 6765 | | | |

2 of 2   SUPERVISOR REVIEW _____   SC 00161
(TO BE SIGNED UPON TERMINATION OF CUSTODY)