

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY**
ACCREDITED LAW ENFORCEMENT AGENCY
**SUBJECT RESISTANCE REPORT**   PDCS-1040g

19-099743
CC#: 19-099875
Page 01 of 01

### INCIDENT DETAILS:
Date of Report: 02/10/19   Date of Occurrence: 02/09/19   Time of Occurrence: 2357
Incident Location: I/F/o #62 Hunt Dr Jericho NY 11753

### INVOLVED SUBJECT (Use separate Subject Resistance Report for each Involved Subject if applicable)
Name: Ost (Chernick), Maryann A.   D.O.B. [redacted]
Address: 62 Hunt Dr Jericho NY 11753
Phone (H): [redacted]   (C):   Race: W   Gender: ☐ Male  ☒ Female

### REPORTING OFFICER
Total # of Officers Involved: 4 (Each Involved Officer must complete a Subject Resistance Report)
Name: Faya, Jesus   Rank/Shield/Command: PO /4917/4210/4

Force Used By Officer: ☒ Physical Force
☐ Baton  ☐ Canine  ☐ Chemical Agent  ☐ Spit Hood
☐ Taser*  ☐ Firearm  ☐ Other

Injuries Sustained by Officer:
☐ Death  ☐ Physical Injury  ☐ Serious Physical Injury  ☒ None

Was Force Effective: ☒ Yes  ☐ No
Officer Taken To Hospital: ☐ Yes  ☒ No

*Taser Serial #:

### CIVILIAN WITNESSES (Name, Tel., Address)
Unk.

### USE OF FORCE SPECIFIC INFORMATION:
Reason Force Used: ☒ Overcome Resistance  ☒ Restrain  ☒ Prevent Escape  ☒ Terminate Unlawful Conduct  ☐ Other

Service Being Rendered: ☒ Arrest  ☐ Code Enforcement  ☐ Interview  ☐ Routine Patrol  ☐ Transport  ☐ Call for Service  ☐ Restraining

Subject Taken To Hospital: ☒ Yes ☐ No   Hospital: Good Sam Hosp 1000 Montauk Hwy
Subject Received Treatment: ☒ Yes ☐ No   Subject Arrested: ☒ Yes ☐ No   Subject Photographed: ☒ Yes ☐ No
More Than One Subject Involved: ☐ Yes ☒ No   Charges Against Subject: DWAI / Resisting / Fleeing
Type of Resistance Subject Used Against Officer(s): ☐ Weapon ☒ Weaponless
Injuries Sustained by Subject: ☐ Death ☒ Physical Injury ☐ Serious Physical Injury ☐ None

### Incident Details (Use Continuation Report if necessary)
Describe specific actions taken by subject necessitating and justifying use of force. Subject was non-compliant with verbal commands and was attempting to gain entry into her house through garage door. Subject was pulled down to the ground and she was twisting and flailing to avoid being handcuffed. She was pulling her arms and hands towards the center of her body to avoid undersigned getting control of her wrists.

Describe specifically the force used to overcome resistance. Undersigned pushed & pulled subject to ground & pulled on her forearm and wrist to bring arms together to facilitate handcuffing. U/S struck subject once on lower back with fist to distract and gain compliance.

Did you witness any officer(s) use excessive or unnecessary force? ☐ Yes ☒ No

Prepared By: Print Name, Rank, Shield, Command: Faya, Jesus PO /4917/4210/4   Signature: [signed] PO /4917/4210/4   Date: 02/10/19
Reviewed By: Print Name, Rank, Shield, Command: Carey, Justin Sgt 1294/4210/4   Signature: [signed] Justin Carey, Sgt 1294/4210/4   Date: 02/14/19

DISTRIBUTION: White – Central Records, Green – Internal Affairs Bureau, Yellow – Member's Division Chief, Pink – Case Folder, Goldenrod – Police Academy Bureau
53-0237..5/17
SC 00115

[handwritten at bottom] A. Levi, D/I, 4200 02/15/19



**POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY**
ACCREDITED LAW ENFORCEMENT AGENCY
**SUBJECT RESISTANCE REPORT**    PDCS-1040g

19-97875
CC# 19-97743
Page 1 of 1

**INCIDENT DETAILS:**
Date of Report: 2/10/19    Date of Occurrence: 2/9/19    Time of Occurrence: 2357
Incident Location: 62 Hunt Dr Jericho NY 11753

**INVOLVED SUBJECT** (Use separate Subject Resistance Report for each Involved Subject if applicable)
Name: OST, MARYANN    D.O.B. [redacted]
Address: 62 HUNT DR. JERICHO, NY 11753
Phone: [redacted]    Race: WHITE    Gender: ☐ Male  ☒ Female

