Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------X

IRA CHERNICK as Administrator of

the Estate of MARYANN OST CHERNICK,

                    Plaintiffs,

                         19-cv-7093(ARR)(ST)

     -against-

POLICE OFFICER JESUS FAYA,

POLICE OFFICER ARGAND REYES,

POLICE OFFICER MICHAEL SWEET, ET. AL.,

                    Defendants.

-----------------------------------X


          Oral deposition of POLICE OFFICER

RONALD TREANOR, was held via Zoom,

commencing January 28th, 2022, at 10:12

a.m., before Nicole Lebovic, a court

reporter and notary public in and for the

State of New York.



1

2    A P P E A R A N C E S:

3

4        HARFENIST KRAUT & PERLSTEIN, LLP
                Attorneys for Plaintiff
5               300 Marcus Avenue
                Suite 2E1
6               Lake Success, New York 11042
7        BY:   NEIL TORCZYNER, ESQ.

8

9

10

11       SUFFOLK COUNTY ATTORNEY'S OFFICE
                Attorneys for Defendants
12              30 Yaphank Road
                Yaphank, New York 11980
13
         BY:   STACEY SKORUPA, ESQ.
14

15

16
    Also present:
17
         IRA CHERNICK
18

19

20

21

22

23

24

25



```
 1

 2          S T I P U L A T I O N S

 3

 4              IT IS HEREBY STIPULATED AND

 5   AGREED by and between the attorneys for the

 6   respective parties herein, that filing,

 7   sealing and certification be and the

 8   same are hereby waived.

 9

10              IT IS FURTHER STIPULATED AND

11   AGREED that all objections, except as to the

12   form of the question shall be reserved

13   to the time of the trial.

14

15              IT IS FURTHER STIPULATED AND

16   AGREED that the within deposition may be

17   signed and sworn to before any officer

18   authorized to administer an oath, with

19   the same force and effect as if signed

20   and sworn to before the Court.

21

22

23

24

25
```



1

2   P O L I C E    O F F I C E R    R O N A L D

3   T R E A N O R, having first been duly sworn

4   by a Notary Public of the State of New York,

5   was examined and testified as follows:

6   BY THE REPORTER:

7       Q.    State your name for the record,

8   please.

9       A.    Police Officer Ronald Treanor,

10  Shield number 4939.

11      Q.    State your address for the

12  record, please.

13      A.    30 Yaphank Avenue, Yaphank, New

14  York.

15          MR. TORCZYNER:  Just to put a

16      brief statement on the record.

17          Pursuant to a prior agreement

18      with counsel for the defendants, the

19      Officer has given his work address

20      rather than his personal address.

21      We're not looking for personal

22      information from the Officer.

23          Provided that the County of

24      Suffolk will continue to accept service

25      on behalf of the Officer, we do not



```
 1                    PO RONALD TREANOR
 2         require his personal address.
 3              Should the Officer leave the
 4         employment of the County of Suffolk and
 5         they are unable to accept service on
 6         his behalf in the future, then we will
 7         be requesting and be provided with his
 8         last known address.
 9              So stipulated?
10              MS. SKORUPA:  So stipulated.
11              MR. TORCZYNER:  Great.
12   EXAMINATION BY
13   MR. TORCZYNER:
14         Q.    Good morning.
15         A.    Good morning.
16         Q.    My name is Neil Torczyner.  I'm
17   an attorney with the firm Harfenist, Kraut
18   and Perlstein.  I represent the plaintiff in
19   a lawsuit entitled, Ira Chernick as
20   administrator of the estate of Maryann Ost
21   Chernick against Police Officer Jesus Faya,
22   some other officers and the County of
23   Suffolk.
24              I'm going to be asking you a
25   series of questions.  It's important that
```



```
 1                     PO RONALD TREANOR
 2   you keep your answers verbal, as the
 3   stenographer, who's in one of these boxes on
 4   the Zoom, cannot take down shrugs of the
 5   shoulders or nods of the head or any other
 6   gestures.  Especially since you're
 7   testifying with a mask on due to the current
 8   COVID situation, it's important that you
 9   keep your voice up so that we can all hear
10   the answers that you are giving.
11              If at any point you need a break,
12   use the bathroom, take a break, take a
13   personal call, we can certainly accommodate,
14   just as long as there's no pending question
15   at the time that you make your request.
16              Do you understand those
17   instructions as I've given them to you?
18        A.    Yes.
19        Q.    Are you under the influence of
20   anything that would prevent you from
21   understanding my questions and answering
22   them?
23        A.    Can you repeat?
24        Q.    Are you under the influence of
25   anything that would prevent you from
```



```
 1                    PO RONALD TREANOR

 2    understanding my questions and answering

 3    them?

 4         A.    No, I am not.

 5         Q.    Have you ever testified in court?

 6         A.    Yes, I have.

 7         Q.    In criminal matters?

 8         A.    Yes.

 9         Q.    In civil matters as well as or

10    just criminal?

11         A.    Two.

12         Q.    Have you ever testified in a

13    deposition before?

14         A.    Yes, I have.

15         Q.    So you understand that the oath

16    that you've given, even though it's a

17    proceeding via deposition and not in court

18    and a proceeding via zoom, it has the same

19    force and effect as if you had testified in

20    court, correct?

21         A.    Correct.

22         Q.    Did you review any documents in

23    order to prepare to testify today?

24         A.    Yes, I have.

25         Q.    What did you review in order to
```



```
 1                    PO RONALD TREANOR
 2    prepare?
 3         A.    My memo book and the statement
 4    also I took from the witness.
 5         Q.    Great.
 6              MR. TORCZYNER:  Counsel, was the
 7         memo book provided or was that
 8         something that was after?
 9              MS. SKORUPA:  Actually, I just
10         forwarded it, Nail, and I will send it
11         with a Bates stamp.  But for purposes
12         of efficiency today, I just forwarded a
13         copy of it in an e-mail.
14              MR. TORCZYNER:  So, it hasn't
15         shown up yet, as soon as it does I will
16         add it to my folder and maybe we'll use
17         it as an exhibit.
18              MS. SKORUPA:  Okay.
19         Q.    Other than the memo book and the
20    statement, which we'll get to shortly, did
21    you review any other documents in order to
22    prepare?
23         A.    No, I did not.
24              MR. TORCZYNER:  Now that I've
25         received the e-mail, I'm just going to
```



```
 1                    PO RONALD TREANOR
 2         save it to a folder and then we can
 3         mark it and be on our way.
 4              MS. SKORUPA:  Thank you.
 5              MR. TORCZYNER:  Sure.
 6              I'm going to share my screen.
 7         I'm showing you now a document that I
 8         have just received that says, "Ronald
 9         Mr. Trainor" at the top and it has a
10         sticker on the bottom left side,
11         Trainor Exhibit 1.
12              (Memo book entry was marked as
13         Trainor Exhibit 1 for identification;
14         1/28/2022.)
15         Q.    Do you see that?
16         A.    Yes.
17         Q.    And I'll just scroll through so
18    you can see it's a two-page document.
19              Is this what you were referring
20    to as your memo book that you reviewed in
21    order to prepare?
22         A.    Yes.
23              MR. TORCZYNER:  Thank you.  I'm
24         going to show you one other document.
25              I'm going to share my screen one
```



Page 10

1                    PO RONALD TREANOR

2          more time.  I'm showing you a document,

3          it's a rather large magnification just

4          so you can see the document, but it's a

5          statement from Jenisse Reynosa that was

6          used previously as Reyes Exhibit 3.

