1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
IRA CHERNICK, as Administrator of the Estate of
MARYANN OST CHERNICK,

                              Plaintiff(s),
                              19-CV-7093
          -against-

POLICE OFFICER JESUS FAYA, POLICE OFFICER ARGAND
REYES, POLICE OFFICER MICHAEL SWEET, POLICE
OFFICER CHARLES TRAMONTANA, individually, OFFICERS
"JOHN DOE" 1-2 (fictiously named) individually,
and THE COUNTY OF SUFFOLK,

                              Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

                              Video Conference

                              November 9, 2021
                              11:52 a.m.


          EXAMINATION BEFORE TRIAL of IRA CHERNICK,
the Plaintiff, taken by Defendant, pursuant to
Federal Rules of Civil Procedure, and Court Order,
held at the above-noted time and place, before Lisa
Conway, a Stenotype Reporter and Notary Public within
and for the State of New York.

2

```
 1
 2    A P P E A R A N C E S:
 3
 4
 5        HARFENIST, KRAUT & PERLSTEIN, LLP
                  Attorneys for Plaintiff
 6                3000 Marcus Avenue
                  Lake Success, New York 11042
 7        BY:    NEIL TORCZYNER, ESQ.
 8
 9
10        DENNIS COHEN
                  County Attorney
11                Attorney for Defendants
                  100 Veterans Memorial Highway
12                Hauppauge, New York 11788
          BY:    STACEY SKORUPA, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

1

2                   P R O C E E D I N G S

3               THE REPORTER:  The attorneys

4           participating in this deposition

5           acknowledge that I am not physically

6           present in the deposition room and that I

7           will be reporting this deposition remotely.

8               They further acknowledge that, in lieu

9           of an oath administered in person, I will

10          administer the oath remotely.

11              The parties and their counsel consent

12          to this arrangement and waive any

13          objections to this manner of reporting.

14          Please indicate your agreement by stating

15          your name and your agreement on the record.

16              MR. TORCZYNER:  Neil Torczyner,

17          Plaintiff, yes, we agree.

18              MS. SKORUPA:  Stacey Skorupa for

19          Defendants, yes, we agree.

20

21

22

23

24

25

4

1

2                    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5    between the attorneys for the respective parties

6    herein, that filing, sealing and certification shall

7    be and the same are hereby waived.

8

9          IT IS FURTHER STIPULATED AND AGREED that all

10   objections, except as to form of the question, shall

11   be reserved to the time of the trial.

12

13         IT IS FURTHER STIPULATED AND AGREED that the

14   within deposition may be signed and sworn to before

15   any officer authorized to administer an oath, with

16   the same force and effect as if signed and sworn to

17   before the Court.

18

19         IT IS FURTHER STIPULATED AND AGREED that all

20   rights provided to all parties by the F.R.C.P. cannot

21   be deemed waived, and the appropriate sections of the

22   F.R.C.P. shall be controlling with respect thereto.

23

24

25

5

1

2   I R A    C H E R N I C K,    the Plaintiff herein,

3              having first been duly sworn by the Notary

4              Public, was examined and testified as

5              follows:

6   EXAMINATION BY

7   MS. SKORUPA:

8        Q    State your name for the record, please.

9        A    Ira Chernick.

10       Q    State your address for the record, please.

11       A    62 Hunt Drive, Jericho, New York 11753.

12            MS. SKORUPA:  Lisa, just for the

13            record, what they're looking for here is an

14            original and one copy.

15            THE REPORTER:  Mr. Torczyner, will you

16            be ordering and paying for a copy?

17            MR. TORCZYNER:  We are requesting for

18            read and sign, such that Suffolk will serve

19            us with the copy so we can have the witness

20            to review and sign.

21            MS. SKORUPA:  Certainly.

22            MR. TORCZYNER:  Thank you.

23            MS. SKORUPA:  Absolutely.

24       Q    Mr. Chernick, have you ever been deposed

25   before?

6

```
 1                    IRA CHERNICK

 2        A     Yes.

 3        Q     Was that in a civil matter, in federal

 4   court or state court or something else, if you

 5   know?

 6        A     I don't remember.

 7        Q     Okay.

 8              Do you remember how long ago it was?

 9        A     Many years ago.

10        Q     The reason I'm asking that is for nothing

11   more than to just refresh you in terms of how this

12   will proceed today and what is expected of you during

13   the deposition.  So for starters, similar to

14   Mr. Torczyner and I as we were talking over each

15   other, obviously I would ask that you let me finish

16   the questions even though you may see where I'm going

17   with the subject matter before you answer it.  I will

18   obviously pause to make sure that I don't speak over

19   you if you have something additional to add as we

20   proceed.  In addition to that, obviously as you can

21   see there's a court reporter taking this down.  I'm

22   sure this is no different than the last deposition

23   you did in that respect anyways.

24              So, I ask that you obviously answer

25   verbally to any questions.  It's human nature to nod
```

7

IRA CHERNICK

1

2    or to use gestures.  If I notice that you're doing

3    it, obviously I'll just say to you is that a yes, is

4    that a no, something to that effect to clear up the

5    record and just kind of remind you, obviously, to

6    verbally respond, okay?

7         A    Yes.

8         Q    Additionally, the whole purpose of this,

9    and I'm sure that Mr. Torczyner has gone over this

10   with you.  This is part of the discovery process so

11   I'm not looking for you to guess as to the answers

12   here.  If there's something that you simply do not

13   recall, you don't know, you never knew, whatever it

14   may be, that's perfectly fine to respond as that.

15   Obviously any answers that you will give, the record

16   will be deemed to reflect that you obviously know

17   what you're talking about.  Beyond that, if you don't

18   understand my questions -- lawyers have a tendency as

19   I'm sure you're aware to be a little verbose, myself

20   in particular -- if I ask you something that is a

21   run-on question or you simply don't understand, feel

22   free to ask for clarification.

23             Obviously, this is a little less formal

24   than a full-blown court proceeding.  It's a

25   deposition.  I'm certainly not going to be offended

8

1                          IRA CHERNICK

2    by you asking me to clarify if you don't understand

3    something.  In addition to that, at any point in the

4    deposition you're permitted to supplement or to

5    change your answer.  Let's just say for arguments

6    sake I'm asking you a question about something that

7    happened a few years back and at the time you're

8    answering it you think you know the answer, you give

9    it and then you realize later ooh, you know what, I

10   need to add something, that wasn't the right thing I

11   said, I need to change it, feel free to just tell me

12   that.  That can simply be changed in the record.

13            Additionally, there may be some things that

14   I ask you today that while you may not have the

15   answers here, you have them somewhere else, and I

16   always use the example of a doctor's name.  I may ask

17   you something about your now deceased wife's

18   treatment she may have received somewhere and you

19   know that at home you have some sort of medical

20   record or something, just off the top your head you

21   don't know.  Just let us know that and we will leave

22   a blank in the transcript and when the transcript

23   comes to your attorney, both you and he will review

24   it, those blanks can be filled in.  And additionally

25   any changes that you deem to be appropriate because

9

1               IRA CHERNICK

2    something wasn't taken down right, obviously it can

3    be done then, okay?

4         A    Okay.

5         Q    At the end of this, and again you have an

6    attorney so this is a little different of a

7    situation, but at the conclusion of the deposition,

8    you'll be permitted to make a statement if there's

9    something that I left out, a question that you feel

10   you want to have part of this record, you can

11   certainly do that at that time.  I'll obviously

12   permit you to speak to Mr. Torczyner before you do

13   that, okay?

14        A    Okay.

15        Q    With that being said, the next set of

16   questions I have for you, sir, are simply to

17   determine that you're competent to testify today.

18   They're not meant to insult, though some people do

19   take offense to them.  So I just have to ask you,

20   during the course of the last 24 hours, have you

21   consumed any drugs or alcohol?

22        A    Yes.

23        Q    Can you tell me what you've consumed and

24   when?

25        A    I took my high blood pressure medication.

10

1                    IRA CHERNICK

2        Q     Is that Norvasc or something to that

3    effect?

4        A     Yeah, I guess.

5        Q     Do you know what it's called?

6        A     I mean, there's a few pills I take for it,

7    Klor-Con.  There's a few different ones I take for my

8    high blood pressure.

9        Q     When is the last time that you took that

10   medication?

11       A     Excuse me?

12       Q     When is the last time you took that

13   medication?

14       A     About nine o'clock today.

15       Q     That would be 9:00 a.m. then?

16       A     Yes.

17       Q     Is there anything about your taking of that

18   medication that you feel would affect your ability to

19   testify clearheadedly today?

20       A     No.

21       Q     How long have you been prescribed that

22   medication, sir?

23       A     I've taken medication for high blood

24   pressure for at least 10 years.

25       Q     All right.

11

                        IRA CHERNICK

1

2          Other than that high blood pressure

3    medication, is there anything else that you took

4    within the last 24 hours, whether it be alcohol,

5    drugs, prescription medications?

6          A    No.

7          Q    Are you currently under the care of any

8    medical providers?

9          A    Yes.

10         Q    Can you tell me what you're under the care

11   of those medical providers for?

12         A    My high blood pressure.

13         Q    Is that your primary care physician or

14   something else?

15         A    Yes.

16         Q    Are you under the care of any other medical

17   providers at this time?

18         A    At this moment?

19         Q    Correct.

20         A    No.

21         Q    Are you currently suffering from any

22   medical conditions that may affect your ability to

23   sit and testify clearheadedly throughout the course

24   of this deposition today?

25         A    No.

12

                        IRA CHERNICK

1

2      Q    Are you currently under the care of any

3  mental health providers, and I say that loosely,

4  whether it be psychologists, psychiatrists,

5  counselors, social workers, anything to that

6  effect?

7               MR. TORCZYNER:  Objection.  You

8               already answered.

9      Q    Sir, have you ever been convicted of a

10 crime?

11     A    No.

12     Q    Have you ever been arrested?

13               MR. TORCZYNER:  Objection.

14               I'll let him answer.  I don't know why

15               that's relevant.  He's testifying as the

16               administrator of the estate.  Convictions I

17               under, but arrests I don't, but I'll let

18               him answer.

19               Have you ever been arrested?

20     A    Yes.

21     Q    I don't want specific details.  All I'm

22 going to ask you, sir, is what was the crime for

23 which you were arrested?

24     A    Possession of marijuana.

25     Q    Anything else?

13

1                        IRA CHERNICK

2              MS. SKORUPA:  Let me withdraw that.

3         Q    Have you ever been arrested for any crimes

4    that pertain to your truthfulness, perjury, theft,

5    anything of that type?

6         A    No.

7         Q    Beyond that possession of marijuana arrest,

8    were you ever arrested for anything else?

9         A    No.

10        Q    Sir, are you aware of any physical or

11   mental problem or which might interfere with your

12   ability to understand questions and to respond

13   truthfully, accurately, and completely today?

14        A    Excuse me, what was that?

15        Q    Are you aware of any physical or mental

16   problem that you have which might interfere with your

17   ability to understand questions and to respond

18   truthfully, accurately, and completely today?

19        A    No.

20        Q    With all that out of the way, are you ready

21   to proceed with the actual examination?

22        A    Yes.

23        Q    Sir, prior to testifying today, did you

24   review anything?

25        A    Yes.

14

IRA CHERNICK

1

2     Q    What did you review?

3     A    Interrogatories.

4     Q    Anything else?

5     A    No.

6     Q    When is the last time you reviewed the

7  interrogatories?

8     A    Half hour ago.

9     Q    Prior to a half hour ago, when is the last

10  time that you reviewed them, if you recall?

11     A    I don't remember.

12     Q    Last question about that.  Do you recall if

13  you reviewed them since the time that you signed them

14  prior to and up to a half hour ago?

15     A    No.

16     Q    Okay.

17          No, you don't recall or you didn't?

18     A    No, I didn't.

19     Q    Sir, have you previously been known by or

20  used any other name?

21     A    Do I use -- do I have any alias.

22     Q    What I'm asking is if you've previously

23  been known by or used any name other than Ira

24  Chernick?

25     A    No.

15

1                        IRA CHERNICK

2          Q    Do you have a middle name?

3          A    Yes.

4          Q    What is it?

5          A    Gary.

6          Q    Sir, what is your date of birth?

7               MS. SKORUPA:  And for the record, we

8          will simply reflect the last four digits.

9               MR. TORCZYNER:  That's fine.

10         A    ████

11    *     Q    What is your Social Security number?

12              MS. SKORUPA:  Again, for the record --

13              MR. TORCZYNER:  No, I'm not going to

14         let him answer it.  He's testifying and

15         he's present as the administrator of the

16         estate.  We can mark it for a ruling if you

17         want.

18              MS. SKORUPA:  Mark it for a ruling,

19         but can we go off the record for a second

20         here, Lisa.

21              THE REPORTER:  Sure.

22              (A discussion was held off the

23          record.)

24              MS. SKORUPA:  Back on the record.

25         Q    Sir, you referenced the fact that you

Enright Court Reporting    (631) 589-7788

16

1                    IRA CHERNICK

2    currently reside at 62 Hunt Drive?

3         A    Yes.

4         Q    Is that location in Jericho?

5         A    Yes.

6         Q    That's in Nassau County, correct?

7         A    Yes.

8         Q    How long have you resided at that

9    location?

10        A    20 years.

11        Q    During the course of that 20-year period --

12             MS. SKORUPA:   Withdrawn.

13        Q    Do you currently reside there with anyone

14   else?

15        A    Yes.

16        Q    Who do you reside there with now?

17        A    Elana.

18        Q    Is that A-L-A-N-A?

19        A    E-L-A-N-A.

20        Q    Does Elana have a last name?

21        A    Yes.

22        Q    What's her last name?

23        A    Tarasoff.

24        Q    Can you spell that for me, sir?

25        A    T-A-R-A-S-O-F-F.

17

```
 1                    IRA CHERNICK

 2      Q    How long has Elana lived there with you?

 3      A    A year.

 4      Q    What is the nature of your relationship

 5  with Elana?  I don't need extensive details, but what

 6  is the nature of your relationship with her?

