# POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.
## MOTOR VEHICLE ACCIDENT SUPPLEMENT REPORT

PAGE 1 OF 1 PAGES

| Field | Value |
|---|---|
| Central Complaint No. | 19-97730 |
| Date of MVA | 2/9/19 |
| Owner/Operator Vehicle No. 1 | Osh Maryevn |
| Pct. | 7 |
| Command | 110 |
| Sector | 103 |
| Grid | 103 |

**Witness:** REYNOSO Jenisse — D.O.B. 9/23/87 — Address: 1944 Deer Park Ave, Deer Park, NY — Age 31 — Sex F

## STATEMENTS OF INVOLVED DRIVERS AND WITNESSES

☐ Driver   ☐ Passenger   ☒ Other Witness

I, Jenisse Reynoso, do hereby make the following statement:

I am 31 years of age. I was born on (date) [redacted].
I reside at 1944 Deer [Park] Ave.
My home telephone number is [redacted].

On (date of MV Accident) 02/09/2019 at (time) 11:40 pm

I was sitting in my car in the parking lot when I seen a woman (white female) about in her 50's coming out of CVS. Tall, short light brown hair with jeans & orange sneakers. She had a CVS basket & I yelled to her that she had to take the basket back inside but she didn't hear me. She had dumped the stuff she had bought in the seat & turned on the car. She realized she dropped something out of the car when she through the basket out side her car window. Then she got out the car & the car was still in reverse. She scream for help & the car backed into the building (CVS) the car was a black truck. Then she jumped in her car & drove off towards Babylon. I then called 911.

☒ I have read the above statement consisting of 1 page/s and I swear that it is the truth.
☐ I had the above statement read to me by _____ and I swear that it is the truth.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW, STATE OF NEW YORK.

Signature: Jenisse Reynoso    Date: 02/10/19
Witnessed: [signature] 704939/N/4

Att # 22

Officer's Rank and Name: Reyes, AG — PO — Badge No. 5798 — Command 110
Reviewing Officer: OG Amp PO 5798 — Date 2.14.19