New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
MV-104A (9/17)

Page 1 of 1 Pages

Local Codes: 19-97730

☐ AMENDED REPORT

#2240

| Accident Date Month 2 Day 10 Year 19 | Day of Week SAT | Military Time 2340 | No. of Vehicles | No. Injured ☐ | No. Killed ☐ | Not Investigated at Scene ☐ Accident Reconstructed ☐ | Left Scene ☒ Yes ☐No | Police Photos ☒ |

☐ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

**VEHICLE 1**

Driver Name -exactly as printed on license: ost Chernick, Maryann
State of Lic.

Address (Include Number & Street): 62 Hunt Dr.
City or Town: Jericho   State NY   Zip Code 11753

Date of Birth: Sex F   Unlicensed ☐   No. of Occupants   Public Property Damaged ☐

Name-exactly as printed on registration: Chernick, Ira G.   Sex M   Date of Birth

Address (Include Number & Street): SIA   Apt. No.   Haz. Mat Code ☐   Released ☐

City or Town   State   Zip Code

Plate Number EEB-8560   State of Reg. NY   Vehicle Year & Make '17 Lexus   Vehicle Type Subn   Ins. Code b39

Ticket/Arrest Number(s): BF 5010305

Violation Section(s): VTL 600 1a

**VEHICLE 2 - Driver**

License ID Number

**Check if involved vehicle is:**
V ☐ more than 95 inches wide;
E ☐ more than 34 feet long;
H ☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes: 8 4 5

Vehicle By PD Tow   Towed: To Westhampton

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Rear End   Left Turn   Right Angle   Right Turn   Head On
Sideswipe (same direction)   Left Turn   Right Turn   Sideswipe (opposite direction)

ACCIDENT DIAGRAM

Cost of repairs to any one vehicle will be more than $1000. ☒Yes ☐No

Place Where Accident Occurred:
County: ☐City ☐Village ☒Town of Babylon
Road on which accident occurred: I/F/o 1944 Deer Park Ave
at 1) intersecting street: Deer Park NY 11729
or 2) ☐N ☐S ☐E ☐W of

Accident Description/Officer's Notes: Veh/oper #1 backed her vehicle into wall of 1944 Deer Park Ave. No obvious damage to building. Damage to rear of veh sustained. veh/oper then fled scene.
* photos of vehicle taken
* vehicle impounded as per Suffolk County Veh. Asset Seizure TT # 4053

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 17 | BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | unk | | 56 | F | — | 12 | 6 | BCPD 909A | 510B | oper #1 | |
| B | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |

Officer's Rank and Signature: Ofc Ap PO
Print Name in Full: AG Reyes PO
Badge/ID No. 5798   NCIC No. 0570   Precinct/Post Troop/Zone 1   Station/Beat/Sector 103   Reviewing Officer   Date/Time Reviewed 2/11/9