```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IRA CHERNICK as Administrator of the
Estate of MARYANN OST CHERNICK,                    Docket No.:
                                                   19-CV-7093(ST)
                        Plaintiff,
        -against-
                                                   PLAINTIFF'S PROPOSED
POLICE OFFICER JESUS FAYA,                         VOIR DIRE
POLICE OFFICER ARGAND REYES,
POLICE OFFICER MICHAEL SWEET,
POLICE OFFICER CHARLES
TRAMONTANA individually, OFFICERS
"JOHN DOE" 1-2 (fictitiously named)
individually, and THE COUNTY OF SUFFOLK,

                        Defendants.
-------------------------------------------------------------X
```

1. Have you ever been a member of a jury?

2. Have you ever been either charged or convicted of a crime?

3. Have you or any member of your family been a victim of a crime?

4. Have you or any member of your family been a witness to a crime?

5. Have you or any member of your family ever sued or been sued by a municipality?

6. Have you or any member of your family ever been arrested by a police officer?

7. Do you or any of your relatives work for the County of Nassau?

8. Have you or any member of your family had a bad experience with a police officer?

1

9. Have you had any experiences with a police officer from the County of Nassau?

10. Have you or any member of your family ever filed a complaint with a police department or other agency that your treatment by police officers was not satisfactory?

11. Do you feel that the mere fact that the Plaintiff brought this lawsuit entitles her to an award of damages?

12. Would you believe the testimony of a police officer to be more credible than the testimony of a citizen?

13. Will you listen to all the evidence in the trial before reaching a conclusion about the case?

14. Will you follow the Court's instructions on the Law even if you do not agree with the Law?

15. If the facts elicited at trial warrant a finding for the Plaintiff, do you have any religious, social or political beliefs that would prevent you from rendering a verdict against the Defendants on these claims?

16. If the facts elicited at trial do not warrant a finding for the Plaintiff, do you have any religious, social or political beliefs that would prevent you from rendering a verdict in favor of the Defendants on these claims?

17. If you were selected as a juror in this case, do you know of any reason why you could not sit as an impartial juror?

18. If you were a party to this case, would you want a juror such as yourself to determine the issues in this trial?

19. What does accountability in law enforcement mean to you?

20. Can you share a situation where someone in authority made a mistake, and if it had serious consequences?

21. How do you feel about the idea that you can support law enforcement and still believe a police officer used too much force in a particular situation?

22. What comes to mind when you hear the phrase "excessive force"?

23. Do you think it's possible for a police officer to use too much force even if the person is being arrested?

24. How do you feel about evaluating a police officer's actions after the fact, with the benefit of evidence and testimony?

25. If you learned the Plaintiff had been using prescription drugs, or fled from police officers would that make it difficult for you to decide whether the force used was reasonable?

26. What are your thoughts about lawsuits that claim police used too much force?

27. How do you feel about awarding money damages when someone's constitutional rights are violated?

28. Do you believe money can be an appropriate way to hold a government accountable?

29. Do you think you could find for the Plaintiff even if the police officer believed they were doing the right thing, as long as the evidence shows the force was unreasonable?

30. Is there anything about your beliefs or experiences that would make it hard for you to sit in judgment of a police officer's conduct?

31. Do you believe police officers should be protected from lawsuits except in extreme circumstances?

Dated:     Lake Success, New York
             February 5, 2026

                                  Respectfully submitted,
                                  HARFENIST KRAUT & PERLSTEIN, LLP

By:    *Steven J. Harfenist*
       Steven J. Harfenist
       *Attorneys for Plaintiff*
       3000 Marcus Avenue, Suite 2E1
       Lake Success, New York 11042
       T: (516) 355-9600
       F: (516) 355-9601
       E: SHarfenist@hkplaw.com