

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

March 2, 2026

**VIA ECF**
United States Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   **Re:** *Ira Chernick as Administrator of the Estate of Maryann Ost Chernick v. Police Officer Jesus Faya, et al.*
      **Docket No. 19-CV-07093 (ST)**

Dear Magistrate Judge Tiscione:

  We represent plaintiff, Ira Chernick as Administrator of the Estate of Maryann Ost Chernick.

  My legal assistant, Laurie Moller, will be assisting me at trial commencing on March 2, 2026.

  In accordance with Local Civil Rule 1.8, we respectfully request that Ms. Moller be permitted to bring her laptop and cell phone into the courthouse during the week of trial.

  We thank the Court for its attention to this matter.

         Respectfully submitted,
         HARFENIST KRAUT & PERLSTEIN, LLP

      By: *Steven J. Harfenist*
         Steven J. Harfenist

SJH/lam
cc: All counsel (via ECF)

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914.708.0808.