UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRA CHERNICK as Administrator of the
Estate of MARYANN OST CHERNICK,

Docket No.: 19-CV-7093(ST)

                              Plaintiff,

    -against-

POLICE OFFICER JESUS FAYA,
POLICE OFFICER ARGAND REYES,
POLICE OFFICER MICHAEL SWEET,
POLICE OFFICER CHARLES
TRAMONTANA individually, OFFICERS
"JOHN DOE" 1-2 (fictitiously named)
individually, and THE COUNTY OF SUFFOLK,

**PROPOSED ORDER**

                              Defendants.
------------------------------------------------------------X

       **ORDERED,** in accordance with Local Civil Rule 1.8, that Laurie Moller, Legal Assistant of the firm Harfenist Kraut & Perlstein, LLP, *Attorneys for Plaintiff*, shall be permitted to the bring a laptop and cell phone in Courtroom 910 in order to assist in the trial of commencing on Monday, March 2, 2026, through Tuesday, March 10, 2026.

                                               **SO ORDERED:**

                                               _____
                                               **STEVEN L. TISCIONE**
                                               **United States Magistrate Judge**