UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IRA CHERNICK as Administrator of the
Estate of MARYANN OST CHERNICK,

                        Plaintiff,

-against-

POLICE OFFICER JESUS FAYA, POLICE OFFICER ARGAND REYES, POLICE OFFICER MICHAEL SWEET, POLICE OFFICER CHARLES TRAMONTANA, individually, OFFICERS "JOHN DOE" 1-2 (fictitiously named) individually, and THE COUNTY OF SUFFOLK,

                        Defendants.

**VERDICT SHEET**

19-CV-7093 (ST)

**I.    LIABILITY**

1) Has the plaintiff Ira Chernick established by a preponderance of the evidence that defendant Police Officer Jesus Faya used excessive force against Maryann Ost Chernick?

              _____ Yes            _____ No

**IF YOU ANSWERED "YES", PROCEED TO QUESTION 2. IF YOU ANSWERED "NO", SKIP TO QUESTION 3.**

2) Has the plaintiff Ira Chernick established by a preponderance of the evidence that defendant Police Officer Jesus Faya's excessive force proximately caused injury to Maryann Ost Chernick?

              _____ Yes            _____ No

3) Has the plaintiff Ira Chernick established by a preponderance of the evidence that defendant Police Officer Argand Reyes used excessive force against Maryann Ost Chernick?

              _____ Yes            _____ No

**IF YOU ANSWERED "YES", PROCEED TO QUESTION 4. IF YOU ANSWERED "NO", SKIP TO QUESTION 5.**

4) Has the plaintiff Ira Chernick established by a preponderance of the evidence that defendant Police Officer Argand Reyes' excessive force proximately caused injury to Maryann Ost Chernick?

 _____ Yes \_\_\_\_\_No

5) Has the plaintiff Ira Chernick established by a preponderance of the evidence that defendant Police Officer Michael Sweet used excessive force against Maryann Ost Chernick?

 _____ Yes \_\_\_\_\_No

**IF YOU ANSWERED "YES", PROCEED TO QUESTION 6. IF YOU ANSWERED "NO", SKIP TO QUESTION 7.**

6) Has the plaintiff Ira Chernick established by a preponderance of the evidence that defendant Police Officer Michael Sweet's excessive force proximately caused injury to Maryann Ost Chernick?

 _____ Yes \_\_\_\_\_No

7) Has the plaintiff Ira Chernick established by a preponderance of the evidence that defendant Police Officer Charles Tramontana used excessive force against Maryann Ost Chernick?

 _____ Yes \_\_\_\_\_No

**IF YOU ANSWERED "YES", PROCEED TO QUESTION 8. OTHERWISE, PROCEED TO SECTION II.**

8) Has the plaintiff Ira Chernick established by a preponderance of the evidence that defendant Police Officer Charles Tramontana's excessive force proximately caused injury to Maryann Ost Chernick?

_____ Yes   \_\_\_\_\_No

## II. DAMAGES

*Compensatory Damages*

9) If you answered "yes" to questions 1 and 2, state in dollars the amount of compensatory damages, if any, you wish to award plaintiff Ira Chernick against defendant Police Officer Jesus Faya.   $\_\_\_\_\_

10) If you answered "yes" to question 3 and 4, state in dollars the amount of compensatory damages if any, you wish, you wish to award plaintiff Ira Chernick against defendant Police Officer Argand Reyes.   $\_\_\_\_\_

11) If you answered "yes" to questions 5 and 6, state in dollars the amount of compensatory damages, if any, you wish to award plaintiff Ira Chernick against defendant Police Officer Michael Sweet.   $\_\_\_\_\_

12) If you answered "yes" to questions 7 and 8, state in dollars the amount of compensatory damages, if any, you wish, you wish to award plaintiff Ira Chernick against defendant Police Officer Charles Tramontana.   $\_\_\_\_\_

*Nominal Damages*

**To be considered only if you answered yes to questions 1 and 2, but did not award the plaintiff compensatory damages in question 9.**

13) Should the plaintiff Ira Chernick be awarded nominal damages in the sum of $1.00 against defendant Police Officer Jesus Faya?

                    \_\_\_\_\_Yes                     _____No

**To be considered only if you answered yes to questions 3 and 4, but did not award plaintiff compensatory damages in question 10.**

14) Should the plaintiff Ira Chernick be awarded nominal damages in the sum of $1.00 against defendant Police Officer Argand Reyes?

                      \_\_\_\_\_Yes                     _____No

**To be considered only if you answered yes to questions 5 and 6, but did not award plaintiff compensatory damages in question 11.**

15) Should the plaintiff Ira Chernick be awarded nominal damages in the sum of $1.00 against defendant Police Officer Michael Sweet?

                      \_\_\_\_\_Yes                     _____No

**To be considered only if you answered yes to questions 7 and 8, but did not award plaintiff compensatory damages in question 12.**

16) Should the plaintiff Ira Chernick be awarded nominal damages in the sum of $1.00 against defendant Police Officer Charles Tramontana?

                      \_\_\_\_\_Yes                     _____No

**YOUR FOREPERSON IS TO SIGN AND DATE THIS VERDICT FORM AND ADVISE THE COURTROOM DEPUTY THAT A VERDICT HAS BEEN REACHED.**

SIGNED:_____

DATE:_____