UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRA CHERNICK as Administrator of the
Estate of MARYANN OST CHERNICK,

**Docket No.: 19-CV-7093(ST)**

Plaintiff,

-against-

**NOTICE OF MOTION**

POLICE OFFICER JESUS FAYA,
POLICE OFFICER ARGAND REYES,
POLICE OFFICER MICHAEL SWEET,
POLICE OFFICER CHARLES
TRAMONTANA individually, OFFICERS
"JOHN DOE" 1-2 (fictitiously named)
individually, and THE COUNTY OF SUFFOLK,

Defendants.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of Steven J. Harfenist dated April 9,

2026, the accompanying Memorandum of Law, and all the pleadings, exhibits, and proceedings

herein, plaintiff, Ira Chernick as Administrator of the Estate of Maryann Ost Chernick (the

"Estate"), shall move this Court before the Honorable Steven L. Tiscione, on a date and time to be

set by the Court, at the United States District Court, Eastern District of New York, located at 100

Federal Plaza, Courtroom 910, Central Islip, New York 11722 for an order: 1) pursuant to Federal

Rule of Civil procedure 59(a) granting the Estate a new trial; and 2) such other and further relief

as the Court deems proper.

Dated: Lake Success, New York
     April 9, 2026              HARFENIST KRAUT & PERLSTEIN, LLP

By:     *Steven J. Harfenist*
           Steven J. Harfenist
           *Attorneys for Plaintiff*
           3000 Marcus Avenue, Suite 2E1
           Lake Success, New York 11042
           T: (516) 355-9600
           F: (516) 355-9601
           E: SHarfenist@hkplaw.com