UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRA CHERNICK as Administrator of the
Estate of MARYANN OST CHERNICK,

**Docket No.: 19-CV-7093(ST)**

                                             Plaintiff,

          -against-

POLICE OFFICER JESUS FAYA,                          **DECLARATION**
POLICE OFFICER ARGAND REYES,
POLICE OFFICER MICHAEL SWEET,
POLICE OFFICER CHARLES
TRAMONTANA individually, OFFICERS
"JOHN DOE" 1-2 (fictitiously named)
individually, and THE COUNTY OF SUFFOLK,

                                             Defendants.
------------------------------------------------------------X

**STEVEN J. HARFENIST**, an attorney admitted to practice in the courts of the United

States District Court for the Eastern District of New York, declares the following, under the

penalties of perjury:

1.      I am a partner of Harfenist Kraut & Perlstein, LLP, attorneys for Plaintiff, Ira

Chernick as Administrator of the Estate of Maryann Ost Chernick (the "Estate"), and submit this

Declaration in support of the Estate's motion for a new trial pursuant to Federal Rule of Civil

procedure 59(a).

2.      Plaintiff will rely on the following exhibits referenced in the Estate's Memorandum

of Law in Support of the Estate Motion pursuant to FRCP 59:

          a.  The relevant portions of the trial transcripts are attached hereto as **Exhibit 1**.

**WHEREFORE**, it is respectfully requested that the Court grant the Estate's motion in its

entirety.

Dated: Lake Success, New York
          April 9, 2026                              *Steven J. Harfenist*
                                                      Steven J. Harfenist