# COUNTY OF SUFFOLK

**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON** **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**


August 25, 2026

Steven J. Harfenist, Esq.
HARFENIST KRAUT & PERLSTEIN, LLP
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 1042
E-mail: sharfenist@hkplaw.com

Re: *Chernick v. Faya, et al*
Docket No. 19-cv-7093 (ST)

Dear Mr. Harfenist:

As you are aware, we represent Defendants in the above-captioned matter. Enclosed please find Defendants' opposition papers to Plaintiff's motion for a new trial pursuant to Fed. R. Civ. P. 59(a), comprised of the following documents:

- Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for a New Trial Pursuant to Fed. R. Civ. P. 59(a) dated August 24, 2026 with annexed requisite Certificate of Compliance Pursuant to EDNY Local Civil Rule 7.1;

- Declaration of the undersigned in support of said opposition dated August 24, 2026 with Exhibits A through C attached thereto; and

- Certificate of Service for service of these papers on you and your office today.

Based on the Court's "Bundling" Rule (Rule III(B)(3) of the Court's Individual Practice Rules), you, as the moving party, are responsible for filing all motion papers (both Plaintiff's and Defendants') once the motion is fully briefed (on or before October 7, 2026 based on the Court's electronic Order dated June 30, 2026). Given the protected health information contained in Defendants' Exhibit C attached to the referenced Declaration of the undersigned, please file said exhibit under seal in accordance with the Stipulation of Confidentiality previously executed by counsel for the parties [DE 21-1] and so-ordered by the Court on December 17, 2020.

Based on the Court's bundle rule, only this cover letter and the referenced Certificate of Service will be filed on the docket today. However, it is our understanding then when you file the fully-bundled motion, these items must again be included with Defendants' opposition papers.

Thank you for your attention to this matter.

Very truly yours,

Christopher J. Clayton
County Attorney
/s/ Stacy A. Skorupa
By: Stacy A. Skorupa
Assistant County Attorney

Cc: Honorable Steven Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
(Via ECF)

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦ MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦ (631) 853-4049
TELECOPIER (631) 853-5169