**REPORTING OFFICER**    Total # of Officers Involved: 4   (Each Involved Officer must complete a Subject Resistance Report)
Name: MICHAEL SWEET    Rank/Shield/Command: PO 6351/110/4
Force Used By Officer: ☒ Physical Force    Injuries Sustained by Officer:    Was Force Effective ☒ Yes ☐ No
☐ Baton ☐ Canine ☐ Chemical Agent ☐ Spit Hood    ☐ Death  ☐ Physical Injury
☐ Taser* ☐ Firearm ☐ Other    ☐ Serious Physical Injury    Officer Taken To Hospital: ☐ Yes ☒ No
    ☒ None
*Taser Serial # _____

**CIVILIAN WITNESSES** ((Name, Tel., Address))

**USE OF FORCE SPECIFIC INFORMATION:**
Reason Force Used: ☒ Overcome Resistance ☒ Restrain    Service Being Rendered: ☒ Arrest ☐ Call for Service
☐ Prevent Escape ☒ Terminate Unlawful Conduct    ☐ Code Enforcement ☐ Interview ☐ Restraining
☐ Other    ☐ Routine Patrol ☐ Transport

Subject Taken To Hospital: ☒ Yes ☐ No    Hospital: GOOD SAM
Subject Received Treatment: ☒ Yes ☐ No    Subject Arrested: ☒ Yes ☐ No    Subject Photographed: ☒ Yes ☐ No
More Than One Subject Involved: ☐ Yes ☒ No    Charges Against Subject: DWAI, LEAVING THE SCENE UNLAWFUL FLEEING, RESISTING
Type of Resistance Subject Used Against Officer(s):    Injuries Sustained by Subject:
☐ Weapon ☒ Weaponless    ☐ Death ☒ Physical Injury ☐ Serious Physical Injury ☐ None

**Incident Details** (Use Continuation Report if necessary)
Describe specific actions taken by subject necessitating and justifying use of force.

SUBJECT WAS BEING NONCOMPLIENT AFTER UNLAWFULLY FLEEING. SUBJECT WAS FLAILING AROUND PULLED BOTH ARMS UNDER BODY AS WELL AS REFUSING COMMANDS TO PREVENT ARREST

Describe specifically the force used to overcome resistance.

UNDERSIGNED USED BOTH ARMS TO PULL SUBJECTS RIGHT ARM OUT FROM UNDER HER BODY IN ORDER TO PLACE SUBJECT IN HANDCUFFS.

Did you witness any officer(s) use excessive or unnecessary force?    ☐ Yes  ☒ No

Prepared By: Print Name, Rank, Shield, Command
MICHAEL SWEET PO 6351/110/4    Signature: PO 6351/110/4    Date: 2/10/19
Reviewed By: Print Name, Rank, Shield, Command
Besty, Janes, J Sgt 1358/110/4    Signature: Sgt 1358/110/4    Date: 2/16/19

DISTRIBUTION: White – Central Records, Green – Internal Affairs Bureau, Yellow – Member's Division Chief, Pink – Case Folder, Goldenrod – Police Academy Bureau
53-0237..5/17
SC 00116

[handwritten at bottom] ___ Resi__ I/I 4200 02/15/19



**POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY**
ACCREDITED LAW ENFORCEMENT AGENCY
**SUBJECT RESISTANCE REPORT**     PDCS-1040g

19-97743
CC# 19-97875
Page 1 of 1

**INCIDENT DETAILS:**
Date of Report: 2-10-19    Date of Occurrence: 2-9-19    Time of Occurrence: 2357
Incident Location: 62 Hunt Dr. Jericho NY 11753

**INVOLVED SUBJECT** (Use separate Subject Resistance Report for each Involved Subject if applicable)
Name: Ost, Maryann    D.O.B. [redacted]
Address: 62 Hunt Dr. Jericho NY 11753
Ph: [redacted] (C) _____    Race: White    Gender: ☐ Male ☒ Female

**REPORTING OFFICER**    Total # of Officers Involved: 4
Name: Reyes, Argand    Rank/Shield/Command: PO 5798/110/4

Force Used By Officer: ☐ Physical Force
☐ Baton  ☐ Canine  ☐ Chemical Agent  ☐ Spit Hood
☐ Taser*  ☐ Firearm  ☒ Other

Injuries Sustained by Officer:
☐ Death    ☐ Physical Injury
☐ Serious Physical Injury
☒ None

Was Force Effective  ☒ Yes  ☐ No
Officer Taken To Hospital: ☐ Yes  ☒ No

*Taser Serial #_____

**CIVILIAN WITNESSES** (Name, Tel., Address)

**USE OF FORCE SPECIFIC INFORMATION:**

Reason Force Used: ☐ Overcome Resistance  ☐ Restrain  ☐ Prevent Escape  ☐ Terminate Unlawful Conduct  ☒ Other

Service Being Rendered: ☒ Arrest  ☐ Call for Service  ☐ Code Enforcement  ☐ Interview  ☒ Restraining  ☐ Routine Patrol  ☐ Transport

Subject Taken To Hospital: ☒ Yes  ☐ No    Hospital: Good Samaritan Hospital
Subject Received Treatment: ☒ Yes  ☐ No    Subject Arrested: ☒ Yes  ☐ No    Subject Photographed: ☒ Yes  ☐ No
More Than One Subject Involved: ☐ Yes  ☒ No    Charges Against Subject: DWAI, Resisting Arrest
Type of Resistance Subject Used Against Officer(s): ☐ Weapon  ☒ Weaponless
Injuries Sustained by Subject: ☐ Death  ☒ Physical Injury  ☐ Serious Physical Injury  ☐ None

**Incident Details** (Use Continuation Report if necessary)

Describe specific actions taken by subject necessitating and justifying use of force.