7          Q.    Is this the other document that

8    you reviewed?

9          A.    Yes.

10         Q.    So other than these two

11   documents, did you review anything else in

12   order to prepare?

13         A.    No.

14         Q.    Did you listen to any audio

15   recordings in order to prepare?

16         A.    Yes, I did.

17         Q.    What did you listen to?

18         A.    It was the transmissions made by

19   the police officers that night.

20         Q.    When you say, "That night," is

21   that the night of February 9th into

22   February 10, 2019?

23         A.    Yes.

24         Q.    Did you hear yourself in any of

25   those transmissions?



Page 11

1                    PO RONALD TREANOR

2       A.    Yes, I did.

3       Q.    More than one or just one?

4       A.    I believe just once.

5       Q.    What was it that you heard

6    yourself saying?

7       A.    I indicated that there was no

8    damage to the building at CVS.

9       Q.    Did you speak with anyone in

10   order to prepare for the deposition today?

11      A.    No, I spoke with my lawyer.

12      Q.    Well, the lawyer's for Suffolk

13   County, but if your only conversation was

14   with Stacey Skorupa, then I understand that.

15            Technically, you're not a party,

16   you're not being sued, you're a non party.

17   So, she's the lawyer for the defendant.  But

18   as long as we're all on the same page with

19   it, that's fine.

20            Are you aware of anyone else that

21   testified at a deposition in this case?

22      A.    Yes.

23      Q.    Who else are you aware whose

24   testified?

25      A.    Officer Reyes.



Page 12

```
 1              PO RONALD TREANOR

 2      Q.    Just Officer Reyes?

 3      A.    That's all I believe, yep.

 4      Q.    Did he talk to you about his

 5 deposition?

 6      A.    No.

 7      Q.    So how were you aware that

 8 Officer Reyes testified?

 9      A.    He came up when I met with

10 Stacey.

11      Q.    Are you aware of what he

12 testified to or just that he testified?

13      A.    No, just that he testified.

14      Q.    Just that he testified, great.

15            Are you currently employed?

16      A.    Yes, I am.

17      Q.    I can see you're wearing a

18 uniform from the Suffolk County Police

19 Department, are you, in fact, employed by

20 the Suffolk County Police Department?

21      A.    Yes, I am.

22      Q.    When did you first become

23 employed by the Suffolk County Police

24 Department?

25      A.    March 13, 1995.
```



Page 13

1           PO RONALD TREANOR

2      Q.    Were you employed in law

3  enforcement or public safety prior to March

4  of 1995?

5      A.    Yes, I was.

6      Q.    Where were you employed

7  previously?

8      A.    New York City Police Department.

9      Q.    When did you first join the New

10 York City Police Department?

11     A.    April 30, 1991.

12     Q.    Did you do the police academy

13 through New York City?

14     A.    Yes, I did.

15     Q.    Did you have to repeat the police

16 academy with the Suffolk County Police

17 Department?

18     A.    Yes, I did.

19     Q.    What was the highest rank that

20 you had with the New York City Police

21 Department?

22     A.    Police officer.

23     Q.    And you had the same rank after

24 going through probation with the Suffolk

25 County Police Department?



Page 14

```
 1                  PO RONALD TREANOR
 2        A.    Yes.
 3        Q.    Is that your current title or
 4  have you been elevated since that?
 5        A.    I'm a police officer.
 6        Q.    In February of 2019, were you
 7  assigned to a particular precinct?
 8        A.    Yes.
 9        Q.    Which precinct were you assigned
10  to?
11        A.    First Precinct.
12        Q.    And for how long prior to
13  February of 2019 had you been assigned to
14  the First Precinct?
15        A.    Since October 1995.
16        Q.    You'd been there almost 25 years
17  at that point?
18        A.    Almost, yeah.
19        Q.    And you're still with the First
20  Precinct?
21        A.    No, I am not.
22        Q.    Where are you now?
23        A.    I am in the Crime Team Section.
24        Q.    In February of 2019, were you
25  assigned to a particular sector or did it
```



Page 15

```
 1                 PO RONALD TREANOR
 2    vary?
 3          A.    I was assigned.
 4          Q.    Which sector were you assigned
 5    to?
 6          A.    121.
 7          Q.    What are the geographic
 8    boundaries to 121?
 9          A.    The boundaries -- I covered North
10    Babylon and Deer Park.  The southern
11    boundary was the Southern State Parkway.  My
12    eastern boundary was Deer Park Avenue.  My
13    northern boundary was Long Island Avenue.
14    And the western boundary varied between Long
15    Branch and North Babylon.
16          Q.    Did that vary based upon the time
17    of day or just when they changed things
18    around within the precinct?
19          A.    No, it was the time of day, but
20    it wasn't a clear street that defined it.
21          Q.    Were you generally working days
22    or nights in February of 2019?
23          A.    I was working nights.
24          Q.    What time was your night shift
25    starting?
```



Page 16

1              PO RONALD TREANOR

2        A.    It started at 9:00 at night.

3        Q.    And went until what time?

4        A.    7:00 in the morning.

5        Q.    Do you recall being on duty the

6    night of February 9, 2019?

7        A.    Yes, I do.

8        Q.    Based upon your memo book, do you

9    recall what time you started your shift?

10       A.    I started my shift at 9:00 or

11   2100 hours.

12       Q.    Were you in a one-man car --

13   well, that's not even politically correct.

14             Were you in a one-officer car or

15   a two-officer car?

16       A.    A one-officer car.

17       Q.    Thank you.

18             MR. TORCZYNER:  Off the record.

19             (Discussion held off the record.)

20       Q.    Did you have a particular

21   supervisor that day?

22       A.    Yes.

23       Q.    Who was your supervisor that day?

24       A.    Sergeant Bebry.

25       Q.    Was Sergeant Bebry the patrol



```
 1                PO RONALD TREANOR
 2   sergeant?
 3        A.    Yes.
 4        Q.    Are you familiar with an Officer
 5   Jesus Faya?
 6        A.    Yes.
 7        Q.    Have you ever worked with him?
 8        A.    No.
 9        Q.    Do you recall seeing him the
10   night of February 9th into February 10,
11   2019?
12        A.    I did not see him.
13        Q.    Are you familiar with an Officer
14   Argand Reyes?
15        A.    Yes.
16        Q.    Do you recall seeing Officer
17   Reyes the night of February 9th into
18   February 10th?
19        A.    I worked next to him that night,
20   but I don't recall exactly where I saw him.
21        Q.    When you say you worked next to
22   him, do you mean at a desk or that you were
23   with him somewhere outside of the office?
24        A.    We covered neighboring sectors.
25        Q.    So when you say, "Next to him,"
```



Page 18

```
 1                  PO RONALD TREANOR

 2    it doesn't mean necessarily that you were

 3    sitting next to him, you were just

 4    conjoining sectors in your patrol?

 5         A.    Yes.

 6         Q.    I had asked you -- do you have

 7    any recollection of seeing him that not?

 8         A.    Not off the top of my head, no.

 9         Q.    Do you recall speaking with him

10    that night?

11         A.    No, I do not.

12         Q.    The next officer I would like to

13    ask you about it Charles Tramontana, do you

14    know that name?

15         A.    Yes.

16         Q.    Do you recall seeing Officer

17    Tramontana the night of February 9th into

18    February 10, 2019?

19         A.    No, I do not.

20         Q.    And the last officer I'm going to

21    ask you about is Michael Sweet, do you know

22    that officer?

23         A.    Yes.

24         Q.    Do you recall seeing him the

25    night of February 9th into February 10,
```



Page 19

1              PO RONALD TREANOR

2    2019?