 7      A    Well, I can't walk.  I'm a cripple so she,

 8  you know, takes care of me.

 9      Q    Is she --

10      A    She helps feed me.

11      Q    Is she a health care provider then?

12      A    No.

13      Q    Okay.

14           Is this what you would classify as a life

15  partner?

16                MR. TORCZYNER:  Do you call her a life

17           partner?

18                THE WITNESS:  What's a life partner?

19                MR. TORCZYNER:  Fair enough.

20                Do you call her a girlfriend?

21                THE WITNESS:  Yes.

22      Q    That's what I was getting at.  That's all.

23           Sir, did you know Elana at the time of

24  the --

25                MR. TORCZYNER:  Off the record for a
```

18

1                          IRA CHERNICK

2              second.

3                      (A discussion was held off the

4               record.)

5                      MR. TORCZYNER:  Back on.

6         Q     Elana is your girlfriend and she lives

7    there at the home with you from what you stated,

8    correct?

9         A     She is my helper.

10        Q     Okay.

11              Beyond that, how long have you known

12   Elana?

13        A     I don't know exactly.

14        Q     Did you know her on February 9th of 2019,

15   the day giving rise to the incident that led to this

16   lawsuit?

17        A     Yes.

18        Q     Can I ask you how you met Elana?

19        A     Well, she lived in Florida and I just knew

20   her from, you know, the neighborhood.

21        Q     So at some point in time did she live in

22   the Hunt Drive complex where you presently reside or

23   did you mean you knew her from the neighborhood in

24   Florida or something else?

25        A     No.  I knew her from the neighborhood in

19

1                    IRA CHERNICK

2    New York, but she moved and lived in Florida.

3         Q     Understood.

4               Do you know when she moved to Florida?

5         A     Oh, it's got to be about seven, eight years

6    ago.

7         Q     You mentioned the fact that she's currently

8    residing with you and I think you said that was for

9    about one year.  Did she come back from Florida and

10   move in with you or did she live in New York in

11   between there, or something else?

12        A     She didn't come back from Florida and live

13   with me.

14        Q     What I was just getting at is would you

15   have had some form of a relationship with Elana on

16   February 9th of 2019 to the effect that you were at

17   least speaking with her back then?  I don't mean

18   romantically, but was she somebody that was in your

19   life back then?

20        A     Well, she was friends with me.

21        Q     Was she also friends with your wife --

22        A     No.

23        Q     -- Maryann?

24        A     No.

25        Q     Other than Elana living with you now, did

20

1                    IRA CHERNICK

2 anyone else reside with you at 62 Hunt Drive

3 within the last 20 years that you lived there?

4       A     Within the last?

5       Q     20 years.  You mentioned the fact that

6 you've lived there approximately 20 years?

7       A     Well, my daughter lived there from time to

8 time.

9       Q     What is your daughter's name, sir?

10      A     Stephanie.

11      Q     Same last name as you or something else?

12      A     Same last name.  Well, she's Stephanie

13 Chernick Sallo.

14      Q     Is that her married name?

15      A     Yes.

16      Q     In terms of her name back on February 9th

17 of 2019, was that her name back then or was it

18 Stephanie Chernick?

19      A     She was married.

20      Q     Can you spell that married name for me?

21      A     S-A-L-L-O.

22      Q     Was she living at the home with you and

23 Maryann back on February 9th of 2019?

24      A     No.

25      Q     Was Maryann living with you at the home

21

1                    IRA CHERNICK

2    back on February 9th of --

3         A    Yes.

4         Q    I'm not trying to be rude here.  Just so

5    that the reporter can take this down, I'll just ask

6    that you try and wait until I ask the question even

7    though I know you know where I'm going with this,

8    okay?

9         A    (No verbal response.)

10        Q    How long had Maryann lived with you at the

11   home as of February 9th of 2019?

12        A    How long?

13        Q    Had Maryann lived with you at the home as

14   of February 9th of 2019?

15        A    She lived with me the whole time I lived

16   there.

17        Q    Just for the record because I don't think

18   we made this clear.  We're speaking of Maryann Ost

19   Chernick, your wife, correct?

20        A    Correct.

21        Q    That was the original Plaintiff in this

22   case, correct?

23        A    Yes.

24        Q    All right.  Thank you.

25             Other than Maryann, Elana and your

22

1                        IRA CHERNICK

2    daughter, Stephanie, did anyone else reside with you

3    at that house in the 20 years that you've lived

4    there?

5         A    No.

6         Q    If you recall, was Stephanie living at the

7    home back in February of 2019?

8         A    No.

9         Q    No, you don't recall or she was not?

10        A    Wasn't.

11        Q    On February 9th of 2019, other than you and

12   Maryann, was anyone else living at that home?

13        A    No.

14        Q    Sir, are you currently employed?

15        A    Me?

16        Q    Yes.

17        A    Yes.

18        Q    What is the nature of your employment?

19        A    What?

20        Q    What is the nature of your employment?

21        A    I'm a financial advisor.

22        Q    Do you work for somebody else, own your own

23   company or something else?

24        A    Own my own company.

25        Q    What is the name of that company?

23

1                    IRA CHERNICK

2      A    Gold Coast Capital Management.

3      Q    Where is that company located?

4      A    In Melville.

5      Q    Can you tell me did your wife Maryann ever

6  work for that company?

7      A    Yes.

8      Q    Do you recall when she worked for that

9  company, obviously prior to her death?

10     A    Off and on.  I don't know the exact

11 dates.

12     Q    Did you yourself start this company or was

13 this something started by somebody else that you

14 bought out or something else?

15     A    I started it.

16     Q    Do you recall when you --

17     A    With a partner.

18     Q    Do you recall when you started that

19 company, sir?

20     A    Yes.

21     Q    When was that?

22     A    1990.

23     Q    You mentioned starting it with a partner?

24     A    Yes.

25     Q    What is the name of that partner?

24

1                    IRA CHERNICK

2        A     Alan Troy.

3        Q     That A-L-L-E-N?

4        A     A-L-A-N.

5        Q     And Troy like the city, T-R-O-Y?

6        A     Yes.

7        Q     You mentioned he was your partner back when

8    you started it.  Is he still your partner as we stand

9    here today?

10       A     No.

11       Q     When did he cease being your partner?

12       A     At least 20 years ago.

13       Q     Do you have another partner at the company

14   right now?

15       A     No.

16       Q     How many individuals do you employ, if any,

17   other than yourself?

18       A     None.

19       Q     Do you have any secretarial staff, anything

20   like that?

21       A     Yes.

22       Q     How many support staff I'll call them do

23   you have?

24       A     Gold Coast?

25       Q     Yes.

1                     IRA CHERNICK

2       A    None.

3       Q    When you said yes then, what did you

4    mean?

5       A    The company I clear through provides

6    secretarial help.

7       Q    I'm sorry, the company that you what

8    from?

9       A    That I clear through.

10           MR. TORCZYNER:  Clear through, like

11           Clearinghouse.  Clear through.

12      Q    Clear through, I'm sorry.  I understood

13   you.

14           Is Elana somebody who is somehow affiliated

15   with the company?

16      A    Yes.

17      Q    In what capacity?

18      A    She's my assistant.

19      Q    So is she employed by your company or the

20   company you clear through?

21      A    The company I clear through.

22      Q    All right.  Thank you.

23           You mentioned the fact that I believe you

24   said you're crippled.  Can you tell me how that came

25   to be, what happened?

1                    IRA CHERNICK

2        A    I have stenosis and it blocks the nerves

3   that go to my legs and I can't feel my legs.

4        Q    Would that be spinal stenosis or something

5   else?

6        A    Yes, spinal stenosis.

7        Q    Are you treated by any physicians for that

8   at this time, sir?

9        A    Not right now, but, you know, I -- not

10  right now.

11       Q    When is the last time that you were treated

12  by a physician for that condition?

13       A    I don't remember.

14       Q    Do you recall if on February 9th of 2019 or

15  around that time period you were being treated by a

16  physician for that condition?

17       A    I had had the condition, but I don't know

18  if I was seeing a doctor at that time.

19       Q    Can you tell me, sir, who it is that

20  diagnosed you with that condition?

21                 MR. TORCZYNER:  Objection.

22                 I'm not sure what the relevance of

23                 this is.  He's testifying as the

24                 administrator of the estate.  What

25                 difference does it make who's treating him

27

1            IRA CHERNICK

2            for spinal stenosis?  He doesn't have a

3            personal injury claim.

4                 MS. SKORUPA:  Let me ask this

5            question.

6       Q    Sir, were you prescribed medications on

7  February 9th of 2019 for the spinal stenosis

8  condition?

9       A    No.

10      Q    Do you recall ever being prescribed any

11  medications for that condition?

12      A    I don't remember what they gave me for

13  that.

14  *   Q    Is that something you would have anywhere

15  at home that you could provide to Mr. Torczyner if it

16  was needed

17                 MR. TORCZYNER:  I'd like you to offer

18            proof where this is going.

19                 MS. SKORUPA:  Well, here's the thing,

20            Neil.  If he does not recall specifics in

21            terms of that, my concerns are -- obviously

22            February 9th of 2019 was the date of this

23            incident -- if he had any sort of mental

24            impairment, physical impairment, anything

25            like that that may have impacted not

28

1                         IRA CHERNICK

2              necessarily what he saw that night, but his

3              conversations in the days subsequent with

4              his now deceased wife, that would obviously

5              be something that would go to his

6              credibility and his ability to testify

7              about that clearheadedly because he may not

8              have been clearheaded back then.  That's

9              the only reason I'm going down this path.

10                  MR. TORCZYNER:  My objection is noted.

11             He said he doesn't remember.

12                  MS. SKORUPA:  That's fine.  Mark it

13             for a ruling if I need something further.

14       Q     Sir, other than Maryann, your wife, and

15  your daughter, Stephanie, do you have any other

16  immediate family members, any other children?

17       A     No.

18       Q     With respect to the home at 62 Hunt Drive

19  in Jericho, do you own that, rent that or something

20  else?

21       A     Excuse me?

22       Q     With respect to your home at 62 --

23       A     Speak louder because I don't hear well.

24       Q     I'm sorry.  I have the same problem.  I

25  wear hearing aids.  I can respect that.

29

1                    IRA CHERNICK

2      A    Okay.

3           They're not treating me for it, but I don't

4  hear well.

5                MS. SKORUPA:  Off the record for a

6           second.

7                (A discussion was held off the

8            record.)

9      Q    With respect to your home at 62 Hunt Drive

10  in Jericho, do you own it, rent it or something

11  else?

12     A    Own it.

13     Q    Have you owned it since the outset of you

14  living there, approximately 20 years ago?

15     A    Yes.

16     Q    Sir, have you ever been on public

17  assistance?

18     A    Social Security.

19     Q    Beyond that?

20     A    No.

21     Q    Are you currently on Social Security

22  Disability or some form of Social Security?

23     A    Regular, regular Social Security.

24     Q    Beyond that and the income that you receive

25  from your business, do you currently have any other

30

1                          IRA CHERNICK

2     sources of income?

3         A     No.

4         Q     Have you ever been in the military?

5         A     No.

6         Q     What is the highest level of education that

7     you've received?

8         A     BBA, bachelor's of business

9     administration.

10        Q     Beyond that, sir, do you have any other

11    formal trade school or schooling even if it's beyond

12    the regular understanding of education?

13        A     No.

14        Q     Other than this case, have you yourself

15    ever been a party to a lawsuit?

16        A     Yes.

17        Q     How many times, if you recall?

18        A     I don't know the exact amount.

19        Q     Is it more than five?

20        A     No.

21        Q     Do you recall the last time that you were a

22    party to a lawsuit?

23        A     I'm a party to a lawsuit now.

24        Q     I mean before today, this case obviously.

25        A     No, I'm party to another lawsuit.

31

1                         IRA CHERNICK