Subject had both her arms in front of her body as she was prone - refusing commands to pull her arms out, by flailing and constantly pulling her arms under her body.

Describe specifically the force used to overcome resistance.

R/O was provided her (R) arm to handcuff then her (L) arm to handcuff.

Did you witness any officer(s) use excessive or unnecessary force?   ☐ Yes  ☒ No

Prepared By: Print Name, Rank, Shield, Command
Reyes, Argand G   PO 5798/110/4    Signature: [signed] PO 5798/110/4   Date: 2-10-19
Reviewed By: Print Name, Rank, Shield, Command
Beby, James J Sgt 1358/110/4    Signature: [signed] Sgt 1358/110/4    Date: 2/10/19

DISTRIBUTION: White – Central Records, Green – Internal Affairs Bureau, Yellow – Member's Division Chief, Pink – Case Folder, Goldenrod – Police Academy Bureau
53-0237...5/17

SC 00117

[handwritten bottom] D. Regin, D/I, 4200 08/15/19

# POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY
*ACCREDITED LAW ENFORCEMENT AGENCY*

## SUBJECT RESISTANCE REPORT   PDCS-1040g

19-97875
CC# 19-97743
Page 1 of 1

### INCIDENT DETAILS:
Date of Report: 2/10/19   Date of Occurrence: 2/9/19   Time of Occurrence: 2357
Incident Location: 62 Hunt Dr. Jericho NY

### INVOLVED SUBJECT (Use separate Subject Resistance Report for each Involved Subject if applicable)
Name: Ost, Maryann   D.O.B. [redacted]
Address: 62 Hunt Dr, Jericho
Phone (H): unk   (C):   Race: White   Gender: ☐ Male ☒ Female

### REPORTING OFFICER   Total # of Officers Involved: 4
Name: Charles Tramontana   Rank/Shield/Command: PO/4365/4110

Force Used By Officer: ☒ Physical Force
☐ Baton ☐ Canine ☐ Chemical Agent ☐ Spit Hood
☐ Taser* ☐ Firearm ☐ Other

Injuries Sustained by Officer:
☐ Death ☐ Physical Injury
☐ Serious Physical Injury
☒ None

Was Force Effective ☒ Yes ☐ No
Officer Taken To Hospital: ☐ Yes ☒ No

*Taser Serial #: —

### CIVILIAN WITNESSES ((Name, Tel., Address))
—

### USE OF FORCE SPECIFIC INFORMATION:
Reason Force Used: ☐ Overcome Resistance ☒ Restrain
☒ Prevent Escape ☒ Terminate Unlawful Conduct
☐ Other

Service Being Rendered: ☒ Arrest ☐ Call for Service
☐ Code Enforcement ☐ Interview ☐ Restraining
☐ Routine Patrol ☐ Transport

Subject Taken To Hospital: ☒ Yes ☐ No   Hospital: Good Samaritan
Subject Received Treatment: ☒ Yes ☐ No   Subject Arrested: ☒ Yes ☐ No   Subject Photographed: ☒ Yes ☐ No
More Than One Subject Involved: ☐ Yes ☒ No   Charges Against Subject: DWAI, Resisting, Unlawful Fleeing, Leaving the Scene
Type of Resistance Subject Used Against Officer(s): ☐ Weapon ☒ Weaponless
Injuries Sustained by Subject: ☐ Death ☒ Physical Injury ☐ Serious Physical Injury ☐ None

### Incident Details (Use Continuation Report if necessary)
Describe specific actions taken by subject necessitating and justifying use of force. The subject initially fled from a leaving the scene MVC, refused to pull over leading on an approximately 13 mile pursuit. Upon stopping in her driveway she fled from her vehicle and attempted to get into her garage.

Describe specifically the force used to overcome resistance. The undersigned ran into the subject to block her from gaining access to her garage. While other officers were attempting to gain control of the subject, the undersigned held one leg to prevent kicking.

Did you witness any officer(s) use excessive or unnecessary force?   ☐ Yes ☒ No

Prepared By: Print Name, Rank, Shield, Command: Charles Tramontana PO 4365/4110/T-1   Signature: [signed] PO 4365/4110/T-1   Date: 2/10/19
Reviewed By: Print Name, Rank, Shield, Command: Carey, Justin Sgt 1294/4210/4   Signature: Justin Carey Sgt 1294/4210/4   Date: 02/14/19

DISTRIBUTION: White – Central Records, Green – Internal Affairs Bureau, Yellow – Member's Division Chief, Pink – Case Folder, Goldenrod – Police Academy Bureau
53-0237..5/17