3         A.    No, I do not.

4         Q.    Have you ever heard the name

5    Maryann Ost?

6         A.    Not I that recall.

7         Q.    Do you know the name, Ira

8    Chernick?

9         A.    No, I do not.

10        Q.    So when I mention those names as

11   plaintiffs or plaintiff and decedent in the

12   action, those names didn't mean anything to

13   you?

14        A.    No, I just -- I saw the name "Ira

15   Chernick" on my notification for court.

16        Q.    But you don't know who he is?

17        A.    No, I do not.

18        Q.    You mentioned that you heard

19   yourself on the audio saying there was no

20   damage to the CVS, were you dispatched to

21   the CVS?

22        A.    I responded to the CVS.

23        Q.    Who asked you to respond to the

24   CVS?

25        A.    I responded on my own action.



Page 20

```
 1              PO RONALD TREANOR

 2     Q.    How did you -- what was the

 3  reason that you responded to the CVS?

 4     A.    I heard the call from CVS for a

 5  vehicle that struck a building and then I

 6  responded up.

 7     Q.    About what time was that call?

 8     A.    It was approximately 11:45 or so,

 9  I believe.

10     Q.    I'm going to show you on the

11  screen your memo book and I'll ask you if

12  you can find in the memo book what time you

13  heard the call, if it's recorded there.

14            You have a copy in front of you,

15  but it's the first page of Trainor

16  Exhibit 1.

17            MS. SKORUPA:  I will hand him a

18        copy to make it easy as well.

19            MR. TORCZYNER:  I think that's

20        fine.

21     A.    At 2354, there's a note in my

22  memo book that I assisted 103 at 1944 Deer

23  Park avenue.

24     Q.    Who is 103?

25     A.    That night it was Officer Reyes.
```



Page 21

                    PO RONALD TREANOR

1

2       Q.    Now when it says that you

3  assisted him, does that mean that you spoke

4  with him or that you just went somewhere to

5  do something that would assist him in his

6  assignment?

7       A.    Well, I noted that it was 103's

8  call.  So that's just showing that I'm

9  assisting 103 on his call, not necessarily

10  that he's there.

11      Q.    Did you go because Deer Park

12  Avenue is within your sector?

13      A.    Yes.

14      Q.    Do you know the specifications of

15  the vehicle that was alleged to have struck

16  the CVS?

17      A.    Well, I believe it was a black

18  truck, that's all I know.

19      Q.    Do you have any recollection of

20  seeing the black trunk that evening?

21      A.    No, I do not.

22      Q.    Did you, in fact, respond to CVS?

23      A.    Yes, I did.

24      Q.    Were you given a specific time

25  frame that you were supposed to get to CVS



Page 22

```
 1                  PO RONALD TREANOR

 2    before or it was just your option, you said

 3    you were going and when you got there you

 4    got there?

 5          A.    It was my option, when I got

 6    there I got there.

 7          Q.    Does your memo book show you what

 8    time you arrived at CVS?

 9          A.    No, it does not.

10          Q.    Do you have an independent

11    recollection as to what time you got to CVS?

12          A.    No, I do not.

13          Q.    Did you take any notes that would

14    show what time you got to CVS on any other

15    document other than Trainor Exhibit 1?

16          A.    Maybe in the call printout or the

17    dispatcher might have noted it.

18          Q.    Did you hear yourself indicate

19    over the radio when you listened to the

20    audio recording that you had arrived at CVS?

21          A.    Not exactly when I arrived, no.

22          MS. SKORUPA:  Before your next

23          question, can I just have a very brief

24          moment with my client?

25          MR. TORCZYNER:  Absolutely.
```



```
 1                    PO RONALD TREANOR
 2              (A brief recess was taken.)
 3              MS. SKORUPA:  Okay.
 4              MR. TORCZYNER:  Good?
 5              MS. SKORUPA:  We are good.
 6              MR. TORCZYNER:  Okay.
 7         Q.    Do you have a recollection as you
 8    sit here today arriving at CVS?
 9         A.    Yes.
10         Q.    When you arrived at CVS, were
11    there any other Suffolk County police
12    officers there?
13         A.    Not that I recall.
14         Q.    When you arrived at CVS, did you
15    know the identity of the person you were to
16    meet with there?
17         A.    No, I did not.
18         Q.    Are you aware of whether anyone
19    called 911 from the CVS prior to you
20    responding to CVS?
21         A.    I believe there was a call from
22    the CVS, but I'm not sure who called.
23         Q.    When you first got to the CVS,
24    did you ride around the location or did you
25    park?
```



Page 24

1                    PO RONALD TREANOR

2          A.    No, I drove around it and then I

3     parked, I believe.

4          Q.    Did you drive around to look for

5     damage to the building or something else?

6          A.    I drove around looking for

7     damage.

8          Q.    And you did not notice any

9     damage, correct?

10         A.    No, I did not.

11         Q.    Did you notice any debris from

12    the vehicle?  Bumpers?  Fenders?  Broken

13    glass?  Anything like that?

14         A.    No, I did not.

15         Q.    So after you drove around, what

16    did you do next?

17         A.    Then I identified a witness who

18    told me she saw what happened.

19         Q.    Did the witness come out to the

20    parking lot or did you park and go inside or

21    something else?

22         A.    That I do not recall.

23         Q.    Did you speak to the witness

24    before arriving at the CVS?

25         A.    No, I did not.



Page 25

```
          1              PO RONALD TREANOR
          2              MS. SKORUPA:  Do you mind taking
          3         the exhibit down just so he's not
          4         focused on that and reading it instead
          5         of focusing on answering your question?
          6              MR. TORCZYNER:  I'm sorry.
          7              MS. SKORUPA:  That's okay, thank
          8         you.
          9              MR. TORCZYNER:  Are you not able
         10         to see me?
         11              MS. SKORUPA:  No, I was able to
         12         see you, but not necessarily Officer
         13         Treanor, but I have had witnesses that
         14         have a tendency to focus on what's
         15         written on the screen as opposed to
         16         being what's asked.
         17              MR. TORCZYNER:  No problem.  I
         18         just figured since he's going to be
         19         referring back and forth to it, that I
         20         would just leave it up there.
         21              MS. SKORUPA:  No, that's fine if
         22         you put it back up.  He's got it in
         23         front of him -- well, I put it away for
         24         the moment, but it's here for when he
         25         needs it.
```



```
 1                PO RONALD TREANOR
 2                MR. TORCZYNER:  Thank you.
 3         Q.    Did you use lights and sirens on
 4    the way to CVS?
 5         A.    I don't believe so.
 6         Q.    Do you recall getting out of your
 7    vehicle at CVS?
 8         A.    That I do not recall.
 9         Q.    Were there any other Suffolk
10    County police vehicles present at CVS at any
11    time while you were there?
12         A.    No, there wasn't.
13         Q.    So, you recall meeting with a
14    woman, do you know her name?
15         A.    Yes, Jenisse Reynosa.
16         Q.    Did you ask her for
17    identification?
18         A.    I don't believe so.
19         Q.    Can you describe her?
20         A.    She was a Hispanic female, that's
21    all I recall.
22         Q.    Tall?  Short?
23         A.    That I'm not sure.
24         Q.    How was her English?
25         A.    It was good.
```



Page 27

```
 1                PO RONALD TREANOR
 2        Q.    Were there any other people
 3   present when you were talking to her?
 4        A.    Not that I recall.
 5        Q.    Did you have a conversation with
 6   Ms. Reynosa?
 7        A.    Yes, I did.
 8        Q.    More than one or just one?
 9        A.    Just one.
10        Q.    Can you tell me how long that
11   conversation lasted, if you remember?
12        A.    Not that I recall.
13        Q.    What do you recall her telling
14   you?
15        A.    I recall her telling me that she
16   observed a female in a black vehicle get
17   into her car and exit the car.  The car was
18   moving, it struck the building and then the
19   vehicle left.
20        Q.    Did you take any audio recordings
21   of the conversation?
22        A.    No, I did not.
23        Q.    Had you ever seen that woman
24   before, to your knowledge?
25        A.    Not that I recall.
```



Page 28

1                    PO RONALD TREANOR

2        Q.    Have you ever seen Jenisse

3    Reynosa since?

4        A.    No.

5        Q.    Had you ever taken any calls at

6    that CVS before?