2       Q     I'm sorry.

3             Can you tell me the nature of that lawsuit?

4       A     It's a malpractice against an attorney.

5       Q     Can you tell me who the attorney is?

6       A     I think Joel Siegel.  I'm not sure.

7       Q     Does this pertain to something regarding

8   your business or something else?

9       A     Business.

10      Q     Where is that case currently pending?

11      A     Where would it be?  I guess -- I don't

12  know.  Suffolk, state.  I don't know.

13      Q     Again, if you recall, is it Suffolk Supreme

14  Court?

15      A     I guess.  No, I don't know.

16            MR. TORCZYNER:  I can't help you out.

17            I'm not your attorney for that lawsuit.

18      Q     Do you know the name of the judge that it's

19  pending in front of?

20      A     No.

21      Q     Have you appeared in court on that case?

22      A     No.

23      Q     Beyond that case, is there any other case

24  to which you have been a party to a lawsuit?

25      A     Yes.

32

1                        IRA CHERNICK

2        Q      Do you recall how long ago?

3        A      Two years ago.

4        Q      Can you tell me the nature of that

5    lawsuit?

6        A      It was against my former company, my former

7    broker dealer.

8        Q      What's the name of that broker dealer?

9        A      Cetera.

10       Q      Can you spell that?

11       A      C-E-T-E-R-A.

12       Q      Without getting into specifics, did that

13   case settle, did it go to trial, something else?

14       A      Settled.

15       Q      Beyond that lawsuit, have you been a party

16   to any lawsuits?

17       A      Yes.

18       Q      What's the next one that you recall?

19       A      Car accident.

20       Q      Can you tell me approximately when that

21   was?

22       A      1967.

23       Q      When you were a child?

24       A      I was 17.

25       Q      With respect to that case, can you just

33

1                         IRA CHERNICK

2    briefly tell me what exactly happened with it?

3                    MR. TORCZYNER:  Objection.  You can

4            answer over objection.

5       A    What?

6                    MR. TORCZYNER:  You can answer if you

7            remember.

8       A    Someone went through a red light, smashed

9    my car.

10      Q    Were you injured?

11      A    Yes.

12      Q    If you recall, did that case go to court,

13   did it settle or something else?

14      A    Went to court.

15      Q    What was the end result?

16      A    I got an award.

17      Q    So there was a trial?

18      A    Yes.

19      Q    Other than those cases we've already

20   discussed, have you ever been a party to any other

21   lawsuit?

22      A    Arbitration.  No.

23      Q    Other than the cases that we've discussed,

24   have you ever been a witness to any lawsuit?

25      A    Yes.

34

1                         IRA CHERNICK

2        Q    Can you tell me how so?

3        A    I was on the board of the Alzheimer's

4   Association and the director was suing the

5   Alzheimer's Association and I was a witness to what

6   transpired during the meetings.

7        Q    Did you have to testify in that case at

8   some point?

9        A    Yes.  I had this.

10       Q    A deposition?

11       A    Yes.

12       Q    Did that case ever go to trial?

13       A    No.

14       Q    Beyond that and the other cases we've

15   discussed, have you ever been a witness to a

16   lawsuit?

17       A    Not that I remember.

18       Q    All right.  So let's get a little bit more

19   fact specific then with respect to this particular

20   case.  I'm going to take you back to February 9th of

21   2019 and the months surrounding it.

22            Can you describe for me what your

23   relationship was like with your wife, Maryann Ost

24   Chernick, during that time period?

25       A    She was my wife.

35

1                       IRA CHERNICK

2       Q    Would you describe yourselves as having a

3  good relationship, estranged, something else?

4       A    I loved her very much.

5       Q    Beyond loving her very much, did you have a

6  good relationship?

7       A    Yes.

8       Q    Prior to February 9th of 2019, had the

9  police ever been called to or responded to your home

10 at 62 Hunt Drive in Jericho pertaining to something

11 regarding Maryann?

12      A    Not that I remember.

13      Q    Let's talk about her for a second.

14           Back in February of 2019, was she herself

15 prescribed any medications that you recall?

16      A    Yes.

17      Q    Do you recall what those medications were

18 for?

19      A    No.

20      Q    Do you recall what the medications were?

21      A    No.

22      Q    With respect to her physical health, did

23 she have any medical conditions that you recall back

24 then?

25      A    Medical conditions, no, not that I can

36

1                          IRA CHERNICK

2      think of.

3             Q      Do you recall her being treated by any

4      medical providers back then?

5             A      Yes.

6             Q      Can you tell me who those medical providers

7      were?

8             A      She went to a psychologist.

9             Q      Do you recall who that psychologist was?

10            A      Yes, Allan Stempler.

11            Q      Can you tell me the reason, if you know,

12     that she went to that psychologist?

13            A      I think she would get depressed every so

14     often and go talk to him.

15            Q      Just so that the reporter can take this

16     down appropriately, can you spell the doctor's last

17     name for the reporter?

18            A      Yes.  S-T-E-M-P-L-E-R.

19            Q      As of February of 2019, do you know how

20     long she was seeing that psychologist?

21            A      Up to that point?

22            Q      Yes.

23            A      No.

24            Q      Okay.

25                   Was it a period of months, years, something

37

1                    IRA CHERNICK

2    else?

3         A    Years.

4         Q    Was there a specific incident, if you know,

5    that led her to first go and see that psychologist?

6         A    Yes.

7         Q    Can you tell me what that was?

8         A    Her father had a massive stroke and it made

9    her very depressed.

10        Q    Do you recall approximately when that

11   was?

12        A    No.

13        Q    Did her father survive?

14        A    Yes.

15        Q    Now, sir, if you know, was that

16   psychologist prescribing her any medications during

17   that period of time, in which she saw him?

18        A    I don't know.

19        Q    How frequently would she see that

20   psychologist?

21        A    A few times a year.

22        Q    Was that the first psychologist or mental

23   health professional that Maryann saw during the

24   course of your marriage, if you know?

25        A    What was that?

38

1                    IRA CHERNICK

2       Q    Was that the first time she saw a

3   psychologist or a mental health professional during

4   the course of your marriage, if you know?

5       A    I don't know.

6       Q    Sir, what year were you and Maryann

7   married?

8       A    1988.

9       Q    Where did you and Maryann live prior to 62

10  Hunt Drive?

11      A    2 Bay Club Drive, Bayside, New York.

12      Q    Can you spell the name of that street?

13      A    2 Bay Club Drive, Bay, B-A-Y, Club, C-L-U-B

14  D-R-I-V-E.

15      Q    You said that's in Bayside?

16      A    Correct.

17           MS. SKORUPA:  Off the record.

18           (A discussion was held off the

19        record.)

20           MS. SKORUPA:  Back on the record.

21      Q    How long did you and Maryann reside at 2

22  Bay Club Drive in Bayside?

23      A    13 years.

24      Q    Other than 2 Bay Club Drive and 62 Hunt

25  Drive, did you and Maryann reside at any other

39

1                         IRA CHERNICK

2    locations, during the course of your marriage?

3         A    No.

4         Q    Did you and she live together prior to your

5    marriage?

6         A    Yes.

7         Q    Where did you live?

8         A    In Jackson Heights.

9         Q    Do you know the address by chance?

10        A    No.

11        Q    How long did you reside together at that

12   location?

13        A    There were two locations in Jackson

14   Heights.

15        Q    Okay.

16             How long did you reside at each of them?

17        A    Maybe two years each.

18        Q    Do you recall the addresses of either of

19   them?

20        A    No.

21        Q    All right.  So let's go back to February of

22   2019 then.

23             You referenced the fact that in terms of

24   seeing mental health professionals she was seeing a

25   psychologist at that point.  Other than that, do you

1                        IRA CHERNICK

2    recall her seeing any other medical or mental health

3    professionals, on or around February of 2019?

4          A    Yes.

5          Q    What specifically do you recall?

6          A    Excuse me?

7          Q    What specifically do you recall?

8          A    Well, I know she went to the doctor for

9    pain.

10         Q    Do you know what that pain was the result

11   of or where on her body that pain was?

12         A    She had a very serious operation and they

13   cut her up pretty good there on her stomach and it

14   caused a lot of pain for her.

15         Q    Do you recall when she had that

16   operation?

17         A    No.

18         Q    Was this a matter of months, years,

19   something else, prior to February of 2019?

20         A    Years.

21         Q    Was it more than a decade prior to February

22   of 2019?

23         A    I'm not sure.  I don't know.

24         Q    I think you mentioned the fact that it was

25   her stomach that this procedure was done on?

41

                         IRA CHERNICK

1

2       A    Yes.

3       Q    Can you tell me the reason for it?

4       A    She had tumors.

5       Q    Were they in her stomach, her colon,

6   something else, if you know?

7       A    Ovary.

8       Q    Was she diagnosed with ovarian cancer or

9   some form of cancer?

10      A    Not ovarian cancer, but it was some kind of

11  cancer I believe.

12      Q    Do you recall when she received that

13  diagnosis?

14      A    No.

15      Q    At the time that the incident we're here

16  for today, February 9th of 2019, occurred, was she

17  still suffering from cancer?

18      A    No.

19      Q    All right.

20           You mentioned the fact that she was seeing

21  a doctor for pain, in or around February of 2019.  Do

22  you recall who that doctor was?

23      A    Yes.

24      Q    Who was that?

25      A    Dr. Weingarten.

42

1                     IRA CHERNICK

2      Q    W-E-I-N-G-A-R-T-E-N?

3      A    Yeah, I guess.

4      Q    Do you know his or her first name?

5      A    No.  Eric -- no.

6      Q    I don't want you to guess.

7      A    Alex.

8      Q    Do you know as of February 2019 how long

9   she had been seeing Dr. Weingarten for pain?

10     A    No.

11     Q    Can you tell me where Dr. Weingarten's

12   office is located?

13     A    Over here.  2001 Marcus.

14     Q    Okay.

15          Approximately how long had she been seeing

16   Dr. Weingarten as of February of 2019?

17     A    I don't know.

18     Q    Do you know if he prescribed her pain

19   medication?

20     A    I'm not sure.

21     Q    Do you know if he prescribed her any

22   medication at all?

23     A    I'm not sure.

24     Q    Other than the doctor for pain and the

25   psychologist, do you recall her being treated by any

43

1                    IRA CHERNICK

2    other mental health or medical providers in February

3    of 2019?

4        A    No.

5        Q    I believe you said you don't recall the

6    prescription medications that she was prescribed back

7    then; is that correct?

8        A    Correct.

9        Q    Okay.

10            Beyond the prescription medications that

11   she was prescribed, did you know Maryann to consume

12   any illicit, meaning illegal, drugs during that

13   time?

14       A    No, she did not.

15       Q    Do you know if she was being prescribed,

16   without knowing the exact name of it, any medication

17   for addiction management or withdrawal symptoms?

18       A    I don't know.

19       Q    Are you aware of her having ever consumed

20   any illegal drugs whether that be pills she wasn't

21   prescribed, street narcotics, anything to that

22   effect?

23       A    No.

24       Q    No, you're not aware or no, she did not?

25       A    As far as I know, she did not.

44

1                          IRA CHERNICK

2          Q     Are you aware of her ever seeking any

3     medical attention for addiction to pain medication?

4          A     No.

5          Q     In or around February of 2019, did you know

6     Maryann to consume alcoholic beverages?

7          A     On that date?

8          Q     No.  Around that time period, was she

9     consuming alcohol, at all?

10         A     No, no, no.

11         Q     With respect to the medications that she

12    was prescribed that you referenced, without knowing

13    what they were, can you describe her demeanor when

14    she would take those medications in your presence?

15                        MR. TORCZYNER:  Objection.  You can

16                answer if you're capable of answering.

17         A     I didn't notice any --

18         Q     I'm sorry?

19         A     I didn't notice any difference in her.

20         Q     Did you ever observe her to act

21    irrationally when she took those medications?

22         A     No.

23         Q     In or around February of 2019, did she ever

24    act irrational towards you at all?

25         A     No.

45