7        A.    Yes, I have.

8        Q.    Do you recall ever interacting

9    with that woman previously, even if you

10   don't recall -- withdrawn.

11            Do you recall interacting with

12   that woman previously?

13       A.    No, I do not.

14       Q.    Did you ask whether there was any

15   video surveillance?

16       A.    I don't recall.

17       Q.    You do not recall asking that?

18       A.    No, I do not.

19            MR. TORCZYNER:  I'm going to show

20       you a document that was previously

21       marked as Reyes Exhibit 3.

22            Counselor, if you have it, you're

23       welcome to give it to the Officer to

24       look at rather than on my screen.  I

25       did e-mail you a copy of it after the



Page 29

```
 1              PO RONALD TREANOR
 2      deposition.
 3              MS. SKORUPA:  Thank you.  That
 4      will make it easier.
 5              Yes, all right and he's got it in
 6      front of him.  He's got it on the
 7      screen and I have it in front of
 8      myself.
 9              MR. TORCZYNER:  Great.
10      Q.     Did you prepare any part of thi
11 document?
12      A.     Yes, I did.
13      Q.     Which part of the document did
14 you prepare?
15      A.     I prepared the top section,
16 except for the "Owner/operator," that was
17 not my writing.  I prepared -- and then I
18 have my signature on the bottom.
19      Q.     So when you say the top section,
20 is that above where it says, "Statements of
21 involved drivers and witnesses"?
22      A.     Yes.
23      Q.     So everything in that section
24 except for "Maryann Ost," you prepared?
25      A.     Yes.
```



Page 30

1                    PO RONALD TREANOR

2          Q.    Now, the section that begins with

3    the name "Jenisse Reynosa" and goes until,

4    "I have read the statement," did you write

5    that or did Ms. Reynosa write that?

6          A.    Ms. Reynosa wrote that.

7          Q.    Then underneath it there's a

8    signature of what appears to be Ms. Reynosa

9    and a date and then a witness, is that your

10   signature under in the witness line?

11         A.    Yes, it is.

12         Q.    Other than the witness line and

13   the top portion above "Statements of

14   involved drivers and witnesses," did you

15   write any other part of the document?

16         A.    No.

17         Q.    Were you present with Ms. Reynosa

18   when she wrote the section that begins with

19   her name and ends with her signature?

20         A.    I was.

21         Q.    Is this the only draft of what

22   she wrote or did she have another draft that

23   was discarded?

24         A.    As far as the statement I took,

25   this was the only draft.



Page 31

```
 1                  PO RONALD TREANOR
 2        Q.    Do you recall anything that she
 3   told you during your conversation that's not
 4   written in the description under "Statements
 5   of involved drivers and witnesses"?
 6        A.    No, I do not.
 7        Q.    Do you know why the address
 8   indicates that she resides at 1944 Deer Park
 9   Avenue?
10        A.    So, I believe -- no, I do not.
11        Q.    I mean, obviously 1944 Deer Park
12   Avenue was CVS, right?
13        A.    Correct.
14        Q.    Probably doesn't live in the
15   store?
16        A.    No.
17        Q.    Did you ask her for her home
18   address?
19        A.    I don't recall that.
20        Q.    Now, there's a telephone number
21   that's listed here, do you know whether
22   that's Ms. Reynosa's home number?  Cell
23   number?  Store number?
24        A.    I don't recall.
25        Q.    Does this document have a name or
```



Page 32

```
1                  PO RONALD TREANOR
2    form number?
3         A.    Yes, it does.
4         Q.    What is the name for the
5    document?
6         A.    We call them the "Rizzos."
7         Q.    "Rizzo"?
8         A.    "Rizzos," yeah.
9         Q.    What does "Rizzo" stand for?
10        A.    I think it was a person actually
11   that came up with the form, but there is a
12   number, "PDCS1010A."
13        Q.    So the document itself indicates
14   that it's a "Motor Vehicle Accident
15   Supplement Report," do you see that?
16        A.    Yes.
17        Q.    What does it supplement to?
18        A.    A New York State accident report.
19        Q.    Have you seen a New York State
20   accident report prior to completing this?
21        A.    No, I did not.
22        Q.    How did you know which central
23   complaint number to assign?
24        A.    That was the -- that showed up on
25   my computer when I responded to CVS.
```



Page 33

1                    PO RONALD TREANOR

2        Q.    Did you ever see the motor

3   vehicle accident report that this

4   supplemented?

5        A.    No, I did not.

6              MR. TORCZYNER:  I'm going to show

7         you something now and it was previously

8         marked as Reyes Exhibit 2.

9              It's an MV-104A listing the

10        driver as Maryann Ost with the name

11        "Chernick" crossed out.  The name of

12        the owner of the vehicle, "Ira

13        Chernick."  And an accident diagram and

14        an initia of in front of 1944 Deer Park

15        Avenue.

16       Q.    Have you ever seen this document

17   before?

18       A.    No, I have not.

19             MR. TORCZYNER:  So, I'm going to

20        stop share.

21       Q.    Do you know when you finished

22   this report?

23       A.    It was most likely before

24   0012 hours because at 12:12 a.m., I received

25   a call in the same parking lot and I



Page 34

1          PO RONALD TREANOR

2    responded to that.

3          Q.    What was the call that you

4    received at 12:12 a.m.?

5          A.    I believe it was behind Five Guys

6    Restaurant, there was someone in the

7    dumpster or someone going through the

8    dumpster or something.

9          Q.    So you were on the scene no

10   longer than I guess 18 minutes, from 2354 to

11   0012, correct?

12         A.    Correct.

13         Q.    And at 2354 is when you indicated

14   you were responding, that's not even when

15   you got there, correct?

16         A.    Correct.

17         Q.    Did you ever go back to this

18   location in connection with Ms. Reynosa's

19   observation?

20         A.    Not that I recall.

21         Q.    Did you bring the report back to

22   the precinct?

23         A.    Yes, I did.

24         Q.    Did you review the report with

25   anyone?



Page 35

1                    PO RONALD TREANOR

2          A.    No, I did not.

3          Q.    Did anyone at the precinct ask

4      you about your visit to CVS?

5          A.    I don't believe so.

6          Q.    Did anyone ask you questions

7      about Jenisse Reynosa?

8          A.    No.

9               MR. TORCZYNER:  I'm going to go

10          back to your motor vehicle accident

11          supplemental report.  I will pop it on

12          the screen just for everyone's

13          purposes, but you're welcome to look at

14          the version that you have.