```
 1                    IRA CHERNICK
 2      Q    In or around February of 2019, was she ever
 3  violent towards you?
 4      A    No.
 5      Q    Did you ever observe her to be violent
 6  towards anybody else, during that time period?
 7      A    No.  She was a sweet person.
 8      Q    During the months leading up to February
 9  9th of 2019, at that point in time were the
10  police called to any location as a result of any
11  incidents with Maryann or disputes between the two of
12  you, or otherwise?
13                MR. TORCZYNER:  Objection.  You can
14          answer over objection.
15                THE WITNESS:  What is she asking?
16                MS. SKORUPA:  I'll rephrase it.
17                MR. TORCZYNER:  You need to rephrase
18          the question because he doesn't understand
19          it.
20                MS. SKORUPA:  That's fine.
21      Q    In the months leading up to February of
22  2019, so we'll say mid to late 2018, through February
23  9th of 2019, at any point in time do you recall the
24  police being called as a result of Maryann's behavior
25  or any disputes between the two of you?
```

46

IRA CHERNICK

1

2      A      No, I don't remember.

3      Q      Now, as we discussed earlier, I know

4   Maryann is now deceased.  Can you tell me do you

5   recall the date that she passed?

6      A      January 1, 2020.

7      Q      Were you with her when she died?

8      A      Yes.

9      Q      Can you tell me where she died?

10     A      In a hospital.

11     Q      Can you tell me why she was taken to the

12  hospital that day?

13     A      She had a heart attack.

14     Q      Where did she have that heart attack at?

15     A      At the house.

16     Q      What hospital did she die at?

17     A      Did she what?

18     Q      I'm sorry, say it again.

19     A      What did you ask?

20     Q      What hospital did she pass away at?

21     A      Syosset.

22     Q      Okay.

23            Do you know whether or not she had taken

24  any of those prescription medications we talked about

25  the day that she died?

47

1                          IRA CHERNICK

2        A     No, I don't know.

3        Q     You mentioned the fact that she had a heart

4   attack and that was at home?

5        A     Yes.

6        Q     Were you there when she had the heart

7   attack?

8        A     Yes.

9        Q     Without getting into too many details, can

10  you just tell me what happened, sir?

11       A     She was -- she went into my daughter's room

12  to do something and I was in bed and then I went to

13  go see her and she was out.  She was it

14  (indicating).

15                 MR. TORCZYNER:  Gesturing with arms

16             laid to the side, out.

17       A     (Continuing) Yeah.  She was unconscious, so

18  I called 911 and they, you know, they came, they put

19  this thing on her chest.  It wasn't good.

20       Q     Okay.

21             Was anyone else home when it happened other

22  than you and her, sir?

23       A     I don't think so.  I don't think so.

24       Q     Did Maryann have any history of

25  cardiac-related issues?

48

                          IRA CHERNICK

1

2      A    Not that I remember.

3             MS. SKORUPA:  Neil, I'm going to

4          make a demand for a release for a copy of

5          her autopsy.  I will follow it up obviously

6          in writing, but I'm going to ask for

7          that.

8             MR. TORCZYNER:  Make the request in

9          writing.  We'll respond to it of course.

10            MS. SKORUPA:  Thank you.

11            MR. TORCZYNER:  The witness just

12         volunteered to me that there was no

13         autopsy.

14     Q    There was no autopsy?

15     A    No.

16     Q    Okay.

17          How old was Maryann when she passed, sir?

18     A    57.

19     Q    With respect to your representation now

20   that there was no autopsy, was that at your request,

21   or how did that come to be?

22     A    I don't know.

23     Q    Did the police respond when you called 911

24   when she had the heart attack?

25     A    Yes.

49

1                          IRA CHERNICK

2        Q     From what you stated, an ambulance also

3    responded?

4        A     Yeah.  They took her out.

5        Q     Okay.

6              Once she passed away, did the police or the

7    medical examiner in Nassau County ever contact you

8    with respect to performing an autopsy?

9        A     No, not that I remember.

10       Q     Do you have any recollection of them asking

11   you whether or not you wished to have an autopsy

12   performed?

13       A     No, I don't remember anything about that.

14              MS. SKORUPA:  Okay, so then beyond

15              that, Neil, what I will do is if there is

16              no autopsy, I will put in a demand for the

17              records from Syosset Hospital where she was

18              taken to as obviously they'll have done

19              testing on her.

20              MR. TORCZYNER:  Again, follow up in

21              writing and we'll respond to the request.

22              MS. SKORUPA:  Thank you.

23       Q     Sir, let's talk about February 9th of 2019.

24   Sir, do you recall that day?

25       A     Yes.

50

IRA CHERNICK

1

2      Q     Do you recall that morning whether both you

3  and Maryann woke up in your home at 62 Hunt Drive?

4      A     Yes.

5      Q     So both of you had slept there the night

6  before?

7      A     Yes.

8      Q     Can you tell me what you were doing earlier

9  in the day and as the day progressed?

10     A     I don't remember.

11     Q     Do you recall whether or not you went to

12 work that day?

13     A     No.

14     Q     Do you recall whether or not Maryann was

15 working for your company with you during that time

16 period?

17     A     No.

18     Q     You would agree with me there was a point

19 that you were made aware that the police were in

20 front of your home at 62 Hunt Drive later that

21 evening into the early morning hours of February 10th

22 of 2019?

23     A     Yes.

24     Q     So using that as a vantage point, prior to

25 learning that -- and we'll talk about the

51

1                    IRA CHERNICK

2    specifics -- when is the last time you recall seeing

3    Maryann that day?

4         A    In the morning.

5         Q    Do you recall anything about her behavior

6    when you saw her?

7         A    Not anything particular.

8         Q    With respect to the prescription

9    medications that you mentioned that she takes, do you

10   recall whether or not you saw her taking any of those

11   medications that day?

12        A    No, I didn't see it.

13        Q    Do you recall a point in time that you and

14   Maryann parted ways that day, whether it be you left

15   the house or she left the house or something else?

16        A    I don't remember.

17        Q    Can you tell me what you recall of the

18   details of that day and night leading up to learning

19   the police were outside of your home?

20        A    Before the police were there?

21        Q    Yes.

22        A    I don't remember much.

23        Q    Do you remember when the last time was you

24   spoke with Maryann prior to learning that the police

25   were outside?

52

1                        IRA CHERNICK

2        A     Oh, yes.

3        Q     Can you tell me when that was and what the

4    substance was?

5        A     That night.

6        Q     Do you recall approximately what time?

7        A     I'm not sure.  It was -- I'm not sure.

8        Q     Okay.

9              You'll agree with me this is February so

10   obviously this is wintertime, right?

11       A     Yeah.  Unless it was Super Bowl Sunday when

12   it was 80.

13       Q     I'm simply referring to the time of day in

14   terms of light versus dark.

15             So at the time that you spoke to her or you

16   recall last speaking to her, it was dark outside I

17   presume?

18       A     What was it?  It was dark when?

19       Q     You mentioned the fact that you remember

20   speaking to her earlier in the night, right?

21       A     Yes.

22       Q     When you spoke to her, was it dark

23   outside?

24       A     Yes.

25       Q     Was it in person, on the phone or something

53

                              IRA CHERNICK

1

2      else?

3           A    On the phone.

4           Q    Do you recall if this was after dinner?

5           A    Yes.

6           Q    Can you tell me, sir, what time is

7      dinnertime for you, or was it back then, I'm sorry?

8           A    I don't know.  I eat dinner all different

9      times.

10          Q    Okay.

11          A    (Continuing) Midnight.  I eat dinner at six

12     o'clock.  I don't know.

13          Q    Okay, that's fine.

14               Tell me, how did it come to be that you

15     spoke to Maryann on the telephone that evening.

16          A    She went to visit my friend Joe and his mom

17     and she called me and said she's on her way home.

18          Q    Can you tell me Joe's full name?

19          A    Joe Cacace (phonetic spelling).

20          Q    How do you spell the last name?

21          A    I'm not sure.

22          Q    Is that something that you have somewhere,

23     whether it be on your phone or otherwise, that you

24     can provide to Mr. Torczyner?

25          A    I guess.

54

IRA CHERNICK

2          MS. SKORUPA:  We'll leave a blank for

3        his last name.

4          (Insert: Cacase _____

5           _____

6           _____)

7    Q   Do you know his mother's name?

8    A   No.

9    Q   Do you know where they live, sir, other

10 than Deer Park?

11   A   Now or then?

12   Q   Then.

13   A   Deer Park.

14   Q   Do you know the street?

15   A   No.

16   Q   Is that also something you might have

17 somewhere?

18   A   Excuse me?

19   Q   Is that also something you might have

20 somewhere that you can provide to Mr. Torczyner?

21   A   I don't think so.

22   Q   You asked me before did I mean now or back

23 then.  Do you know where he, Joe, lives now?

24   A   Yes.

25   Q   Where does he live now?

1                        IRA CHERNICK

2        A     In Florida.

3        Q     Sir, do you have Mr. Cacace's phone

4    number?

5        A     No.

6        Q     Is that something that you have somewhere

7    that you could provider to Mr. Torczyner?

8        A     Probably.

9              MS. SKORUPA:  So we'll leave a blank

10             in the transcript for that as well.

11             (Insert:  754-249-4829
                        _____

12                      _____

13                      _____)

14       Q     And the reason I keep saying this is as we

15   discussed before, you'll have the opportunity to

16   review the transcript, make any corrections and there

17   will be blanks and an errata sheet for you to review

18   with your attorney once we're done, okay?

19       A     Okay.

20       Q     I noticed that you said my friend Joe and

21   his mom as to who Maryann went to see that night.

22   When you say my friend Joe, how do you know Joe?

23       A     Joe did work at my house and I became

24   friendly with him.  He liked the Yankees so we went

25   to games together, football games together.

56

1                         IRA CHERNICK

2       Q    How long have you known Joe?

3       A    I don't remember.  Five years.

4       Q    Is that as of February of 2019 or is that

5    as we stand here today?

6       A    No, before then I knew him.

7       Q    What I'm saying is you said five years.  I

8    mean have you known him five years going back from

9    today's date or from the date of this incident?

10      A    Yeah, from today.

11      Q    Do you know why Maryann went to see Joe and

12   his mom that evening?

13      A    I think she was gonna -- I don't know.  It

14   was something with making her -- making her dinner.

15   I don't remember exactly.

16      Q    When you say making her dinner, meaning she

17   was making them dinner or they were making her

18   dinner?

19      A    No.  I think the mom was going to make

20   dinner for them.

21      Q    Is that something Maryann ordinarily did,

22   went over and spent time with Joe and his mom like

23   that?

24      A    Once in a while.

25      Q    Where were you when Maryann went over to

57

1                    IRA CHERNICK

2    see Joe and his mom?

3        A    I was probably out with a client.

4        Q    You were probably what?

5        A    With a client.

6        Q    Okay.  Thank you.  Just try to keep your

7    voice up.  I have the same hearing issues as you.

8             What else can you tell me about this phone

9    call with Maryann where she told you she was going to

10   see Joe and his mom?

11       A    That was it.

12       Q    Did she call you or did you call her?

13       A    She called me.

14       Q    Do you happen to know what phone number she

15   called you from?

16       A    No.  Her cell maybe.  I don't know.

17       Q    Is that a phone number you have somewhere

18   that you could provide to Mr. Torczyner?

19            MR. TORCZYNER:  Do you have Maryann's

20            cell number?  Do you remember Maryann's

21            cell number?

22            THE WITNESS:  Yeah, I guess.

23            MR. TORCZYNER:  Okay.

24            MS. SKORUPA:  All right.  We'll leave

25            a blank for that purpose.  Thank you.

58

1              IRA CHERNICK

2         (Insert: 516-567-7700
                    _____

3              _____

4              _____)

5     Q    Sir, do you know whether it was your cell

6  or a landline that she called you on that night, or

7  that you spoke to her on, I'm sorry?

8     A    Yeah, I don't know if it was the mother's

9  phone at the house or a cell.  I don't know.

10    Q    In terms of, though, the phone that you

11 yourself had the conversation on, was that your cell

12 phone or something else?

13    A    Either my cell or the house.  I don't know.

14 Either one.

15    Q    Were your cell and house number the same

16 back then as they are today?

17    A    They're not the same.

18    Q    No.  What I'm saying is your cell phone

19 number today, is it the same cell phone number that

20 it was back in February of 2019?

21    A    No.

22    Q    Can you tell me what your cell phone number

23 was back in February of 2019?

24    A    I don't remember.

25    Q    Is that also something you may have

59

```
 1                    IRA CHERNICK

 2   somewhere else?