15          Q.    So, it indicates on the left

16      bottom corner, "Officer's rank and name" and

17      it indicates, "Officer Argand Reyes,"

18      correct?

19          A.    Correct.

20          Q.    So, if you completed this report,

21      why is Officer Reyes' name listed there?

22          A.    He was actually handling the

23      accident, I believe.

24          Q.    And it also indicates a reviewing

25      officer and it appears to be the same person



Page 36

1              PO RONALD TREANOR

2    as the "Officer's rank and name," correct?

3         A.    It's a little hard to make out.

4    Can you move your document up to see if it's

5    clearer?

6         Q.    No, unfortunately what I'm

7    showing you is what was provided to me by

8    Suffolk County, but it does indicate that

9    the reviewing officer's number is 5798, do

10   you see that?

11        A.    Yes, it might appear to be that,

12   yes.

13        Q.    Why is your name not listed at

14   the bottom?

15        A.    Like I said, Officer Reyes was

16   handling the accident.

17        Q.    Do you recall reviewing this

18   document with Officer Reyes?

19        A.    Not that I recall.

20        Q.    Did you have any conversations

21   with Officer Reyes about Jenisse Reynosa?

22        A.    No, I do not.

23        Q.    Do you know whether Officer Reyes

24   had any conversations with Jenisse Reynosa?

25        A.    No, I do not.



Page 37

1              PO RONALD TREANOR

2         Q.    Did you write any tickets or do

3    any other police work in relation to the

4    black SUV that you had discussed hearing the

5    call for?

6         A.    No, I did not.

7         Q.    Prior to today, do you recall the

8    last time that you discussed with anyone

9    your visit to CVS that evening?

10        A.    No, I do not.

11              (Continued on the next page to

12        accommodate the jurat.)

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 38

```
 1                    PO RONALD TREANOR
 2        Q.    Do you have a belief that you
 3   discussed it with anyone after the date of
 4   February 9th into February 10, 2019 until
 5   today?
 6        A.    Not that I recall.
 7              MR. TORCZYNER:  I have nothing
 8        else for this witness.
 9              Thank you very much for coming
10        down.
11              THE WITNESS:  Thank you.
12              MS. SKORUPA:  I have no questions
13        either.
14              (WHEREUPON, the examination of
15        this witness was completed at 11:00
16        A.M.)
17
18        _____
          POLICE OFFICER RONALD TREANOR
19
20
21
     Subscribed and sworn to before me
22   this ___ day of _____ 2022.
23
24   _____
          NOTARY PUBLIC
25
```



1
2                  I N D E X
3

    EXAMINATION BY                    PAGE
4
    Mr. Torczyner                     5
5
6
7

                    EXHIBITS
8
    TREANOR                           PAGE
9
    1   Memo book entry               9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 40

```
 1

 2                   CERTIFICATION

 3

 4           I, Nicole Lebovic, a Notary

 5   Public in and for the State of New York, do

 6   hereby certify:

 7              THAT the witness, POLICE OFFICER

 8   RONALD TREANOR, whose testimony is herein

 9   before set forth, was duly sworn by me; and

10              THAT the within transcript is a

11   true and accurate record of the testimony

12   given by said witness, POLICE OFFICER RONALD

13   TREANOR.

14           I further certify that I am not

15   related either by blood or marriage, to any

16   of the parties to this action; and

17              THAT I am in no way interested in

18   the outcome of this matter.

19              IN WITNESS WHEREOF, I have

20   hereunto set my hand this 28th day of

21   January, 2022.

22

23

24   ___Nicole Lebovic_____

25             NICOLE LEBOVIC
```



```
 1

 2                      ERRATA SHEET

 3         I wish to make the following changes,

 4    for the following reasons:

 5    PAGE LINE

 6    _____ ____CHANGE:_____

 7              REASON:_____

 8    _____ ____CHANGE:_____

 9              REASON:_____

10    _____ ____CHANGE:_____

11              REASON:_____

12    _____ ____CHANGE:_____

13              REASON:_____

14    _____ ____CHANGE:_____

15              REASON:_____

16    _____ ____CHANGE:_____

17              REASON:_____

18    _____ ____CHANGE:_____

19              REASON:_____

20    _____ ____CHANGE:_____

21              REASON:_____

22    _____ ____CHANGE:_____

23              REASON:_____

24    _____ ____CHANGE:_____

25              REASON:_____
```



## A

**able** 25:9,11
**Absolutely** 22:25
**academy** 13:12,16
**accept** 4:24 5:5
**accident** 32:14,18,20
    33:3,13 35:10,23 36:16
**accommodate** 6:13 37:12
**accurate** 40:11
**action** 19:12,25 40:16
**add** 8:16
**address** 4:11,19,20 5:2,8
    31:7,18
**administer** 3:18
**administrator** 1:4 5:20
**AGREED** 3:5,11,16
**agreement** 4:17
**AL** 1:9
**alleged** 21:15
**answering** 6:21 7:2 25:5
**answers** 6:2,10
**appear** 36:11
**appears** 30:8 35:25
**approximately** 20:8
**April** 13:11
**Argand** 1:8 17:14 35:17
**arrived** 22:8,20,21 23:10
    23:14
**arriving** 23:8 24:24
**asked** 18:6 19:23 25:16
**asking** 5:24 28:17
**assign** 32:23
**assigned** 14:7,9,13,25
    15:3,4
**assignment** 21:6
**assist** 21:5
**assisted** 20:22 21:3
**assisting** 21:9
**attorney** 5:17
**attorneys** 2:4,11 3:5
**ATTORNEY'S** 2:11
**audio** 10:14 19:19 22:20
    27:20
**authorized** 3:18
**avenue** 2:5 4:13 15:12,13

20:23 21:12 31:9,12
    33:15
**aware** 11:20,23 12:7,11
    23:18
**a.m** 1:15 33:24 34:4
    38:16

## B

**Babylon** 15:10,15
**back** 25:19,22 34:17,21
    35:10
**based** 15:16 16:8
**Bates** 8:11
**bathroom** 6:12
**Bebry** 16:24,25
**begins** 30:2,18
**behalf** 4:25 5:6
**belief** 38:2
**believe** 11:4 12:3 20:9
    21:17 23:21 24:3 26:5
    26:18 31:10 34:5 35:5
    35:23
**black** 21:17,20 27:16
    37:4
**blood** 40:15
**book** 8:3,7,19 9:12,20
    16:8 20:11,12,22 22:7
    39:9
**bottom** 9:10 29:18 35:16
    36:14
**boundaries** 15:8,9
**boundary** 15:11,12,13,14
**boxes** 6:3
**Branch** 15:15
**break** 6:11,12
**brief** 4:16 22:23 23:2
**bring** 34:21
**Broken** 24:12
**building** 11:8 20:5 24:5
    27:18
**Bumpers** 24:12

## C

**C** 2:2 4:2,2
**call** 6:13 20:4,7,13 21:8,9
    22:16 23:21 32:6 33:25

34:3 37:5
**called** 23:19,22
**calls** 28:5
**car** 16:12,14,15,16 27:17
    27:17,17
**case** 11:21
**Cell** 31:22
**central** 32:22
**certainly** 6:13
**certification** 3:7 40:2
**certify** 40:6,14
**CHANGE** 41:6,8,10,12
    41:14,16,18,20,22,24
**changed** 15:17
**changes** 41:3
**Charles** 18:13
**Chernick** 1:4,4 2:17 5:19
    5:21 19:8,15 33:11,13
**City** 13:8,10,13,20
**civil** 7:9
**clear** 15:20
**clearer** 36:5
**client** 22:24
**come** 24:19
**coming** 38:9
**commencing** 1:14
**complaint** 32:23
**completed** 35:20 38:15
**completing** 32:20
**computer** 32:25
**conjoining** 18:4
**connection** 34:18
**continue** 4:24
**Continued** 37:11
**conversation** 11:13 27:5
    27:11,21 31:3
**conversations** 36:20,24
**copy** 8:13 20:14,18 28:25
**corner** 35:16
**correct** 7:20,21 16:13
    24:9 31:13 34:11,12,15
    34:16 35:18,19 36:2
**counsel** 4:18 8:6
**Counselor** 28:22
**County** 2:11 4:23 5:4,22
    11:13 12:18,20,23