 3        A    Possibly.

 4        Q    In case you do, we'll leave a blank for

 5   that and again, same procedure.

 6                  (Insert: 516-652-4800 or
                    _____
 7                  516-567-3161
                    _____

 8                  _____)

 9        Q    As far as your home number, is your home

10   number the same today as it was back in February

11   of 2019?

12        A    My house?

13        Q    Yes.

14        A    Yes.

15        Q    Can you tell me what that phone number

16   is?

17        A    (516) 938-7555.

18        Q    Thank you.

19             Other than speaking to her on the phone

20   that one time that evening, do you recall speaking to

21   her otherwise, during the course of the day?

22        A    No, I don't remember.

23        Q    Approximately how much time passed between

24   when you spoke to Maryann and she said she was going

25   to Joe's and when you learned that the police were
```

60

1                    IRA CHERNICK

2    outside of your home?

3         A    Ask that again.  You left something out.

4         Q    Can you tell me how much time elapsed

5    between your conversation with Maryann that night

6    where she said she was going to Joe's --

7         A    When she said she was going there?

8         Q    Yes, and when you learned that the police

9    were outside your home?

10        A    I don't remember.

11        Q    Was it a matter of hours or something

12   less?

13        A    I don't remember.

14        Q    Okay.

15             Do you recall whether you said anything to

16   her when she told you she was going to Joe's?

17        A    No, I don't remember.

18        Q    I noticed that you said when she said she

19   was going to Joe's.  Did you have a subsequent

20   conversation with her when she was leaving Joe's?

21        A    Yes.  She said she's coming home.

22        Q    Can you tell me what else you recall from

23   that conversation?

24        A    When she said she was coming home?

25        Q    Yes.

61

1                          IRA CHERNICK

2          A    That's it.  She said I'm leaving, I'm on my

3     way home.

4          Q    Okay.

5               At any point in time during that

6     conversation or the earlier conversation, did you

7     tell her that she shouldn't be driving?

8          A    No.

9          Q    Approximately how much time elapsed between

10    when she said she was going to Joe's and when she

11    said she was leaving Joe's?

12         A    I don't remember.

13         Q    Do you remember how much time elapsed

14    between when she told you she was leaving Joe's and

15    when you learned that the police were outside of your

16    home?

17         A    That I remember.  It was over an hour.

18         Q    During that over an hour period of time,

19    did you speak with her on the telephone any

20    further?

21         A    No.

22         Q    Did you speak with her any further that

23    evening into the next morning, at all?

24         A    No.

25         Q    What is the next thing that you remember

62

IRA CHERNICK

1    after she called to tell you that she was on her way

2    home from Joe's?

4        A    I remember getting a call from my neighbor

5    that the police were in my driveway.

6        Q    What's the name of that neighbor, sir?

7        A    Keith.

8        Q    What's Keith's last name?

9        A    I don't know.  Lizza (phonetic spelling).

10   I don't know.  Lizza I think.

11       Q    I don't want you to guess.

12            Is that something that you can also obtain

13   for Mr. Torczyner?

14            MR. TORCZYNER:  Obtain for me or from

15        me?

16            MS. SKORUPA:  For you.

17            MR. TORCZYNER:  Is it Landsberg

18        (phonetic spelling)?

19            THE WITNESS:  That's it.

20            MR. TORCZYNER:  I'm not testifying,

21        but he told me it was Landsberg.

22       A    Landsberg, that's it.

23       Q    Thank you.

24            With respect to where Mr. Landsberg lives,

25   where is that in relation to your home at 62 Hunt

63

1                           IRA CHERNICK

2      Drive?

3           A     Next door.

4           Q     If you're facing your front door, is it to

5      the right, the left, or a different direction?

6           A     Right.

7           Q     Do you know his address, sir?  I don't want

8      you to guess.  If you don't know it, you don't know

9      it.

10          A     I could give a good real guess.  I think

11     it's 63 Hunt Drive.

12          Q     How did Mr. Landsberg contact you that

13     night?

14          A     By phone.

15          Q     Was this a text, a phone call, something

16     else?

17          A     Phone call.

18          Q     Do you recall what phone at your home he

19     called, your cell phone, your landline or something

20     else?

21          A     My cell.

22          Q     Do you happen to know Mr. Landsberg's phone

23     number that he called you from?

24          A     I have it.

25          Q     If that's something you have, again I'll

64

1                          IRA CHERNICK

2    ask you to just provide that to Mr. Torczyner so that

3    can also be reflected in the record.  We'll

4    leave a blank for that, okay?

5         A    Okay.

6                   MR. TORCZYNER:  Okay.

7                   (Insert: 917-561-8829 _____

8                   _____

9                   _____)

10        Q    All right.

11             Sir, what specifically do you recall of

12   that conversation with Mr. Landsberg, your neighbor,

13   that evening?

14        A    I remember him saying that do you know

15   what's going on, the police are outside in your

16   driveway, a bunch of them or a lot of them,

17   something.

18        Q    Approximately how long after you received

19   that call from Maryann saying she was coming home did

20   you receive this phone call from Mr. Landsberg?

21        A    A good hour.

22        Q    Can you tell me where you were in your home

23   when you received that call?

24        A    I was in bed.

25        Q    The room in which you were in bed, does

65

1                          IRA CHERNICK

2     that face the front of the house or a different

3     direction?

4          A     No, no, facing the back yard.

5          Q     When you received that phone call, could

6     you hear anything outside of the home?

7          A     No.

8          Q     Tell me what you did once you received that

9     phone call from your neighbor, Mr. Landsberg?

10         A     I ran outside, see what's going on.

11         Q     Tell me what happened when you ran outside.

12         A     Police ask me who I was.  I don't even

13    think they knew she lived there.  That I ask me who I

14    was and if Maryann lived there.

15         Q     Okay.

16               When this happened and you first received

17    this call from your neighbor, was anybody else at

18    home with you at the time?

19         A     No.

20         Q     Tell me what happened then going back to

21    the police asking you who you were, what happened

22    from there?

23         A     They told me -- they asked me if the car

24    was mine and they said they're taking the car, and I

25    was very angry.  I said why are you taking my car,

66