13:16,25 23:11 26:10
    36:8
**court** 1:2,15 3:20 7:5,17
    7:20 19:15
**covered** 15:9 17:24
**COVID** 6:8
**Crime** 14:23
**criminal** 7:7,10
**crossed** 33:11
**current** 6:7 14:3
**currently** 12:15
**CVS** 11:8 19:20,21,22,24
    20:3,4 21:16,22,25 22:8
    22:11,14,20 23:8,10,14
    23:19,20,22,23 24:24
    26:4,7,10 28:6 31:12
    32:25 35:4 37:9

## D

**D** 4:2 39:2
**damage** 11:8 19:20 24:5
    24:7,9
**date** 30:9 38:3
**day** 15:17,19 16:21,23
    38:22 40:20
**days** 15:21
**debris** 24:11
**decedent** 19:11
**Deer** 15:10,12 20:22
    21:11 31:8,11 33:14
**defendant** 11:17
**defendants** 1:10 2:11
    4:18
**defined** 15:20
**Department** 12:19,20,24
    13:8,10,17,21,25
**deposition** 1:12 3:16
    7:13,17 11:10,21 12:5
    29:2
**describe** 26:19
**description** 31:4
**desk** 17:22
**diagram** 33:13
**discarded** 30:23
**discussed** 37:4,8 38:3
**Discussion** 16:19



**dispatched** 19:20
**dispatcher** 22:17
**DISTRICT** 1:2,2
**document** 9:7,18,24 10:2
  10:4,7 22:15 28:20
  29:11,13 30:15 31:25
  32:5,13 33:16 36:4,18
**documents** 7:22 8:21
  10:11
**draft** 30:21,22,25
**drive** 24:4
**driver** 33:10
**drivers** 29:21 30:14 31:5
**drove** 24:2,6,15
**due** 6:7
**duly** 4:3 40:9
**dumpster** 34:7,8
**duty** 16:5

**E**
**E** 2:2,2 4:2,2,3 39:2
**easier** 29:4
**eastern** 1:2 15:12
**easy** 20:18
**effect** 3:19 7:19
**efficiency** 8:12
**either** 38:13 40:15
**elevated** 14:4
**employed** 12:15,19,23
  13:2,6
**employment** 5:4
**ends** 30:19
**enforcement** 13:3
**English** 26:24
**entitled** 5:19
**entry** 9:12 39:9
**ERRATA** 41:2
**Especially** 6:6
**ESQ** 2:7,13
**estate** 1:4 5:20
**ET** 1:9
**evening** 21:20 37:9
**everyone's** 35:12
**exactly** 17:20 22:21
**examination** 5:12 38:14
  39:3

**examined** 4:5
**exhibit** 8:17 9:11,13 10:6
  20:16 22:15 25:3 28:21
  33:8
**EXHIBITS** 39:7
**exit** 27:17
**e-mail** 8:13,25 28:25

**F**
**F** 4:2,2
**fact** 12:19 21:22
**familiar** 17:4,13
**far** 30:24
**Faya** 1:8 5:21 17:5
**February** 10:21,22 14:6
  14:13,24 15:22 16:6
  17:10,10,17,18 18:17
  18:18,25,25 38:4,4
**female** 26:20 27:16
**Fenders** 24:12
**figured** 25:18
**filing** 3:6
**find** 20:12
**fine** 11:19 20:20 25:21
**finished** 33:21
**firm** 5:17
**first** 4:3 12:22 13:9 14:11
  14:14,19 20:15 23:23
**Five** 34:5
**focus** 25:14
**focused** 25:4
**focusing** 25:5
**folder** 8:16 9:2
**following** 41:3,4
**follows** 4:5
**force** 3:19 7:19
**form** 3:12 32:2,11
**forth** 25:19 40:9
**forwarded** 8:10,12
**frame** 21:25
**front** 20:14 25:23 29:6,7
  33:14
**further** 3:10,15 40:14
**future** 5:6

**G**

**generally** 15:21
**geographic** 15:7
**gestures** 6:6
**getting** 26:6
**give** 28:23
**given** 4:19 6:17 7:16
  21:24 40:12
**giving** 6:10
**glass** 24:13
**go** 21:11 24:20 34:17
  35:9
**goes** 30:3
**going** 5:24 8:25 9:6,24,25
  13:24 18:20 20:10 22:3
  25:18 28:19 33:6,19
  34:7 35:9
**good** 5:14,15 23:4,5
  26:25
**great** 5:11 8:5 12:14 29:9
**guess** 34:10
**Guys** 34:5

**H**
**hand** 20:17 40:20
**handling** 35:22 36:16
**happened** 24:18
**hard** 36:3
**Harfenist** 2:4 5:17
**head** 6:5 18:8
**hear** 6:9 10:24 22:18
**heard** 11:5 19:4,18 20:4
  20:13
**hearing** 37:4
**held** 1:13 16:19
**hereunto** 40:20
**highest** 13:19
**Hispanic** 26:20
**home** 31:17,22
**hours** 16:11 33:24

**I**
**identification** 9:13 26:17
**identified** 24:17
**identity** 23:15
**important** 5:25 6:8
**independent** 22:10

**indicate** 22:18 36:8
**indicated** 11:7 34:13
**indicates** 31:8 32:13
  35:15,17,24
**influence** 6:19,24
**information** 4:22
**initia** 33:14
**inside** 24:20
**instructions** 6:17
**interacting** 28:8,11
**interested** 40:17
**involved** 29:21 30:14
  31:5
**Ira** 1:4 2:17 5:19 19:7,14
  33:12
**Island** 15:13

**J**
**January** 1:14 40:21
**Jenisse** 10:5 26:15 28:2
  30:3 35:7 36:21,24
**Jesus** 1:8 5:21 17:5
**join** 13:9
**jurat** 37:12

**K**
**keep** 6:2,9
**know** 18:14,21 19:7,16
  21:14,18 23:15 26:14
  31:7,21 32:22 33:21
  36:23
**knowledge** 27:24
**known** 5:8
**Kraut** 2:4 5:17

**L**
**L** 3:2 4:2,2
**Lake** 2:6
**large** 10:3
**lasted** 27:11
**law** 13:2
**lawsuit** 5:19
**lawyer** 11:11,17
**lawyer's** 11:12
**leave** 5:3 25:20
**Lebovic** 1:15 40:4,25



**left** 9:10 27:19 35:15
**lights** 26:3
**line** 30:10,12 41:5
**listed** 31:21 35:21 36:13
**listen** 10:14,17
**listened** 22:19
**listing** 33:9
**little** 36:3
**live** 31:14
**LLP** 2:4
**location** 23:24 34:18
**long** 6:14 11:18 14:12 15:13,14 27:10
**longer** 34:10
**look** 24:4 28:24 35:13
**looking** 4:21 24:6
**lot** 24:20 33:25