```
1                        IRA CHERNICK
2    and they said well, if you had a DWI within the last
3    10 years, we allowed to take the car away, and I
4    didn't -- I didn't know the exact dates, but I didn't
5    think they were correct, but they were nasty.  You
6    know, they were taking my car, you know.
7         Q    As far as you stating that it was your car,
8    was this car registered to you?
9         A    Yes.
10        Q    Was it insured in your name?
11        A    Correct.
12        Q    With respect to the car itself, what kind
13   of a car was this?
14        A    It was a Lexus GX 460 I think.
15        Q    Do you recall the color of the car?
16        A    Black.
17        Q    Once they told you that they were taking
18   the car, can you tell me what happened?
19        A    They took the car.
20        Q    Did they have you sign anything when they
21   took the car, a general receipt or something else?
22        A    I don't remember.  I don't think so.
23        Q    Prior to going outside, did you look out
24   the windows of your home, at all?
25        A    No.
```

67

                        IRA CHERNICK

1

2      Q     Okay.

3            Once you opened the door and went outside,

4  did you see Maryann anywhere?

5      A     No.  I asked where she was.

6      Q     What were you told?

7      A     They told me she was in the ambulance

8  'cause she had a car accident and they had to take

9  her to the hospital.

10     Q     Was the ambulance still there at that point

11 or was it already gone?

12     A     Yes.

13     Q     At any point in time did you ask to

14 accompany her to the hospital in the ambulance?

15     A     No.  I don't remember.

16     Q     Did you ask them at all about her condition

17 that led to her being in the accident other than the

18 car accident?

19                 MR. TORCZYNER:  Objection.

20                 Do you understand the question?  If

21             you understand the question, you can answer

22             it.  I don't understand the question.

23     Q     Did you have a conversation with them at

24 all regarding her physical condition, meaning any

25 injuries she may have sustained?

68

                              IRA CHERNICK

1

2      A    No.

3      Q    Did you ask if she was okay or why she

4  needed to be taken via ambulance?

5      A    I don't remember.

6      Q    What is the next thing that you do

7  remember?

8      A    I kept trying to get them to leave the car,

9  and they were nasty, and they said she had an

10  accident.  The same thing, that they had to take her

11  to the hospital because she had a car accident.  And

12  there was no car accident 'cause I looked at the car.

13  The little dent in the rear bumper was something I

14  had did previously so I don't know what the hell

15  these guys were talking about, but, you know, they

16  kind of made like if I don't shut up, they're going

17  to lock me up or something, so I just backed off.

18      Q    Had you ever met any of those officers

19  before?

20      A    No.

21      Q    Do you recall approximately how many

22  officers were there?

23      A    At least five.

24      Q    Were they in uniform, plain clothes, a

25  combination?

69

                              IRA CHERNICK

1

2      A    Uniform.

3      Q    Do you recall how many police cars were

4  there?

5      A    At least three.

6      Q    With respect to those at least three that

7  you saw, do you recall were they were marked cars,

8  unmarked?

9      A    Marked.  Maybe it was unmarked.  I'm not

10  sure.

11      Q    Okay.

12      A    (Continuing) I saw police cars.

13      Q    Did you see lights on top of these police

14  cars?

15      A    You mean were they twirling their lights

16  and all that?

17      Q    Yes.

18      A    Yes, they had the lights on.

19      Q    As far as the lights themselves --

20      A    (Continuing) It was terrible, terrible,

21  terrible.

22      Q    With respect to the lights themselves, sir,

23  were they on top of the police cars?

24      A    The ones I saw were.

25      Q    That's all I'm asking.  I only want to know

70

1                         IRA CHERNICK

2    what you saw.  That's all.

3         A    I don't know.  It was like weird, weird.

4         Q    Can you describe any of the officers that

5    spoke with you?

6         A    No.

7         Q    Do you remember anything about them at all

8    other than that --

9         A    All I remember is one was a little taller

10   than me and thin, the one that was telling me about

11   the car.

12        Q    Did you happen to catch his or her name?

13        A    No.

14        Q    Do you recall learning the names of any of

15   the officers that were there that night?

16        A    No.  You know, it was like if I went to

17   look at their name, maybe they had it on the thing,

18   they were like not good, like they were going to do

19   something to me.  It wasn't good.  They scared me

20   actually.

21        Q    Can you tell me the next thing that you

22   remember, sir?

23        A    Excuse me?

24        Q    Can you tell me the next thing that you

25   remember?

71

IRA CHERNICK

1

2    A    You mean after they all left?  I don't know
3    if they all left.  I went back into the house after a
4    while and they were still hanging around.

5    Q    Let me backtrack you.

6         You mentioned you came outside.  You
7    mentioned the fact that they spoke to you about the
8    fact that they had to impound your car and you
9    mentioned the fact that they mentioned that Maryann
10   was in the ambulance because she had been in an
11   accident.  Is that all fair?

12   A    Yes.

13   Q    Other than that, while you were outside
14   that night what, if anything, do you recall seeing?

15   A    I don't remember anything else.  I just
16   went back in the house.  I went to sleep I guess.  I
17   tried to go to sleep.

18   Q    Okay.

19        Did you at any point in time ask whether or
20   not she was under arrest?

21   A    I don't remember asking that, but it
22   appeared that way.

23   Q    Did you ever ask if she was okay?

24   A    They said she wasn't okay, they had to take
25   her to the hospital.  I wasn't asking.  They were

72

1                          IRA CHERNICK

2      giving me a story.

3           Q    Did they explain to you at all the extent

4      of her injuries?

5           A    No.

6           Q    Did you ask?

7           A    I don't remember.

8           Q    Sir, at that point in time, February 9th

9      into February 10th of 2019, did you have any

10     surveillance cameras on the outside of your home?

11          A    No.

12          Q    Did you have any sort of Ring Camera or

13     Ring Doorbell?

14          A    No.

15          Q    Have you ever had any surveillance cameras

16     outside your home?

17          A    Yes.

18          Q    When was that?

19          A    I had it, but it wasn't working for a

20     while.

21          Q    When you say you had it but it wasn't

22     working for a while --

23          A    It's still there, but it doesn't work.

24          Q    That's what I was about to get at, I'm

25     sorry.

73

1                    IRA CHERNICK

2      A     Now I have the ring thing on my door.

3      Q     So on February 9th of 2019, did you have

4  visible cameras outside your home, but they were not

5  working at that time; is that fair to say?

6      A     Correct.

7      Q     Do you recall when the last time was that

8  they worked prior to February 9th of 2019?

9      A     No, no.  It was a while before that.

10     Q     Do you recall when they were installed?

11     A     No.

12     Q     Do you recall the company that serviced

13  them, if any?

14     A     Yes.

15     Q     What company?

16     A     AT&T.

17     Q     Were you paying a monthly bill to AT&T for

18  those cameras back in February of 2019?

19     A     I wasn't paying it anymore.

20     Q     Other than the cameras we just spoke of,

21  are you aware of any other cameras in your

22  neighborhood that captured what happened in front of

23  your home, that evening?

24     A     No.

25     Q     Are you aware of any video that exists

74

                          IRA CHERNICK

1

2   whether it be cell phone video or otherwise?

3        A    No, no.

4        Q    You've never seen any video; is that

5   correct?

6        A    No.

7        Q    Once you went back into your home that

8   evening, do you recall how long the police remained

9   outside?

10        A    I think they left the car there all

11   night.

12        Q    As far as the ambulance is concerned, did

13   the ambulance leave before you went back inside?

14        A    Yes.

15        Q    Did you yourself ever physically observe

16   Maryann in that ambulance?

17        A    No.

18        Q    Once you went back inside, can you tell me

19   what, if anything, happened other than you attempting

20   to go to sleep?

21        A    I don't remember.  I don't remember

22   anything, but trying to go to sleep.

23        Q    Did you call anybody?

24        A    No.

25        Q    Did you attempt to call the hospital to

75

1                    IRA CHERNICK

2   ascertain Maryann's condition?

3        A    I didn't know which hospital she was going

4   to.  They wouldn't tell me.

5        Q    Did you ask them?

6        A    Yes.  They weren't nice.  They were like

7   shut up, you know.

8        Q    Okay.

9             Did you attempt at all to call the area

10  hospitals to determine where she had been taken?

11       A    No, no.  I don't remember doing that.

12       Q    Was this Suffolk police officers that were

13  in front of your home that night?

14       A    Both.

15       Q    When you say both, you mean Suffolk and

16  Nassau?

17       A    Yes.

18       Q    Did you ever attempt to contact the local

19  Nassau County police precinct to determine where

20  Maryann had gone to?

21       A    No.

22       Q    All right.

23            Other than going in and attempting to

24  sleep -- when you say going in, going inside your

25  home -- do you recall anything else during the course

76

1                         IRA CHERNICK

2    of that evening?

3         A    No.

4         Q    When is the next time that you saw your

5    wife, Maryann, after that night?

6         A    The next morning.

7         Q    Did you ever learn prior to the next

8    morning that she had been arrested and taken to First

9    District Court in Central Islip to be arraigned?

10        A    Yes.

11        Q    How did you learn that?

12        A    From Bob.  Bob, her lawyer.

13        Q    Would that be Robert Schalk?

14        A    Correct.

15             MS. SKORUPA:  For the record,

16             S-C-H-A-L-K.

17        Q    When did you first learn that from

18   Mr. Schalk?

19        A    In the morning he called me.

20        Q    Can you tell me what you learned from him

21   at that point in terms of the charges?

22        A    I don't know if he actually said the

23   charges, but he said you got to go pick her up, she

24   was arraigned, and he said she looks terrible.

25        Q    Do you recall approximately what time it

77

                    IRA CHERNICK

1

2   was --

3        A    (Continuing) Don't be -- when you see her,

4   don't get crazy because she looks terrible.

5        Q    Okay.

6             Can you elaborate on when he said she looks

7   terrible what he meant by that, if you know?

8                 MR. TORCZYNER:  Objection as far as

9                 what he meant.  He can tell you what he

10                said.

11                MS. SKORUPA:  Withdrawn.

12       Q    Did he describe in any further detail of

13  what he meant by she looks terrible?

14       A    No.  He said you'll see her when you pick

15  her up.

16       Q    At any point in time that morning, we're

17  now talking about February 10th of 2019, did you

18  receive a call from anybody else other than

19  Mr. Schalk as to the fact that Maryann had been

20  arrested?

21       A    I don't remember.

22       Q    Do you have any recollection of somebody

23  calling you from First District Court with respect to

24  the issue of bail, her having a permanent residence

25  to stay at, anything at all?

1                          IRA CHERNICK

2        A    No, I don't remember anything like that.

3        Q    If you know from any prior police contact

4   she may have had with the Suffolk County Police

5   Department, had you been listed as her next of kin,

6   again, if you know?

7        A    I don't know.  I guess.  I don't know.

8        Q    Had you yourself, sir, ever been called

9   previously by Suffolk County First District Court

10  from any other arrest that Maryann may have had in

11  Suffolk County?

12       A    Not that I know of.

13       Q    Approximately what time did you receive

14  this call from Mr. Schalk on February 10th of 2019?

15       A    It was in the morning.  I don't know.  It

16  was early, but I don't remember the time.

17       Q    I believe you mentioned the fact that he

18  told you she had already been arraigned and needed to

19  be picked up?

20       A    Yes.

21       Q    Other than that and telling you she looked

22  terrible, do you recall him saying anything else to

23  you?

24       A    No.

25       Q    Did you ask him at all whether she was

79

```
 1                    IRA CHERNICK

 2   injured given what you knew of her being taken via

 3   ambulance the night before?

 4        A    He said she was injured.

 5        Q    Did he tell you how?

 6        A    No.

 7        Q    Did he tell you anything about her physical

 8   appearance other than that she looked terrible?

 9        A    I don't remember.  What's the word?  There

10   was a word.  Tuned.

11        Q    I'm sorry, what?

12        A    Tuned up I think he said.

13        Q    That's when he told you?

14        A    I think he said she was tuned up.

15              THE WITNESS:  Is that the word?

16              MR. TORCZYNER:  It's whatever he told

17          you.  He could have said tuned up.

18          Whatever he said.

19        Q    That's all I want to know is what he told

20   you.

21        A    I think I heard that somewhere.

22        Q    Once you received Mr. Schalk's phone call,

23   what, if anything, did you do?