**M**
**magnification** 10:3
**March** 12:25 13:3
**Marcus** 2:5
**mark** 9:3
**marked** 9:12 28:21 33:8
**marriage** 40:15
**Maryann** 1:4 5:20 19:5 29:24 33:10
**mask** 6:7
**matter** 40:18
**matters** 7:7,9
**mean** 17:22 18:2 19:12 21:3 31:11
**meet** 23:16
**meeting** 26:13
**memo** 8:3,7,19 9:12,20 16:8 20:11,12,22 22:7 39:9
**mention** 19:10
**mentioned** 19:18
**met** 12:9
**Michael** 1:9 18:21
**mind** 25:2
**minutes** 34:10
**moment** 22:24 25:24
**morning** 5:14,15 16:4
**motor** 32:14 33:2 35:10

**move** 36:4
**moving** 27:18
**MV-104A** 33:9

**N**
**N** 2:2 3:2 4:2,3 39:2
**Nail** 8:10
**name** 4:7 5:16 18:14 19:4 19:7,14 26:14 30:3,19 31:25 32:4 33:10,11 35:16,21 36:2,13
**names** 19:10,12
**necessarily** 18:2 21:9 25:12
**need** 6:11
**needs** 25:25
**neighboring** 17:24
**Neil** 2:7 5:16
**New** 1:2,17 2:6,12 4:4,13 13:8,9,13,20 32:18,19 40:5
**Nicole** 1:15 40:4,25
**night** 10:19,20,21 15:24 16:2,6 17:10,17,19 18:10,17,25 20:25
**nights** 15:22,23
**nods** 6:5
**non** 11:16
**North** 15:9,15
**northern** 15:13
**notary** 1:16 4:4 38:24 40:4
**note** 20:21
**noted** 21:7 22:17
**notes** 22:13
**notice** 24:8,11
**notification** 19:15
**number** 4:10 31:20,22,23 31:23 32:2,12,23 36:9

**O**
**O** 3:2 4:2,2,2,3
**oath** 3:18 7:15
**objections** 3:11
**observation** 34:19
**observed** 27:16

**obviously** 31:11
**October** 14:15
**office** 2:11 17:23
**officer** 1:8,8,9,12 3:17 4:9,19,22,25 5:3,21 11:25 12:2,8 13:22 14:5 17:4,13,16 18:12,16,20 18:22 20:25 25:12 28:23 35:17,21,25 36:15,18,21,23 38:18 40:7,12
**officers** 5:22 10:19 23:12
**officer's** 35:16 36:2,9
**okay** 8:18 23:3,6 25:7
**once** 11:4
**one-man** 16:12
**one-officer** 16:14,16
**opposed** 25:15
**option** 22:2,5
**Oral** 1:12
**order** 7:23,25 8:21 9:21 10:12,15 11:10
**Ost** 1:4 5:20 19:5 29:24 33:10
**outcome** 40:18
**outside** 17:23
**owner** 33:12
**Owner/operator** 29:16

**P**
**P** 2:2,2 3:2 4:2
**page** 11:18 20:15 37:11 39:3,8 41:5
**park** 15:10,12 20:23 21:11 23:25 24:20 31:8 31:11 33:14
**parked** 24:3
**parking** 24:20 33:25
**Parkway** 15:11
**part** 29:10,13 30:15
**particular** 14:7,25 16:20
**parties** 3:6 40:16
**party** 11:15,16
**patrol** 16:25 18:4
**PDCS1010A** 32:12
**pending** 6:14

**people** 27:2
**Perlstein** 2:4 5:18
**person** 23:15 32:10 35:25
**personal** 4:20,21 5:2 6:13
**plaintiff** 2:4 5:18 19:11
**plaintiffs** 1:5 19:11
**please** 4:8,12
**PO** 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1
**point** 6:11 14:17
**police** 1:8,8,9,12 4:9 5:21 10:19 12:18,20,23 13:8 13:10,12,15,16,20,22 13:25 14:5 23:11 26:10 37:3 38:18 40:7,12
**politically** 16:13
**pop** 35:11
**portion** 30:13
**precinct** 14:7,9,11,14,20 15:18 34:22 35:3
**prepare** 7:23 8:2,22 9:21 10:12,15 11:10 29:10 29:14
**prepared** 29:15,17,24
**present** 2:16 26:10 27:3 30:17
**prevent** 6:20,25
**previously** 10:6 13:7 28:9,12,20 33:7
**printout** 22:16
**prior** 4:17 13:3 14:12 23:19 32:20 37:7
**Probably** 31:14
**probation** 13:24
**problem** 25:17
**proceeding** 7:17,18
**provided** 4:23 5:7 8:7



36:7
**public** 1:16 4:4 13:3
  38:24 40:5
**purposes** 8:11 35:13
**Pursuant** 4:17
**put** 4:15 25:22,23

**Q**

**question** 3:12 6:14 22:23
  25:5
**questions** 5:25 6:21 7:2
  35:6 38:12

**R**

**R** 2:2 4:2,2,3,3
**radio** 22:19
**rank** 13:19,23 35:16 36:2
**read** 30:4
**reading** 25:4
**reason** 20:3 41:7,9,11,13
  41:15,17,19,21,23,25
**reasons** 41:4
**recall** 16:5,9 17:9,16,20
  18:9,16,24 19:6 23:13
  24:22 26:6,8,13,21 27:4
  27:12,13,15,25 28:8,10
  28:11,16,17 31:2,19,24
  34:20 36:17,19 37:7
  38:6
**received** 8:25 9:8 33:24
  34:4
**recess** 23:2
**recollection** 18:7 21:19
  22:11 23:7
**record** 4:7,12,16 16:18
  16:19 40:11
**recorded** 20:13
**recording** 22:20
**recordings** 10:15 27:20
**referring** 9:19 25:19
**related** 40:15
**relation** 37:3
**remember** 27:11
**repeat** 6:23 13:15
**report** 32:15,18,20 33:3
  33:22 34:21,24 35:11

35:20
**reporter** 1:16 4:6
**represent** 5:18
**request** 6:15
**requesting** 5:7
**require** 5:2
**reserved** 3:12
**resides** 31:8
**respective** 3:6
**respond** 19:23 21:22
**responded** 19:22,25 20:3
  20:6 32:25 34:2
**responding** 23:20 34:14
**Restaurant** 34:6
**review** 7:22,25 8:21
  10:11 34:24
**reviewed** 9:20 10:8
**reviewing** 35:24 36:9,17
**Reyes** 1:8 10:6 11:25
  12:2,8 17:14,17 20:25
  28:21 33:8 35:17,21
  36:15,18,21,23
**Reynosa** 10:5 26:15 27:6
  28:3 30:3,5,6,8,17 35:7
  36:21,24
**Reynosa's** 31:22 34:18
**ride** 23:24
**right** 29:5 31:12
**Rizzo** 32:7,9
**Rizzos** 32:6,8
**Road** 2:12
**Ronald** 1:13 4:9 5:1 6:1
  7:1 8:1 9:1 9:1,8 10:1 11:1
  12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1
  36:1 37:1 38:1,18 40:8
  40:12