24        A    I got in my car, went down to get her.

25        Q    Where did you pick her up?
```

80

1                          IRA CHERNICK

2        A    By the court in Suffolk County court.

3        Q    Would that be Suffolk County First District

4   Court in Central Islip?

5        A    I guess.

6             Is that the criminal court?

7        Q    I don't want you to guess.

8             Are you saying that you picked her up from

9   the court in which she was arraigned in Suffolk

10  County?

11       A    Yes.

12       Q    Tell me about picking her up, what, if

13  anything, do you recall?

14       A    I got sick.  I got sick looking at her.

15  She was in pain.  It was not good.

16       Q    Tell me about that.  You said you got sick.

17  How so?

18       A    Well, you know, I love Maryann and she was

19  a skinny little girl and she was all beat up.  It

20  made me not feel good.

21       Q    Describe to me what you observed when you

22  picked her up other than her being banged up as you

23  mentioned?

24                 MR. TORCZYNER:  I think he said beat

25            up, not banged up.

81

1                        IRA CHERNICK

2              MS. SKORUPA:  I'm sorry, I misheard

3         him then.

4    Q    Is that what you said, she looked beat

5 up?

6    A    Bruised up.

7    Q    Tell me about that, where did you observe

8 these bruises?

9    A    Outside the courthouse.

10   Q    I mean on her body where did you observe

11 them?

12   A    It was all over her face.  Her face was all

13 scraped up.

14   Q    Do you remember observing bruising anywhere

15 else?

16   A    Me observing other bruises?  I just saw her

17 face.  I didn't take her clothes off.

18   Q    Of course not.

19        Do you recall what she was wearing, and I

20 don't expect details as far as colors, but was she

21 clothed from head to toe?

22   A    I don't know what she was wearing.

23   Q    Let me ask you this, sir.  Was she wearing

24 long-sleeves, if you recall?

25   A    I don't remember.

82

IRA CHERNICK

1     Q    Was she wearing pants, shorts, a skirt, a

2  dress, something else on the bottom, if you recall?

3     A    I don't even think she had a jacket.  I

4  think they took everything.

5     Q    Without recalling specifically what she was

6  wearing, do you recall anything about the condition

7  of her clothing?

8     A    I don't remember.

9     Q    Other than the bruising, do you recall any

10  obvious physical injuries that you observed at that

11  point, anyways, when you first picked her up?

12     A    Her arm was kind of limp like that

13  (indicating).

14     Q    Which arm?

15     A    I think her right.

16     Q    The way you describe that is, well, I guess

17  exactly as you stated, kind of limp and I guess loose

18  you'd call it?

19     A    Yeah.

20     Q    When you first picked her up, did you have

21  a conversation with her?

22     A    Yes.

23     Q    Can you describe that conversation?

24     A    I don't know what you mean by describe it.

83

1                        IRA CHERNICK

2      Q     What was said?

3      A     She told me what happened.

4      Q     What did she tell you?

5      A     She said the police chased her.  She didn't

6   know the police were after her.  She got all scared,

7   wanted to come home and she drove home and then they

8   beat her up.

9      Q     Did she tell you where the police had

10  chased her from?

11     A     I don't remember.

12     Q     Did she tell you anything about at some

13  point between leaving Joe's and coming home she had

14  stopped at a CVS in Deer Park?

15     A     Yes.

16     Q     What did she tell you about that stop at

17  CVS?

18     A     She said that she was in the parking lot

19  and she backed up and hit a wall, but no damage, very

20  lightly, and she said she thinks the cops were on a

21  stakeout for like MS-13 or something and they may

22  have thought she was involved or something because

23  she didn't even know that there were cops trying to

24  get her.

25     Q     Okay.

84

1                    IRA CHERNICK

2           Did she indicate to you whether she felt

3    anybody had observed her back up into that CVS

4    building?

5       A    No.

6       Q    You mentioned the fact that she said she

7    thought that the cops were on a stakeout possibly

8    pertaining to MS-13?

9       A    She didn't understand the whole thing the

10   next day.  She didn't understand how all this could

11   happen.

12      Q    But she did acknowledge to you that she

13   did, and again I'm not going to talk about how hard

14   or how lightly, but she had backed into the CVS,

15   right?

16      A    She said she had tapped the wall kind of,

17   no damage and then she said when she got -- then it

18   was like a gap of what happened and then she said she

19   was on the highway -- like nothing happened, she said

20   then, and then she got on the highway and all of a

21   sudden she saw sirens behind her and everything and

22   she moving over to let them go by and then they kept

23   chasing her and she didn't know what to do so she

24   came home.

25      Q    Did she indicate to you why she didn't just

85

1                    IRA CHERNICK

2    pull over?

3         A    She didn't think that the cops were after

4    her.

5         Q    I think you mentioned --

6         A    (Continuing) Like they were chasing

7    somebody else.

8         Q    I think you said something about the fact

9    that at some point she really said they were after

10   her.  I did mishear you?

11        A    After a while she said she realized that

12   they were after her, but that was right near the

13   house.

14        Q    Did she ever indicate to you that she had

15   driven through the guard gate in the Hunt Club coming

16   home?

17        A    She said the clicker -- she didn't press

18   the clicker right and it came down on her.

19        Q    So in terms of the guard gate, just to talk

20   about that for a moment, obviously you've lived there

21   for a significant period of time.  In order to get

22   into that complex, does that require you to hit a

23   button when you approach the gate?

24        A    Yes.  There is a clicker in the car and she

25   said she was all nervous and the clicker -- the gate

86

1                          IRA CHERNICK

2    came back down and hit the car.

3        Q    Did she indicate to you though that the

4    gate had gone up at some point?

5        A    Well, she didn't really talk much about

6    that.  She just said the clicker -- she was using the

7    clicker and the gate went up and down.  She didn't

8    know what was going on, but she wanted to get home.

9    She just said I just wanted to get home 'cause I was

10   scared out of my wits.

11       Q    Okay.

12            At that hour of the night, sir, do you know

13   are there --

14            MS. SKORUPA:  Withdrawn.

15       Q    Is there a security guard that sits within

16   a gated booth where that guard gate goes up and

17   down?

18       A    Usually.

19       Q    If you know at that hour of the night is

20   there generally at least one security guard on

21   duty?

22       A    Yes, usually.

23       Q    Now, with respect to the I'll call it

24   intricate workings of that guard gate, if you get

25   within a certain proximity of that guard gate, will

87

1                          IRA CHERNICK

2     it raise on its own sensing you or do you have to hit

3     that button?

4          A     No, you have to hit the clicker.

5          Q     All right.

6          A     (Continuing) She had a clicker I know

7     because I had one in the car.

8          Q     Tell me what else you recall her telling

9     you about what happened when you picked her up from

10    First District Court the following morning.

11         A     She told me her arm was killing her and I

12    need to take her somewhere.  That's all I remember.

13         Q     Did she tell you what happened --

14         A     (Continuing) She also told me the police

15    chief came to see her.

16         Q     So told you what?

17         A     The police chief came to the hospital.

18         Q     The police chief came to the hospital?

19         A     The chief, the head of the police

20    department.

21         Q     Is that the Nassau County police chief,

22    Suffolk County?

23         A     I don't know.  She said the police chief.

24         Q     Did she learn his or her name?

25         A     Did she know the name of the police chief?

88

1                          IRA CHERNICK

2          Q     Yes.

3          A     No, she didn't say the name.

4          Q     Did she indicate to you --

5          A     (Continuing) And the police chief came to

6     see me.

7          Q     Did she indicate to you what the reason

8     was, if one was given --

9          A     The cop said you're going to be looking for

10    a job to the other cop.

11         Q     Did she tell you when the one cop said that

12    to the other cop?

13         A     No.

14         Q     With respect to this police chief that she

15    indicated to you visited her in the hospital, did she

16    tell you whether she had a conversation with this

17    police chief?

18         A     No.

19         Q     Did she tell you why this police chief came

20    to see her in the hospital?

21         A     No.

22         Q     Did she tell you anything other than the

23    police chief was there?

24         A     That's all she told me.  That was it, the

25    police chief came to see her.

89

1                    IRA CHERNICK

2    Q    Let's go back again to the incident itself.

3         Tell me what else she told you about the

4    police chase back to the Hunt Club and what happened

5    from there?

6              MR. TORCZYNER:  Objection.  You can

7              answer over objection.  Do you have

8              anything else that you recall?

9    A    No, I said everything.

10   Q    Once you picked her up from First District

11   Court and she told you I think you said her arm was

12   killing her, did you take her for any medical

13   attention?

14   A    Yes.

15   Q    Where did you take her?

16   A    I took her to a doctor.  I don't remember

17   which one.

18   Q    Do you remember where this doctor was?

19   A    No, I don't remember.  I don't remember the

20   doctor.  I don't remember where it was.  I was very

21   frazzled about the whole thing, and I didn't make

22   note of that, and I still don't remember who that

23   doctor was.

24   Q    That's fine.

25   A    I'm sure if I hear his name, I'll know.

90

                           IRA CHERNICK

1

2     Q    That's fine.

3          Was it that day or another day?

4     A    It may have not been that day.  It may have

5     been a day after 'cause -- whatever.  I thought she

6     was in the hospital, they would have did what they

7     had to do, but they didn't.  The hospital let her out

8     with a bad arm.  I didn't know they would do that so

9     I waited a day or two to take her to see what's going

10    to with the arm.

11    Q    Okay.

12         So with respect to that doctor that you did

13    take her to whether it was the day you picked her up

14    from court or the following day or some other day,

15    was this a doctor that she had previously seen that

16    you were aware of?

17    A    No, no.  It may have been a doctor that I

18    knew, that I see for something.

19              (Whereupon Internet connection was

20              lost and then resumed.)

21              MS. SKORUPA:  Lisa, can you read the

22              question back.

23              (The requested portion of the record

24              was read by the reporter.)

25    Q    Mr. Chernick, with respect to that

91

1                    IRA CHERNICK

2   doctor -- I know you indicated right now that you

3   don't know the name off the top of your head -- is

4   that something that you have somewhere that you could

5   provide to Mr. Torczyner if we leave a blank?

6        A    I guess.  I don't know.

7        Q    If you have it, great; if you don't, that

8   will be noted too.  That's fine.  We'll just leave a

9   blank, okay?

10       A    Yes.

11                 (Insert: _____

12                 _____

13                 _____)

14       Q    All right.

15            Do you recall what happened when you took

16  her to that doctor?

17       A    He said she's got a broken arm, you better

18  get her back to the hospital.

19       Q    What, if anything, did you do as a result

20  of that?

21       A    Took her to the hospital.

22       Q    What hospital did you take her to at that

23  point?

24       A    I think it was North Shore.

25       Q    Was she admitted?

92

1                          IRA CHERNICK

2        A     Yes.

3        Q     How long was she in the hospital for?

4        A     Few days.

5        Q     Do you recall what, if anything, her course

6   of treatment was during those few days?

7        A     Surgery.

8        Q     Did there come a point in time that she

9   came back home from the hospital?

10       A     What?

11       Q     Did there come a point in time that she

12  came back home from the hospital then?

13       A     Eventually.

14       Q     Once she came back home from the hospital,

15  was there a course of treatment that was indicated

16  based upon the surgery she had had?

17       A     I don't remember.  The doctor -- the

18  surgeon did something.  I don't remember what.

19       Q     With respect to the surgery she had, do you

20  know what that surgery was exactly?

21       A     Well, I don't know exactly, but it was

22  eight hours and they had to put plates in her arm.

23             MS. SKORUPA:  Off the record.

24             (A discussion was held off the

25              record.)

93

1                      IRA CHERNICK

2              MS. SKORUPA:  Can you read back the

3         question, Lisa.

4              (The requested portion of the record

5         was read by the reporter.)

6    Q    Mr. Chernick, following that surgery, do

7    you recall whether she went back to see the surgeon

8    for post-op procedures or treatment?

9    A    Yes.  I don't remember when or what

10   happened, but I know she went back.

11   Q    Do you recall how many times?

12   A    No.

13   Q    Do you recall approximately how many

14   times?

15   A    No.  At least once.

16   Q    Sure.

17        Aside from going back to see the surgeon at

18   least once for postoperative treatment, did she see

19   any other medical professionals following her surgery

20   for that injury and that surgery?

21   A    Not that I remember.

22   Q    Do you recall whether or not she was

23   prescribed to go to physical therapy?

24   A    I don't remember.

25   Q    At the point in time where Maryann was back

94

                    IRA CHERNICK

1

2    home and recovering from this surgery that you

3    referenced, this eight-hour surgery, was she

4    permitted to drive?

5                    MR. TORCZYNER:  Were you instructed

6                whether she was permitted to drive?

7        A    I don't know if it was mandated that she

8    don't drive, but she didn't drive.  She couldn't

9    drive.

10       Q    Sir, I'll explain why I'm asking the

11   question and then maybe it will help clarity wise.

12                What I'm getting at is if there were doctor

13   appointments she had had in let's just say the six to

14   eight weeks following the surgery, given her

15   condition, would you have been the one to drive her

16   to them, would she have been able to drive herself or

17   a combination, or something else altogether?

18       A    I know I took her at least once or twice.

19   I'm trying to remember about the coverage.  It was a

20   thing about -- the surgery was covered, but the

21   post-op only one was covered.  She went back there a

22   few times.  I took her.

23       Q    Okay.

24                Other than the Lexus that she was driving

25   the night of this incident that was registered to you

95

1                    IRA CHERNICK

2     as you referenced, did the two of you have any other

3     familial cars whether it be truck, car, SUV, any

4     other vehicles?

5          A    I had a sports car.

6          Q    You had what?

7          A    A sports car.

8          Q    With respect to the accessible vehicles

9     during that period of time for you and Maryann to get

10    her to doctor appointments or follow-ups, was the

11    sports car utilized?

12         A    No.  I leased a car.  I'm pretty sure I

13    leased a car because I didn't like using that car in

14    the winter.

15         Q    Was there a point in time where you

16    eventually received the Lexus back from the police

17    department?

18         A    Yes.

19         Q    Do you recall when that was?

20         A    I had to get a lawyer I think to get it

21    back.

22              Yeah, Block.  Yeah.  I needed a lawyer.  It

23    was a mess.

24         Q    Do you recall when you received it back?

25         A    No.  I don't know the date, but it was a

96