**S**

**S** 2:2 3:2,2
**safety** 13:3
**save** 9:2

saw 17:20 19:14 24:18
**saying** 11:6 19:19
**says** 9:8 21:2 29:20
**scene** 34:9
**screen** 9:6,25 20:11
  25:15 28:24 29:7 35:12
**scroll** 9:17
**sealing** 3:7
**section** 14:23 29:15,19
  29:23 30:2,18
**sector** 14:25 15:4 21:12
**sectors** 17:24 18:4
**see** 9:15,18 10:4 12:17
  17:12 25:10,12 32:15
  33:2 36:4,10
**seeing** 17:9,16 18:7,16,24
  21:20
**seen** 27:23 28:2 32:19
  33:16
**send** 8:10
**sergeant** 16:24,25 17:2
**series** 5:25
**service** 4:24 5:5
**set** 40:9,20
**share** 9:6,25 33:20
**SHEET** 41:2
**Shield** 4:10
**shift** 15:24 16:9,10
**Short** 26:22
**shortly** 8:20
**shoulders** 6:5
**show** 9:24 20:10 22:7,14
  28:19 33:6
**showed** 32:24
**showing** 9:7 10:2 21:8
  36:7
**shown** 8:15
**shrugs** 6:4
**side** 9:10
**signature** 29:18 30:8,10
  30:19
**signed** 3:17,19
**sirens** 26:3
**sit** 23:8
**sitting** 18:3
**situation** 6:8

**Skorupa** 2:13 5:10 8:9
  8:18 9:4 11:14 20:17
  22:22 23:3,5 25:2,7,11
  25:21 29:3 38:12
**soon** 8:15
**sorry** 25:6
**southern** 15:10,11
**speak** 11:9 24:23
**speaking** 18:9
**specific** 21:24
**specifications** 21:14
**spoke** 11:11 21:3
**Stacey** 2:13 11:14 12:10
**stamp** 8:11
**stand** 32:9
**started** 16:2,9,10
**starting** 15:25
**State** 1:17 4:4,7,11 15:11
  32:18,19 40:5
**statement** 4:16 8:3,20
  10:5 30:4,24
**Statements** 29:20 30:13
  31:4
**STATES** 1:2
**stenographer** 6:3
**sticker** 9:10
**stipulated** 3:4,10,15 5:9
  5:10
**stop** 33:20
**store** 31:15,23
**street** 15:20
**struck** 20:5 21:15 27:18
**Subscribed** 38:21
**Success** 2:6
**sued** 11:16
**Suffolk** 2:11 4:24 5:4,23
  11:12 12:18,20,23
  13:16,24 23:11 26:9
  36:8
**Suite** 2:5
**supervisor** 16:21,23
**supplement** 32:15,17
**supplemental** 35:11
**supplemented** 33:4
**supposed** 21:25
**sure** 9:5 23:22 26:23



**surveillance** 28:15
**SUV** 37:4
**Sweet** 1:9 18:21
**sworn** 3:17,20 4:3 38:21 40:9

**T**
**T** 3:2,2 4:3
**take** 6:4,12,12 22:13 27:20
**taken** 23:2 28:5
**talk** 12:4
**talking** 27:3
**Tall** 26:22
**Team** 14:23
**Technically** 11:15
**telephone** 31:20
**tell** 27:10
**telling** 27:13,15
**tendency** 25:14
**testified** 4:5 7:5,12,19 11:21,24 12:8,12,12,13 12:14
**testify** 7:23
**testifying** 6:7
**testimony** 40:8,11
**thank** 9:4,23 16:17 25:7 26:2 29:3 38:9,11
**thi** 29:10
**things** 15:17
**think** 20:19 32:10
**tickets** 37:2
**time** 3:13 6:15 10:2 15:16,19,24 16:3,9 20:7 20:12 21:24 22:8,11,14 26:11 37:8
**title** 14:3
**today** 7:23 8:12 11:10 23:8 37:7 38:5
**told** 24:18 31:3
**top** 9:9 18:8 29:15,19 30:13
**Torczyner** 2:7 4:15 5:11 5:13,16 8:6,14,24 9:5 9:23 16:18 20:19 22:25 23:4,6 25:6,9,17 26:2

28:19 29:9 33:6,19 35:9 38:7 39:4
**Trainor** 9:9,11,13 20:15 22:15
**Tramontana** 18:13,17
**transcript** 40:10
**transmissions** 10:18,25
**Treanor** 1:13 4:9 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1,13 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1,18 39:8 40:8,13
**trial** 3:13
**truck** 21:18
**true** 40:11
**trunk** 21:20
**two** 7:11 10:10
**two-officer** 16:15
**two-page** 9:18

**U**
**U** 3:2
**unable** 5:5
**underneath** 30:7
**understand** 6:16 7:15 11:14
**understanding** 6:21 7:2
**unfortunately** 36:6
**uniform** 12:18
**UNITED** 1:2
**use** 6:12 8:16 26:3

**V**
**varied** 15:14
**vary** 15:2,16
**vehicle** 20:5 21:15 24:12 26:7 27:16,19 32:14 33:3,12 35:10
**vehicles** 26:10
**verbal** 6:2
**version** 35:14

**video** 28:15
**visit** 35:4 37:9
**voice** 6:9

**W**
**waived** 3:8
**wasn't** 15:20 26:12
**way** 9:3 26:4 40:17
**wearing** 12:17
**welcome** 28:23 35:13
**went** 16:3 21:4
**western** 15:14
**we'll** 8:16,20
**we're** 4:21 11:18
**WHEREOF** 40:19
**wish** 41:3
**withdrawn** 28:10
**witness** 8:4 24:17,19,23 30:9,10,12 38:8,11,15 40:7,12,19
**witnesses** 25:13 29:21 30:14 31:5
**woman** 26:14 27:23 28:9 28:12
**work** 4:19 37:3
**worked** 17:7,19,21
**working** 15:21,23
**write** 30:4,5,15 37:2
**writing** 29:17
**written** 25:15 31:4
**wrote** 30:6,18,22

**X**
**X** 1:3,10 39:2

**Y**
**Yaphank** 2:12,12 4:13 4:13
**yeah** 14:18 32:8
**years** 14:16
**yep** 12:3
**York** 1:2,17 2:6,12 4:4 4:14 13:8,10,13,20 32:18,19 40:5

**Z**

**zoom** 1:13 6:4 7:18

**0**
**0012** 33:24 34:11

**1**
**1** 9:11,13 20:16 22:15 39:9
**1/28/2022** 9:14
**10** 10:22 17:10 18:18,25 38:4
**10th** 17:18
**10:12** 1:14
**103** 20:22,24 21:9
**103's** 21:7
**11:00** 38:15
**11:45** 20:8
**11042** 2:6
**11980** 2:12
**12:12** 33:24 34:4
**121** 15:6,8
**13** 12:25
**18** 34:10
**19-cv-7093(ARR)(ST)** 1:6
**1944** 20:22 31:8,11 33:14
**1991** 13:11
**1995** 12:25 13:4 14:15

**2**
**2** 33:8
**2E1** 2:5
**2019** 10:22 14:6,13,24 15:22 16:6 17:11 18:18 19:2 38:4
**2022** 1:14 38:22 40:21
**2100** 16:11
**2354** 20:21 34:10,13
**25** 14:16
**28th** 1:14 40:20

**3**
**3** 10:6 28:21
**30** 2:12 4:13 13:11
**300** 2:5



| **4** |
|---|
| **4939** 4:10 |

| **5** |
|---|
| **5** 39:4 |
| **5798** 36:9 |

| **7** |
|---|
| **7:00** 16:4 |

| **9** |
|---|
| **9** 16:6 39:9 |
| **9th** 10:21 17:10,17 18:17 |
|   18:25 38:4 |
| **9:00** 16:2,10 |
| **911** 23:19 |