```
1                      IRA CHERNICK
2    while.  It wasn't right away.
3         Q    Do you recall whether that car was held
4    until the criminal case against her was --
5         A    No, it wasn't held that long.  It was held
6    a while, but not that long.
7         Q    With respect to the lawyer that you
8    mentioned that you had to hire, was that Mr. Schalk
9    or somebody else?
10        A    No, no.  I think his name was Block.
11        Q    Does the name Justin Block ring a bell or
12   is it someone else?
13        A    That's him.
14                  MR. TORCZYNER:  Are you going to
15             testify about Justin Block?
16                  MS. SKORUPA:  What's that?
17                  MR. TORCZYNER:  Are you going to
18             testify about Justin Block?
19                  MS. SKORUPA:  Am I going to?
20                  MR. TORCZYNER:  Yes.
21                  MS. SKORUPA:  No.
22                  Off the record.
23                  (A discussion was held off the
24              record.)
25                  MS. SKORUPA:  Back on the record.
```

97

1                          IRA CHERNICK

2       Q    You mentioned the fact that it took a

3    period of time to get the Lexus back, correct?

4       A    Yes.

5       Q    Once you received the Lexus back from the

6    police department, was that Lexus utilized at all, to

7    your knowledge, whether by you or Maryann for doctor

8    appointments, for her postoperative appointments?

9       A    I remember leasing a car, but I don't know

10   which car I took her in.

11      Q    Okay.

12           I know you mentioned you don't recall

13   whether or not she went to physical therapy.  Do you

14   recall any other -- and I keep saying postoperative

15   just to simply use that as a time frame --

16   postoperative doctor visits she had as a result of

17   this injury to her arm and subsequent surgery?

18      A    I don't remember all she did.

19      Q    Was she still living with you following the

20   surgery?

21      A    Yes.

22      Q    Did she remain living with you up until the

23   time of her death?

24      A    Yes.

25           And I remember she couldn't open a

98

1                    IRA CHERNICK

2    bottle -- she couldn't open a cap with her hand, so I

3    don't know if they could fix that, but she couldn't

4    twist the bottle even (indicating).

5         Q    Just for the record, you're referencing

6    twisting the cap on and off a bottle of water?

7         A    Yeah, like this.  I had to do it for her.

8         Q    I'm only saying that for the record because

9    obviously any gestures you make, I have to make a

10   clear record.  That's all.

11                MR. TORCZYNER:  Thank you.

12        Q    All right.

13              Beyond that up to the point of her death,

14   do you recall any other doctors or doctor

15   appointments that you took her to arising from this

16   incident?

17        A    No, not that I remember.

18        Q    Were there any out-of-pocket medical

19   expenses that you and she as husband and wife

20   incurred as a result of what happened to her on

21   February 9th of 2019?

22        A    Yes.

23        Q    Can you tell me what those medical expenses

24   were?

25        A    I don't know.  They were co-payments.  I

99

                        IRA CHERNICK

1

2    don't remember what they were.

3         Q    I believe that we do have some of the

4    bills at this point from your attorney, but to the

5    extent that we don't, if there are any other medical

6    reimbursements you're seeking as a result of this,

7    we'll just make a demand for whatever they are.

8              MR. TORCZYNER:  By counsel, we have

9              provided authorizations for the records and

10             for the insurance coverage, so the amounts

11             that are listed as the co-pays in those

12             records you have access to is what we're

13             seeking.

14             MS. SKORUPA:  Okay.

15             MR. TORCZYNER:  We'll deal with that

16             down the road.

17             MS. SKORUPA:  Absolutely.

18             MR. TORCZYNER:  He's not a medical

19             biller so he's not going to be able to go

20             through the co-pays and everything else

21             that deals with it.

22             MS. SKORUPA:  Certainly, of course.

23             Off the record for one second.

24             (A discussion was held off the

25              record.)

1                    IRA CHERNICK

2       Q    Mr. Chernick, I know you referenced the

3   fact that the Lexus she was driving that evening was

4   both registered and insured to you.  Was there any

5   sort of claim put in with your insurance company as a

6   result of what transpired on February 9th of 2019?

7       A    No.

8       Q    With respect to both the backing into the

9   CVS as well as hitting the guard gate at the Hunt

10  Club, was that filed in a formal police report that

11  was reported to your insurance company, to your

12  knowledge?

13      A    No, there was nothing.

14      Q    Was there damage that was ever fixed on the

15  vehicle as a result of this incident?

16      A    Not from that.  Before the car went off

17  lease, there was some damage that I had did that I

18  had fixed, but there was no damage from what she

19  did.

20      Q    Okay.

21           If you know, sir, at any point in time did

22  you or Maryann speak to your car insurance company

23  about what happened that evening?

24      A    No.

25      Q    Did they ever request a statement from

1                    IRA CHERNICK

2    either of you in writing, or verbally?

3         A    My insurance company?

4         Q    Yes.

5         A    No.  We never -- there was nothing to

6    report.  That's what I keep trying to tell you.  The

7    cops made up the story.  There was no accident.

8         Q    Sir, what insurance company insured that

9    vehicle back then?

10        A    I don't remember.  Either GEICO or State --

11   I don't remember.  GEICO or Allstate.

12        Q    That's something I can easily ascertain

13   from the accident report.

14             MR. TORCZYNER:  I feel like Defendants

15             made a request and I think we provided you

16             with something.  I feel like this is

17             something that we dealt with on a doc

18             request.

19             MS. SKORUPA:  That was the medical

20             insurance, not the car insurance.  I

21             believe you lodged an objection given that

22             there was no claim for damage to the

23             vehicle.  I looked through it yesterday,

24             but regardless, the police accident report,

25             the MV-104 lists the insurance code so I

IRA CHERNICK

1

2      can very easily ascertain who his insurance

3      carrier was.

4          What I will do is I will determine

5      what that was, Neil, and I will ask you for

6      a release for that and, again, I'll follow

7      it up in writing.

8          MR. TORCZYNER:  Make your request in

9      writing.  We'll respond, of course,

10     absolutely.

11         MS. SKORUPA:  Great.

12 CONTINUED EXAMINATION BY

13 MS. SKORUPA:

14     Q    Mr. Chernick, do you recall ever telling

15 Maryann not to drive on the night of February 9th of

16 2019, because she was going to get into an accident?

17     A    No.

18     Q    Do you ever recall saying anything to her

19 about the fact that she shouldn't be driving because

20 of the prescription medications she was on?

21     A    No.

22     Q    Sir, did there come a point in time where

23 you had a conversation with Suffolk County Police

24 Internal Affairs about this case?

25     A    Yes.

```
1                    IRA CHERNICK

2      Q    Do you recall when that was?

3      A    When?

4      Q    Yes.

5      A    I don't know the exact time.  It wasn't

6  that much afterwards.

7      Q    Do you recall how it was that you contacted

8  internal affairs?

9      A    I went there.

10     Q    When you went there, tell me what happened.

11     A    I said my wife got beat up by police and I

12 want to make a complaint.

13     Q    Do you recall, sir, telling them anything

14 when you went there about the nature of your

15 relationship at that point with your wife?

16     A    At internal affairs?

17     Q    Yes.

18     A    No, I don't remember.

19     Q    Okay.

20          With respect to your neighbor Keith

21 Landsberg, can you describe for me the nature of your

22 relationship with him back then, were you friendly,

23 were you simply neighbors, something else?

24     A    He was a neighbor, hello and goodbye.

25     Q    I'm sorry, say that again.
```

104

1                          IRA CHERNICK

2        A    He was a neighbor.  It was hello and

3   goodbye.

4        Q    So simply neighborly hello, goodbye, there

5   was no friendship there?

6        A    No.

7        Q    Sir, in talking to internal affairs, do you

8   recall telling them at that point in time when this

9   incident happened one of the medications your wife

10  was prescribed was Adderall?

11       A    No, I don't remember.

12       Q    Do you have any recollection of telling

13  them that one or some of the medications that she

14  took would make her irrational?

15       A    No.  I don't remember.

16       Q    Do you recall also telling them that, at

17  least at the time, it appeared that both her

18  pocketbook and her cell phone were missing?

19       A    I don't remember that either.

20       Q    Do you recall having a conversation with

21  Maryann at all about where her purse and her cell

22  phone were upon picking her up at First District

23  Court?

24       A    No.  I don't remember.

25       Q    Have you or Maryann ever had any sort of

105

1                           IRA CHERNICK

2      dispute, argument, altercation or any negative

3      encounters with your neighbor Keith Landsberg?

4           A    No.

5           Q    You seem to hesitate there.

6           A    I was trying to think if there was

7      anything.

8           Q    Okay.

9           A    (Continuing) Like a leaf fell off the tree

10     the wrong way or something, I don't know.

11          Q    I meant something bigger than that.

12               Had there ever been any sort of strife

13     between your wife and you and Mr. Landsberg?

14          A    No.

15          Q    Following the incident and picking up

16     Maryann at First District Court, did you have a

17     conversation with anyone, other than her and of

18     course internal affairs as we discussed, about what

19     happened on the night of February 9th of 2019 into

20     February 10th?

21          A    Not that I remember.

22          Q    Was it ever discussed with your daughter,

23     Stephanie?

24          A    Don't remember.

25          Q    Just so I'm clear on the record, Stephanie

106

1                        IRA CHERNICK

2     is both your and Maryann's daughter together,

3     correct?

4          A    No.

5          Q    Okay.

6               Whose daughter is she?

7          A    Judy, my first wife.

8          Q    So she's your biological daughter, but not

9     Maryann's?

10         A    Correct.

11         Q    Other than what we said, there's nobody

12    else you recall speaking to about it other than

13    obviously Mr. Torczyner?

14         A    No.

15         Q    Do you recall other than the first time

16    that you went to internal affairs, did you meet with

17    them subsequently?

18         A    No.

19         Q    No, you don't recall or no, you did not?

20         A    No, I didn't.

21         Q    Do you recall whether or not they

22    interviewed you more than once via telephone

23    possibly?

24         A    Did they what?

25         Q    Did they interview you more than once

```
 1                    IRA CHERNICK
 2   including that day whether it be via telephone or
 3   something else, if it wasn't there?
 4        A    No, I don't think so.  I don't remember
 5   anything after that initial visit.
 6        Q    Prior to February 9th of 2019, are you
 7   aware of any other circumstance under which Maryann
 8   had injured the arm that we're speaking of that she
 9   injured on February 9th of 2019?
10        A    No.
11        Q    Do you recall her ever having broken that
12   arm in the past, sprained it?
13        A    No, no.
14        Q    Prior to marrying her, sir, in the year
15   that you stated previously, how long did you know
16   her?
17        A    How long did I know her?
18        Q    Yes.
19        A    30 years, 40 years.  I don't know.
20             MS. SKORUPA:  What I think I'm going
21             to do here is why don't we break now?  I
22             don't think I have much, if anything at
23             all, left, but I want to look at my notes
24             and see if we missed anything.
25             MR. TORCZYNER:  We'll pick up at 2:15,
```

1                    IRA CHERNICK

2           no problem.

3               MS. SKORUPA:  Thank you.

4               (Recess from 1:55 p.m. until

5           2:24 p.m.)

6               MS. SKORUPA:  Can you just read me

7           back the last question and answer.

8                   (The requested portion of the record

9           was read by the reporter.)

10   CONTINUED EXAMINATION BY

11   MS. SKORUPA:

12       Q    Mr. Chernick, I know we have discussed

13   individuals that you may have spoken to since this

14   incident about what transpired on February 9th into

15   the 10th of 2019.  Beyond that, other than something

16   you may have provided to your attorney or said to

17   your attorney, have you taken any notes or kept a

18   diary or anything to that effect pertaining to what

19   transpired that night?

20       A    No.

21       Q    Are you aware of any other witnesses to

22   what went on that evening now that sometime has

23   elapsed?

24       A    No.

25       Q    I don't believe I have any further

109

```
 1                      IRA CHERNICK
 2  questions.  That being said, obviously, as I
 3  mentioned, I'll permit you or ask if you'd like to
 4  make a statement or supplement or change any of your
 5  answers.  If you would like to speak to Mr. Torczyner
 6  prior to doing that, you certainly can, or if you
 7  don't need to, that's fine too.
 8                 MR. TORCZYNER:  We asked for at the
 9           start of the deposition the right to read
10           and sign, so if there are changes, I guess
11           we'll make it at that point.
12                 MS. SKORUPA:  Sure.
13                 MR. TORCZYNER:  I have nothing for
14           this witness, no form of cross, so I guess
15           we'll close the deposition at this point.
16                 MS. SKORUPA:  Great.
17                 MR. TORCZYNER:  Okay.  Thanks very
18           much.
19                 MS. SKORUPA:  Thanks.
20                      -oOo-
21           (Time noted: 2:25 p.m.)
22
23
24
25
```

110

1

2                    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )

5                                    :

6    COUNTY OF              )

7

8              I, IRA CHERNICK, hereby certify that I

9    have read the transcript of my testimony taken under

10   oath in my deposition of November 9, 2021; that the

11   transcript is a true, complete and correct record of

12   what was asked, answered and said during this

13   deposition, and that the answers on the record as

14   given by me are true and correct.

15

16

17                              _____

18                              IRA CHERNICK

19

20   Subscribed and sworn to

21   before me this ___12____th__ day

22   of ___Jan_____, 2022

23

24   __Vanessa Palermo_____

25              Notary Public

VANESSA PALERMO
NOTARY PUBLIC - STATE OF NEW YORK
No. 01PA6425564
Qualified in Nassau County
Commission Expires 11/22/20_25_

Enright Court Reporting    (631) 589-7788

111

1
2                       I N D E X
3   WITNESS              EXAMINATION BY              PAGE
4   Ira Chernick        Ms. Skorupa                 5
5
                        I N S E R T S
6
    DESCRIPTION                                     PAGE
7
    Last name of Joe                               54
8
    Phone number of Joe Cacace                     55
9
    Maryann's cell phone number                    58
10
    Cell phone number back in February 2019        59
11
    Mr. Landsberg phone number                     64
12
    Name of doctor Plaintiff went to after        91
13  leaving the hospital
14
                        R E Q U E S T S
15
    DESCRIPTION                                     PAGE
16
    Authorization for a copy of autopsy report     48
17
    Authorization for Syosset Hospital             49
18
    Amount of out-of-pocket expenses               99
19
20                      R U L I N G S
21  QUESTIONING ATTORNEY                    PAGE   LINE
22  Ms. Skorupa                             15     10
23  Ms. Skorupa                             27     13
24
25

112

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK  )

                          :  SS:

5    COUNTY OF NASSAU   )

6

7          I, LISA CONWAY, a Shorthand Reporter and

8    Notary Public within and for the State of New York,

9    do hereby certify:

10         That IRA CHERNICK, the witness whose

11   deposition is hereinbefore set forth, was duly sworn

12   by me, and that such deposition is a true record of

13   the testimony given by such witness.

14         I further certify that I am not related to any

15   of the parties to this action by blood or marriage,

16   and that I am in no way interested in the outcome of

17   this matter.

18         IN WITNESS WHEREOF, I have hereunto set my

19   hand this 9th day of November, 2021.

20

21

22

23                              *Lisa Conway*

                          _____

24                              LISA CONWAY

25